# EXHIBIT F

----- Original Message -----
**From:** John Spadaro
**To:** Yu, James ; Hahn, Andrew
**Cc:** Heather Jones
**Sent:** Wednesday, November 3, 2010 11:51 AM
**Subject:** Re: Shady Grove v. Allstate; continued negotiations on file sampling

Andy and James:

From what Andy told me during our October 29, 2010 teleconference, the draft confidentiality order that James provided to me by e-mail on October 27 (and which I reviewed and commented upon the same day) does not constitute Allstate's proposed confidentiality order. May I please have the document that Allstate intends to propose for use as a confidentiality order? Thank you. John

----- Original Message -----
**From:** John Spadaro
**To:** Yu, James ; Hahn, Andrew
**Cc:** Heather Jones
**Sent:** Wednesday, October 27, 2010 7:29 PM
**Subject:** Re: Shady Grove v. Allstate; continued negotiations on file sampling

James:

I had a just a few changes, shown by the redlined attachment. However, one point was not immediately clear to me: am I correct that under the terms of this order, my paralegal and I (as opposed to experts, consultants, etc.) would not have to sign the contemplated Exhibit A? John

----- Original Message -----
**From:** Yu, James
**To:** jspadaro@johnsheehanspadaro.com ; Hahn, Andrew
**Cc:** Heather Jones
**Sent:** Wednesday, October 27, 2010 4:37 PM
**Subject:** RE: Shady Grove v. Allstate; continued negotiations on file sampling

John:

Attached is a draft confidentiality and protective order for your review and consideration.

James

---

**From:** jspadaro@johnsheehanspadaro.com [mailto:jspadaro@johnsheehanspadaro.com]
**Sent:** Friday, October 22, 2010 11:00 AM
**To:** Hahn, Andrew; John Spadaro; Yu, James
**Cc:** Heather Jones
**Subject:** Re: Shady Grove v. Allstate; continued negotiations on file sampling