# EXHIBIT D

ORIGINAL

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------X
SHADY GROVE ORTHOPEDIC       )
ASSOCIATES, P.A.,            )
on behalf of itself and all  )
others similarly situated,   )
                             )
        Plaintiff,           )  C.A. No.
   v.                        )  06-CV-1842NG-JO
                             )
ALLSTATE INSURANCE COMPANY,  )
                             )
        Defendant.           )
------------------------------X

January 11, 2012

- - -

(30)(b)(6) Deposition of SHADY GROVE

ORTHOPAEDIC ASSOCIATES, PA, by and through its

Agency Representative, J. BONITA NOLAN, held in

the offices of Shady Grove Orthopaedics

Associates, PA, 9715 Medical Center Drive,

Suite 436, Rockville, Maryland 20850, commencing

at 9:31 a.m., on the above date, before Cindy L.

Sebo, Registered Merit Reporter, Certified

Real-Time Reporter, Certified Shorthand Reporter,

Registered Professional Reporter, Certified Court

Reporter, Real-Time Systems Administrator and

Notary Public.

HUDSON REPORTING & VIDEO          1-800-310-1769

New York            Hudson Reporting & Video         New Jersey
Connecticut         Nationwide 1-800-310-1769        Pennsylvania

1
2      BY MR. HAHN:
3           Q.    Can you answer the question?
4      And I promise that will be the last one.
5           A.    No.
6           Q.    No, you do not know what the
7      those laws are?
8           A.    That is correct.
9           Q.    Let me direct your attention to
10     Paragraph 17, where it states, and I quote,
11     Allstate routinely fails to pay covered claims
12     for first-party no-fault benefits within
13     30 days of the claimant's provision of proof
14     of the loss, in violation of New York
15     Insurance Law, Section 5106(a) and
16     NYCRR 65.15, closed quote.
17                And my question to you is, what
18     is the factual basis for the allegation that
19     Allstate routinely pays -- fails to pay
20     covered claims in that paragraph?
21          A.    Are you ready for me to answer?
22          Q.    Yes.
23          A.    Well, particularly in the case
24     with -- with Galvez, if you want to refer to
25     Exhibit Nolan 3, M, it shows you the date the

130

1
2  claim was filed and it shows you the date it
3  had to be refiled because the claim was not
4  paid.
5
6       And then in Exhibit N, it shows
   you the denial of the claim stating that the
7  claim was not submitted in the time that it
8  was allowed, and they're asking us for proof
9  that the claim was filed.
10
11      And then in Exhibit -- I'm
    sorry -- Number P, the same situation where
12  they're denying the claim, they're asking us
13  for proof of the claim. And, in this
14  instance, this is a date of service that was
15  filed along with another date of service by
16  the same provider.
17
18      And I can assure you that
    these -- both of these claims went in the same
19  envelope the same day to Allstate, and they
20  paid one and denied the other. So I'm not
21  sure how they would have gotten one claim that
22  went in the same envelope with the other and
23  they didn't get the other claim.
24      Q.    Just to clarify the record, are
25  you sure they only paid one and not two of the

New York
Connecticut

Hudson Reporting & Video
Nationwide 1-800-310-1769

New Jersey
Pennsylvania

1
2    claims -- three claims?
3        A.    Well, they paid two of the
4    claims.
5        Q.    Two of the three claims on that
6    date?
7        A.    I'm sorry.  There are two claims
8    that were not paid.
9              But my point was, two of the
10   claims -- one of the two claims that went in
11   the same envelope, one was paid and one was
12   not.
13       Q.    That's only in the Galvez
14   situation; is that correct?
15       A.    That is correct.
16       Q.    Okay.  And what is the basis for
17   Shady Grove alleging that Allstate routinely
18   fails to pay?  Are you -- are you arguing that
19   because of one instance, there are others?
20             MR. SPADARO:  Objection to the
21         form.
22             THE WITNESS:  I'm unable to
23         answer that.  I only know about the
24         Galvez history of the -- of that claim.
25         I can only remember the history of the

1
2      persons.
3          Q.     Okay.  Do you still have before
4      you the document that's been marked as
5      Exhibit N, 3 to your deposition, that has the
6      exhibit tabs?
7          A.     Yes.
8          Q.     And you've had an opportunity to
9      review that document fully?
10         A.     Yes.
11         Q.     Can you simply tell me whether
12     or not Shady Grove has a view as to whether
13     that document is factually accurate?
14         A.     I do not agree with the date --
15     the date of the document.  And, again, their
16     date and date received, it could be different
17     from what we consider.  But from what they're
18     saying is that they didn't receive this bill
19     until October 31st, 2005.
20         Q.     All right.  So there's some --
21     we don't have to explore it, but there's some
22     disagreement with Allstate's representation as
23     to dates on which bills were received by
24     Allstate?
25         A.     Correct.

New York
Connecticut

Hudson Reporting & Video
Nationwide 1-800-310-1769

New Jersey
Pennsylvania

1
2          Q.    Let me ask you to focus on
3    the -- the cover memorandum.
4                Do you see that?
5          A.    Yes.
6          Q.    And it has heading with small
7    Roman i and then a second heading with small
8    Roman ii.
9                Do you see that?
10         A.    Yes.
11         Q.    Now, I want to limit my question
12   now to just the -- the history or chronology
13   set forth in that cover memo.
14               Do you understand the limitation
15   that I'm asking you to observe?
16         A.    Um-hum.
17         Q.    You've had a chance to read that
18   cover, ma'am?
19         A.    Yes.
20         Q.    Does Shady Grove have a view one
21   way or the other as to whether it is factually
22   accurate?
23         A.    It is accurate.
24         Q.    I confess I'm a little bit
25   confused about something relating to -- or