Andrew T. Hahn, Esq. (AH-6283)
**DUANE MORRIS LLP**
1540 Broadway
New York, New York 10036
(212) 692-1000

Attorneys for Defendant Allstate Insurance Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
SHADY GROVE ORTHOPEDIC                                       :
ASSOCIATES, P.A.                                            :
on behalf of itself and all others                          :
similarly situated,                                         :
                                                            :     **ECF CASE**
            Plaintiffs,                                     :
                                                            :     CV 06 1842 (NG)(JO)
                                                            :
    vs.                                                     :     **DECLARATION OF**
                                                            :     **GIL LEIB IN SUPPORT OF**
                                                            :     **DEFENDANT'S OPPOSITION**
ALLSTATE INSURANCE COMPANY,                                 :     **TO MOTION FOR CLASS**
                                                            :     **CERTIFICATION**
            Defendant.                                      :
                                                            :
                                                            :
------------------------------------------------------------x

I, Gil Leib, being duly sworn, declare pursuant to 28 U.S.C. § 1746 that:

1.      I am a Front Line Process Expert for defendant Allstate Insurance Company

("Allstate") in the above-captioned action.  This Declaration is submitted in support of Allstate's

Opposition to Shady Grove's Motion for Class Certification Pursuant to Fed. R. Civ. P. 23.  I

make this Declaration under penalty of perjury.  This Declaration is based on my personal

knowledge and/or a review of the documents produced in discovery in this litigation.

2.      I have been working for Allstate since January 1986.  In my current position as

Front Line Process Expert ("FPE"), my duties and responsibilities include oversight of the

process of a market claim office ("MCO"), which is Allstate's terminology for a claims office.

In New York State, Allstate currently has 3 MCOs that handle personal injury protection ("PIP") claims.  The Islandia MCO, where I am based, handles exclusively PIP claims.

**MEDICAL BILL REVIEW PROCESS**

3.        Whether statutory penalty interest is owed pursuant to Regulation 68 is governed by a multitude of factors and depends on the adjuster's subjective decision-making processes as well as the response time of the medical providers and insureds.  To assist this Court in understanding the factors involved in determining if or when penalty interest is due and owing, I am providing the following summary of events from the time an insured gets into a car accident requiring medical attention to the payment of the medical bill by the insurer.  This summary will address the timing of the events in order to explain that the 30-day clock can be tolled or extended depending on the circumstances of the party's injuries and/or the medical provider's treatment.  Such summary will discuss the subjective decision-making processes and individualized analyses that Allstate adjusters must undertake in terms of the timing of the PIP payments and whether or not statutory penalty interest is owed.

4.        As an initial matter, contrary to the allegations of the Complaint, which I have reviewed, Allstate has no policy, practice, or pattern of paying bills in an untimely manner.  Allstate does not make false claims for the purpose of avoiding the payment of penalty interest.  On the contrary, Allstate's policy is to pay medical bills in a timely manner so that statutory penalty interest does not have to be paid.  Nor does Allstate routinely and/or knowingly fail to pay penalty interest if it is owed.  Allstate does pay penalty interest, if warranted.  To the extent a bill is paid late without statutory penalty interest (if that interest exceeds $5.00), such non-payment resulted from an isolated mistake, based on the high volume of bills that are analyzed at any given time period.  On a daily basis, Allstate receives approximately 3,000 PIP medical bills

for review in New York State.  With such a high volume of medical bills that Allstate must handle, some bills may be lost in the United States Postal system through no fault of Allstate, and errors will inevitably and occasionally be made by one of Allstate's claims adjusters.  At any particular time, Allstate employs more than fifty (50) adjusters in New York to review PIP bills and claims.  These adjusters undergo extensive training to ensure that the bills are handled in a timely and proper manner.

### Claims/Bill Handling Process

5.      When an insured is involved in a car accident, he or she will first notify Allstate, usually by telephone.  After obtaining the basic information (including asking whether the insured sustained any injuries), the representative from Allstate will then open up a claim file and assign a claim number.  This notice must provide details sufficient to identify the eligible injured party or "EIP," along with reasonably obtainable information regarding the time, place, and circumstances of the car accident.  Within five (5) business days after notice is received, the insurer shall forward to the EIP the prescribed "Application for Motor Vehicle No-Fault Benefits."  11 NYCRR § 65-3.4(b).  Written notice of the accident, which can be effectuated by the return of an NF-2 form, must be received by Allstate within thirty (30) days from the time of the accident.

6.      If the collision is not serious, the insured may not seek medical treatment.  If the EIP does require medical treatment as a result of the accident, that EIP would likely assign the claim to the medical provider who would send the bill(s) for treatment directly to the insurer.  The medical provider, as the assignee of the injured party, cannot recover no-fault benefits if the notice of the accident is not timely submitted by the insured within such 30-day period.

7.    The medical provider would then send the bill, along with the appropriate medical forms and other NF ("no-fault") forms described below, to the appropriate Allstate MCO which handles PIP claims.  Once received by the MCO, the bill is date-stamped.   All medical bills pre-2006 were then sent to the National Claims Service Center ("NCSC") for input into the computer system.  NCSC reviews each document received for the indicative data that is needed to properly input the bill.  Allstate needs to verify the injured person and the claim number that was assigned when the accident was first reported by the EIP.  If any of the information is not correct, NCSC searches the Allstate claim system for a proper claim.  If any additional information is needed, Allstate may call the provider or request additional information needed to match this bill to a claim. If this information cannot be obtained, or if a match is not found, the bill would be returned to the office that sent it to NCSC.  The medical bills that have a valid claim number and injured party are then manually input in the bill analysis tool called "Mitchell Decision Point" ("MDP"), which is a software product to assist the adjusters in processing the medical bills and claims.  The bills are immediately available after input to the adjuster for handling.

8.    The adjuster must review the claim to determine a number of threshold issues:

(i)    Whether the relevant policy of insurance was in effect at the time of the alleged accident;

(ii)   Whether the individual was a "covered person" under the No Fault Statute;

(iii)  Whether the individual was a "covered person" under the policy of insurance in effect;

(iv)   Whether the claim was properly for No Fault Benefits resulting from the car accident (as opposed to a condition that was not caused by the accident, *e.g.*, sports injury or pregnancy);

(v)    Whether any exclusions of coverage under the relevant policy of insurance are applicable;

(vi)     Whether the coverage under the relevant policy of insurance had been exhausted;

(vi)     Whether the party who submitted the bill for medical services did so pursuant to a valid assignment of benefits; and

(vii)    Whether any fraud occurred.

9.     Within ten (10) business days after the receipt of the completed NF-2 from the EIP, the insurer must forward a verification form for health care or hospital treatment to the EIP or the assignee, *i.e.*, the medical provider. This proof of claim must be submitted within forty-five (45) days from the date of service ("DOS"), meaning the date that the medical treatment was rendered. Such proof of claim is typically submitted by means of a "Verification of Treatment by Attending Physician or Other Provider of Health Services" (N.Y.S. Form NF-3), by means of a "Verification of Hospital Treatment" (N.Y.S. Form NF-4), or by means of a Hospital Facility Form" (N.Y.S. Form NF-5). The NF-3 and NF-4 forms also contain an assignment of no-fault benefits option that may be executed by the EIP.

10.     These NF forms usually accompany a medical bill for the treatment of the EIP. The adjuster reviews bills assigned to him or her on a daily basis and usually prioritizes the review by the age of the bill. The bills are sorted by the "received date" so as to ensure regulatory compliance. The adjuster must then review all bills for the following:

a.     Diagnosis

b.     Date billed

c.     Date received

d.     Code billed

e.     Modifiers billed

f.     Causality

g.     System edits

11.     Once the adjuster receives all forms, medical documentation, verifications, and reports required to complete the proof of claim, the adjuster generally has thirty (30) days to decide if a bill is to be paid in full or in part, denied, or requires additional documentation or verification.  If the bill is paid in part or in full, the adjuster will submit it for processing with the check and Explanation of Benefits ("EOB").  If the amount paid is less than the amount billed, the adjuster needs to review the system edit to make another subjective determination  to ascertain whether the lower payment amount is correct or whether an adjustment is needed.  The adjuster may need to review the Workers Compensation Fee Schedule ground rules to assist in the proper determination.  Once the correct amount owed is determined, additional wording must be added to the EOB if necessary.

12.     The initial 30-day period by which the adjuster must pay or deny the bill can be extended for a number of reasons.  Within fifteen (15) business days after the receipt of the verification forms (NF-3, NF-4, or NF-5), the insurer may seek "additional verification" or further proof of claim from the EIP or his or her medical provider.  11 NYCRR § 65-3.5(b). Questions of causality can be addressed through several medical management tools, including Independent Medical Exams ("IME"), Peer Reviews, Record Reviews, and Radiology Reviews. If, for example, the insurer requests an IME of the EIP, the IME must be held within thirty (30) calendar days from the receipt of the initial verification forms (11 NYCRR § 65-3.5(d)). However, the IME is often delayed due to the unavailability of the EIP or re-scheduling by the EIP.  The insurer can also request an examination under oath ("EUO"), which is conducted like a deposition.  The request for an EUO "must be based upon the application of objective standards so that there is specific objective justification supporting the use of such examination."  11 NYCRR § 65-3.5(e).  Again, the EUO is often delayed due to the unavailability of the EIP or re-

scheduling by the EIP.  These delays extend the period of time by which Allstate has to pay or deny the claim.

13.     If the requested additional verification (*e.g.*, EUO, other medical documentation, and certain IMEs for medical necessity such as dental and psychological treatments) has not been supplied to the insurer within thirty (30) calendar days after the original request, the insurer shall, within ten (10) calendar days, follow-up with the recalcitrant party "either by telephone call, properly documented in the file, or by mail."  11 NYCRR § 65-3.6(b).  If the EIP fails to appear for the requested IME or EUO, the insurer has the right to deny all claims retroactively to the date of the loss, regardless of whether the denials were timely issued.  Similarly, if the insurer does not receive the verification after its follow-up request is sent, the insurer's time to pay or deny the claim is tolled pending the submission of the requested information.  A claim need not be paid or denied until all demanded verification is provided.  Again, failure to provide the requested additional verification extends the period of time by which Allstate has to pay or deny the claim.

14.     Once the medical provider or EIP provides the requested additional verification, the adjuster then reviews the submitted reports, information, transcripts, or test results, again making the individualized determination as to whether the treatment is medically necessary and/or whether the injury was causally related to the automobile accident.

15.     Prior to payment in full or in part, the age of the bill needs to be reviewed to determine if penalty interest is owed.  Pursuant to 11 NYCRR § 65-3.9(a), "[a]ll overdue mandatory and additional personal injury protection ["PIP"] benefits due an applicant or assignee shall bear interest at a rate of two percent per month, calculated on a pro rata basis using a 30-day month.  This regulation continues, "When a payment is made on an overdue claim, any

interest calculated to be due in an amount exceeding $5 shall be paid to the applicant or the applicant's assignee without demand therefor." If penalty interest is owed, the proper field in the MDP program must be completed. If the amount of interest is less than $5.00, the interest payment does not have to be added to the payment amount. If the penalty interest is calculated to be more than $5.00, that interest amount will be added to the total payment amount.

16.   I have attached as Exhibit "1" a document which reflects that the $5.00 threshold has been a part of 11 NYCRR § 65-3.9(a) as early as 1985. In my 13 years of experience with no-fault, I have communicated with certain medical providers who have indicated that they are aware of this $5.00 threshold. As a result of this provision, I am aware of no instance where a medical provider in New York challenged the $5.00 threshold or even made any demand for penalty interest in the amount less than $5.00.

17.   If the adjuster decides to deny the claim, he or she must use the prescribed "Denial of Claim Form" (NF-10), which provides a detailed explanation for the denial. The adjuster may determine, based on the individualized facts at issue, that a claimed procedure was not medically necessary within a timely denial pursuant to the 30-day rule. The adjuster may also deny a claim based on the failure of the EIP or medical provider to submit a bill within 45 days from the date of service. Other defenses are available, such as lack of coverage or fraud.

18.   Even if the claim is denied within or beyond the initial 30-day period, statutory interest is tolled under certain circumstances. Specifically, the tolling provision in 11 NYCRR § 65-3.9(c) applies where a claimant fails to commence a lawsuit or request arbitration within 30 days after the receipt of a denial of claim. Interest is tolled from the date of the denial until the date when the claimant commences a lawsuit or requests arbitration until arbitration or a lawsuit

is filed.  This provision applies regardless of whether the denial of claim was timely or untimely issued.

## GALVEZ CLAIM FILE AND SHADY GROVE BILLS

19.     A true and accurate copy of Galvez's claim file with EOBs is attached as Exhibit "2". I am familiar with this clam file and the medical bills contained in the file.  As this Court can see, the accident in which Galvez was involved generated approximately 18 bills from medical providers, including Plaintiff Shady Grove Orthopaedics, Shady Grove Radiology, Shady Grove Adventist, and Montgomery Emergency Physicians.  Certain of these bills were submitted by Sandra F. Birnbaum, a physical therapist who appears to be associated with Plaintiff Shady Grove Orthopaedics.   A number of bills are duplicate for the same services and treatment, and thus were denied by Allstate.  The following describes the two bills which Shady Grove alleged that Allstate paid late without penalty interest.

### June 15th Date of Service

20.     One of the late bills in issue involved a date of service of 6/15/05, but was not received by Allstate until 10/31/05.  This bill was denied on a timely basis (within 30 days) on the grounds that the medical provider submitted the bill more than forty-five (45) days from the date of service in contravention of Regulation 68 (Mandatory Policy Endorsement) and the insured's policy.

21.     Allstate has no record of receiving this bill any earlier than 10/31/05.

### June 29th Date of Service

22.     The other bill in issue pertained to services provided by Sandra Birnbaum for physical therapy.  Ms. Birnbaum submitted three bills at the same time.  These bills sought payments for services dated 6/22/05, 6/27/05, and 6/29/05.  All three bills were date stamped

received on 7/22/05. (*See* ALLSTATE (SG) 073723-073733). Two of the three bills were paid on a timely basis on 8/15/05. The third bill with DOS 6/29/05 was not paid on a timely basis. This delayed payment appears to be an oversight because multiple bills were included in one envelope. This bill certainly does not fit within the allegations that Allstate "routinely ignores" payment of interest or that Allstate "wrongly and knowingly" withheld statutory interest.

23.     Ms. Galvez's claim file also includes a number of bills from Shady Grove Radiology and Montgomery Emergency Services which were denied because the medical services provided did not relate to the car accident but to her pregnancy. Those bills were submitted to Allstate in September and October of 2005.

## REQUESTS FOR ADMISSIONS

24.     The individualized analysis to determine whether penalty interest is due or owed is aptly and succinctly demonstrated by Shady Grove's Requests for Admissions and Allstate's responses to those requests. During the course of discovery, Shady Grove submitted three sets of Requests for Admissions ("RFAs"). In sum, Shady Grove's RFAs attached a number of EOBs and asked Allstate to admit that (i) each EOB reflects an instance in which PIP benefits became overdue; and (ii) as of the date of these requests, Allstate did not pay statutory interest with respect to such late payments. On their face, the "Bill Received Date" and the "payment date" (*i.e.*, date of the EOB) suggests that the payment was made in excess of thirty (30) days. Upon further review of the specific bill and the claim file, a different conclusion is reached, namely that penalty interest was not due or owed. At a minimum, a dispute existed with respect to the payment or denial decision and any penalty interest that was owed. The bottom line is that Shady Grove's allegations that Allstate routinely fails to pay penalty interest is not corroborated by Allstate's RFA responses. Penalty interest was owed only in very few, isolated instances.

First Set

25.     On or about August 29, 2011, Shady Grove served Allstate with Plaintiff's First Set of Request for Admissions ("1st RFAs"). A copy of Allstate's responses to the 1st RFAs is annexed as Exhibit "5" to the accompanying Declaration of Andrew T. Hahn, Esq. (the "Hahn Declaration"). I have reviewed Shady Grove's 1st RFAs as well as Allstate's responses, and I can make the following observations. In sum, Shady Grove's 1st RFAs attached fifty-two (52) EOBs. As shown on the summary chart entitled, "Specific Responses to Request for Admissions" attached to Allstate's responses, out of the 52 EOBs, forty (40) of them did not require the payment of penalty interest pursuant to 11 NYCRR 65-3.9(a) because the amount of interest owed was less than $5.00.

26.     The remaining twelve (12) EOBs involved the adjuster making subjective decisions and individualized analyses to determine whether additional verification or information was necessary. Such additional requests extended the period of time by which Allstate had to pay or deny. For example, with respect to Claim No. 11259644864 (Exhibit F of 1st RFAs), Allstate timely requested an IME, but the EIP failed to appear on the scheduled date, and re-scheduled the examination multiple times. Eventually, the IME was conducted, and Allstate partially paid the claim based on the IME on a timely basis such that no penalty interest was owed.

27.     In other situations, Allstate made duplicate or overpayments, which would have covered any interest payment owed, and could provide a basis for a counterclaim against the medical provider to recover any excess. For example, Claim No. 2125389532(b) at Exhibit A of 1st RFAs is an example where Allstate paid the medical provider twice for the same service. In

another instance, Allstate timely paid the bill (Claim No. 1125963510 at Exhibit G of 1st RFAs),

but the check was lost, and had to be re-issued.

Second Set

28.     On or about November 17, 2011, Shady Grove served Allstate with Plaintiff's

Second Set of Request for Admissions ("2nd RFAs").  A copy of Allstate's responses to the 2nd

RFAs is annexed as Exhibit "6" to the Hahn Declaration.   Shady Grove's 2nd RFAs attached

twenty-six (26) EOBs.  As shown in the summary chart entitled, "Specific Responses to the

Second Request for Admissions" attached to Allstate's responses, out of the 26 EOBs, twenty-

two (22) of them did not require the payment of penalty interest because the amount of interest

owed was less than $5.00.

29.     The remaining four (4) EOBs required individualized analyses as to the reason for

the "late" payment, and, if so, whether any penalty interest was owed.  Again, individualized

analyses relating to those remaining four (4) EOBs show that no penalty interest was generally

owed.  One bill (Claim No. 2125793030(a) at Exhibit C of 2nd RFAs) involved an IME which

had to be re-scheduled because of the EIP's unavailability, and another bill (Claim No.

2465197833(a) at Exhibit D of 2nd RFAs) involved another double payment situation.

Third Set

30.     On or about February 2, 2012, Shady Grove served Allstate with Plaintiff's Third

Set of Request for Admissions ("3rd RFAs").  A copy of Allstate's responses to the 3rd RFAs is

annexed as Exhibit "7" to the Hahn Declaration.   Shady Grove's 3rd RFAs attached twenty-two

(22) EOBs, and out of those 22 EOBs, eleven (11) of them did not require the payment of

penalty interest because the amount of interest owed was less than $5.00.  Of the eleven

remaining EOBs, six (6) claims were denied, meaning that Allstate disputed the claim, and

therefore refused to pay it. Of the remaining five claims, Allstate adjusters analyzed the bills and determined that no penalty interest was due or owed. For example, one payment of a claim (Claim No. 1125964203 at Exhibit B of 3rd RFAs) involved yet another duplicate payment of claim that was already paid in a timely manner, and another claim (Claim No. 4144200988 at Exhibit I of 3rd RFAs) was paid timely after an EUO. Another claim (Claim No. 8140363220 at Exhibit K of 3rd RFAs) involved a delayed payment due to the medical provider's tardy submission of medical records for a peer review. When the medical provider finally provided the requested records, payment of the claim was timely made.

31.     In sum, Shady Grove's "one and done" methodology does not determine in any objective manner whether penalty interest was owed. Further individualized analyses of each bill and each claim file must be undertaken to determine whether penalty interest was owed. Such analyses were conducted in order to respond to Shady Grove's RFAs and resulted in the conclusion that penalty interest generally was not owed.

## MARKET CONDUCT EXAMINATION

32.     During the 2006 and 2007 time frame, I was asked by my superiors to assist in a "market conduct examination" by the New York State Insurance Department ("NYSID"), which was merged recently into the Department of Finance. During a market conduct examination, or "MCE," NYSID reviews the insurer's business practices from a regulatory compliance perspective such as underwriting practices and claims handling practices. Specifically, I assisted in that part of the MCE related to PIP claim handling practices. It is my understanding that the regulators from NYSID requested a list of claim files for a particular time period, and from that list, the regulators highlighted the claim files which they wanted to review. The regulators

selected 50 to 100 claim files, and my responsibility was to locate and retrieve those files and any ancillary information.

33.     A team from NYSID consisting of about four or five auditors came to our offices to review these PIP claim files.  Like the review of the claim files to respond to Shady Grove's RFAs during the discovery period, the auditors examined each bill in each PIP claim file to determine whether any regulatory violation occurred, including the payment of penalty interest. During the MCE, NYSID would engage in a dialogue with Allstate with respect to certain claim handling practices and would point to perceived violations of the insurance regulations.  With regard to these perceived violations, Allstate would have an opportunity to respond and state whether or not Allstate agreed with the finding of a violation.  Allstate would challenge the violation by explaining its position.  Further dialogue between supervisors from Allstate and NYSID would ensue.  NYSID would determine whether a violation "stayed" or was to be "removed."  Allstate would have several opportunities to engage in discussion with respect to the finding of any purported violations.

34.     No findings have resulted from the MCE, and NYSID assessed no fines or penalties on Allstate for any violation.

Executed on:  New York, New York
              May 30, 2012

                                    _____
                                    GIL LEIB

# DECLARATION OF GIL LEIB
# EXHIBIT 1



MARIO M. CUOMO
GOVERNOR
JAMES P. CORCORAN
SUPERINTENDENT OF INSURANCE

STATE OF NEW YORK INSURANCE DEPARTMENT

# INSURANCE NEWS

160 WEST BROADWAY, NY, NY 10013

CONTACT:
KEVIN FOLEY
DIRECTOR OF PUBLIC AFFAIRS
(212) 602-0428

ISSUED:  9/20/85

FOR IMMEDIATE RELEASE

## NEW NO-FAULT REGULATION RELEASED

Superintendent of Insurance James P. Corcoran today announced promulgation of Amendment 19 to Regulation No. 68 (11NYCRR 65). Regulation 68 implements New York's motor vehicle no-fault law.

The Amendment will significantly improve claims handling by insurance companies and decrease no-fault arbitrations by requiring genuine attempts at adjustment of claims by attorneys prior to resorting to the arbitration process. In addition, the Amendment establishes a time limitation for presentation of medical bills to the insurer. Fees for attorneys and arbitration were also increased.

The revisions contained in Amendment 19 include:

1. The following revisions to the Mandatory Personal Injury Protection Endorsement:

   a.) establishment for the first time of a time limitation for presentation of health service claims of the later of 180 days from the date of treatment or the date written notice of the claim is first submitted to the insurer or self-insurer, and

NEW YORK
v. STATE (w/Attachmts)
Copies to: T. Steele
P. Brodnon
F. Wasner
F. KING
S. HULTBERG
G. HULTBERG

/more

(7)  Where the insurer has determined that a self-employed applicant's disability arose from the claimed accident, the insurer shall be deemed to have proof of claim for loss of earnings or substitute services, subject to receipt of medical proof of disability for the period claimed, when it has received a completed prescribed verification of self-employment income form (NYS N-F 7) and the proof requested thereon. The insurer shall determine therefrom the amount of loss of earnings benefits, if any, due the applicant. Notwithstanding the above, if an insurer requires verification in addition to the proof supplied, it may request such additional verification pursuant to paragraph (d)(2) of this section.

(8)  A death benefit claim will be deemed to have been proven when the insurer receives a copy of the decedent's death certificate and proof that the personal representative of the decedent's estate was duly appointed in this State or any other jurisdiction.

(9) A failure to observe[the foregoing] any of the time frames specified in this section shall not prevent an insurer from requiring proper proof of claim.

(10)  For the purposes of counting the 30 calendar days after proof of claim, wherein the claim becomes overdue pursuant to section [675] 5106 of the Insurance Law, with the exception of subdivision (e) of this section any deviation from the rules set out in this section shall reduce the 30 calendar days allowed.

> Example:  Where an insurer sends an application for motor vehicle no-fault benefits 15 business days after notice is received at the address of the insurer's proper claim processing office instead of five business days, the 30 calendar days permitted by paragraph (f)(1) of this section is reduced to 20 calendar days.

(g)  Interest on overdue payments.  (1)  All overdue mandatory personal injury protection benefits due an applicant or assignee shall bear interest at a rate of two percent per month, compounded and calculated on a pro rata basis using a 30-day month. The aforementioned two percent per month interest shall also be payable on all overdue additional personal injury protection benefits due an applicant or assignee as a result of an accident occurring on or after January 1, 1982. When payment is made on an overdue claim, any interest calculated to be due in an amount exceeding five dollars shall be paid to the applicant or the applicant's assignee without demand therefor.

(2)  The insurer shall not suggest that the interest due be waived.

(3) If an applicant does not request arbitration or institute a lawsuit within 30 days after the receipt of a denial of claim form or payment of benefits calculated pursuant to Insurance Department regulations, interest shall not

MATTER IN BRACKETS DELETED;  MATTER UNDERLINED IS NEW

# DECLARATION OF GIL LEIB
# EXHIBIT 2

BALT
MKK

2125843132

ALLSTATE
22600 GATEWAY CENTER DR
CLARKSBURG, MD 20871-2004

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008   **HEALTH INSURANCE CLAIM FORM**

XXX PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | 2125843132 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX   M   F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)   SAME

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED   Self [X]   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)   SAME

CITY   STATE NY

8. PATIENT STATUS   Single [X]   Married   Other

CITY   STATE

ZIP CODE

Employed   Full-Time Student   Part-Time Student

ZIP CODE   TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES   NO [X]

a. INSURED'S DATE OF BIRTH   SEX   M   F [X]

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX   M   F

b. AUTO ACCIDENT?   YES [X]   NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES   NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME   ALLSTATE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED   SIGNATURE ON FILE   DATE   5/31/05

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)   5 30 05

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE   MM DD YY   5 30 05

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847.0   3. E812.0

2. 847.2   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | To MM DD YY | | | | | | | | | | | |
| 1 | 5 31 05 | | | | 23 | 1 | 99283 | 1,2,3 | 190 00 | 1 | | X | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN   522043450

26. PATIENT'S ACCOUNT NO.   425439

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   YES [X]   NO

28. TOTAL CHARGE   $ 19000

29. AMOUNT PAID   $

30. BALANCE DUE   $ 19000

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)

MARCELE HILLS PA
SIGNED   8/09/05

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE ADVENTIST HSP
9901 MEDICAL CENTER DR
ROCKVILLE   MD 20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   240 364 2515
MONTGOMERY EMERGENCY PHYS
PO BOX 17564
BALTIMORE   MD 21297
PIN#   GRP#

PLEASE PRINT OR TYPE

FORM CMS-1500 (U2) (12-90)
FORM OWCP-1500   FORM RRB-1500

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88

00001

US01-ALLS01-   425439 LBOWYER

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073684

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured", i.e., items 1a, 4, 6, 7, 9, and 11.

## BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

## SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424-32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

## NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq;.38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system no. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol. 55 No. 177, page 38549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed. Feb. 28, 1990, See ESA-5, ESA-6 ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSES(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USES: Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as a name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

## MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

NOTICE: Under penalty of perjury, I declare that I have read the foregoing, that the facts are true, to the best of my knowledge and belief, and that the treatment and services rendered were reasonable and necessary with respect to the bodily injury sustained.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including time for reviewing instructions, searching existing date sources, gathering and maintaining data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to CMS, Office of Financial Management, P.O. Box 26684, Baltimore, MD 21207; and to the Office of Management and Budget, Paperwork Reduction Project (OMB-0938-0008), Washington, D.C. 20503.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073685

PLEASE
DO NOT
STAPLE
IN THIS
AREA

ALLSTATE
22600 GATEWAY CENTER DR
CLARKSBURG, MD  20871-2004

CH57

XXX PICA    APPROVED OMB-0938-0008  **HEALTH INSURANCE CLAIM FORM**

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (ID) | OTHER X | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) 2125843132 |
|---|---|---|---|---|---|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE   SEX  M   F X | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) SAME |
|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED  Self X  Spouse  Child  Other | 7. INSURED'S ADDRESS (No., Street) SAME |
|---|---|---|

| CITY                STATE NY | 8. PATIENT STATUS  Single X  Married  Other | CITY                STATE |
|---|---|---|

| ZIP CODE    TELEPHONE (Include Area Code) | Employed  Full-Time Student  Part-Time Student | ZIP CODE    TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  NO X | a. INSURED'S DATE OF BIRTH  MM DD YY   SEX  M   F X |
| b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX  M   F | b. AUTO ACCIDENT?  YES  NO X   PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  YES  NO X | c. INSURANCE PLAN NAME OR PROGRAM NAME ALLSTATE |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO X  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE 6/07/05

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  5 30 05 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  5 30 05 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?  YES  NO   $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847.0     3. E929.0
2. 922.31    4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 07 05 | 23 | 1 | 99283 | 1,2,3 | 190 00 | 1 | | X | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN  522043450  X | 26. PATIENT'S ACCOUNT NO.  425439 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES X  NO | 28. TOTAL CHARGE  $ 190 00 | 29. AMOUNT PAID  $ | 30. BALANCE DUE  $ 190 00 |
|---|---|---|---|---|---|

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
BRICE TAYLOR PA
SIGNED        8/09/05

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)
SHADY GROVE ADVENTIST HSP
9901 MEDICAL CENTER DR
ROCKVILLE        MD 20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  240 364 2515
MONTGOMERY EMERGENCY PHYS
PO BOX 17564
BALTIMORE        MD 21297
PIN#        GRP#

FORM CMS-1500 (U2)(12-90)
FORM OWCP-1500  FORM RRB-1500

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88    PLEASE PRINT OR TYPE

S01-ALLS01-    425439 LBOWYER    00002

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073686

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible for pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured", i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424-32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq, and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol. 55 No. 177, page 37549, Wed, Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of claims against the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as a name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

NOTICE: Under penalty of perjury, I declare that I have read the foregoing, that the facts are true, to the best of my knowledge and belief, and that the treatment and services rendered were reasonable and necessary with respect to the bodily injury sustained.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to CMS, Office of Financial Management, P.O. Box 26684, Baltimore, MD 21207; and to the Office of Management and Budget, Paperwork Reduction Project (OMB-0938-0008), Washington, D.C. 20503.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073687



012H6208573

$00.370

Mailed From 20874

US POSTAGE

Hasler

08/11/2005

P.O. Box 2278
Germantown, MD 20875-2278

ADDRESS SERVICE REQUESTED

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073688

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073689

ALLSTATE INSURANCE COMPANY
MARKET CLAIM OFFICE
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY  11788-2940

MONTGOMERY EMERGENCY PHYS
PO BOX 17564
BALTIMORE MD 21297-1564

## ALLSTATE INSURANCE COMPANY
### NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
### VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER
### PROVIDER OF HEALTH SERVICE
**(This form is not for verification of hospital treatment)**

Dawn M. Maciaszek
Desk: 2AW
866-371-8905

Injured Party:

| DATE | POLICYHOLDER | POLICY NUMBER | DATE OF ACCIDENT | CLAIM NUMBER |
|------|--------------|---------------|------------------|--------------|
| 09/02/05 | | | May 30, 2005 | 2125843132 |

KINDLY COMPLETE AND SUBMIT THIS FORM AS SOON AS POSSIBLE.  PLEASE NOTE, THIS COMPLETED FORM MUST BE SUBMITTED TO THE INSURER AS SOON AS REASONABLY POSSIBLE BUT NO LATER THAN 45 DAYS OR 180 DAYS AFTER TREATMENT DATE, DEPENDING UPON POLICY ENDORSEMENT IN EFFECT AT THE TIME OF THE ACCIDENT. IF YOU ARE UNSURE OF THE APPLICABLE TIME REQUIREMENT, KINDLY CONTACT THE CLAIMS REPRESENTATIVE TO DETERMINE WHICH DEADLINE IS APPLICABLE TO THIS CLAIM

IF YOU HAVE PREVIOUSLY SUBMITTED AN EARLIER REPORT ON THIS ACCIDENT, YOU NEED ONLY NOTE ANY CHANGES FROM THE INFORMATION PREVIOUSLY FURNISHED AND ADDITIONAL CHARGES.

1. Patient's Name and Addre:

2. Age **30**      3. Sex **F**      4. Occupation (if known)

5. Diagnosis and Concurrent Conditions

**Sprain | Strain   847.0**

6. When did symptoms first appear?
   Date: **5/31/05**

7. When did patient first consult you for this condition?
   Date: **5/31/05**

8. Has patient ever had same or similar condition?      Yes ☑   No ☐   If "Yes", state when and describe:   **Strain   6/7/05**

9. Is condition solely a result of this automobile accident?      Yes ☑   No ☐   If "No", explain.

10. Is condition due to injury arising out of patient's employment?      Yes ☐   No ☐   **unknown**

11. Will injury result in significant disfigurement or permanent disability?      Yes ☐   No ☐   Not determinable at this time ☑   ☐
    If "Yes", describe:

12. Patient was disabled (unable to work)
    From:_____   Through:_____

13. If still disabled the patient should be able to return to work on:_____ (date)

14. Will the patient require rehabilitation and/or occupational therapy as a result of the injuries sustained in this accident?
    Yes ☐   No ☐   If "Yes", describe your recommendation below:   **unknown**

C7122NY-3      NYS FORM NF-3 (Rev 1/2004)
Page 1 of 2                              CONTINUE ON PAGE 2

050902002590603R

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073690

Page 2

## VERIFICATION OF TREATMENT BY ATTENDING PHYSICIAN OR OTHER PROVIDER OF HEALTH SERVICES

### 15. Report of services rendered - Attach additional sheets if necessary

| Date of Service | Place of Service Including Zip Code | Description of Treatment or Health Service Rendered | Fee Schedule Treatment Code | Charges |
|---|---|---|---|---|
| 5/31/05 & 6/1/05 | 9901 Medical Ctr Dr Rockville, MD 20850 | Emergency Evaluation Moderate | 99283 99283 | $190.00 $190.00 |
| | | | Total Charges to Date $ | 380.00 |

### 16. If Treating provider is different than billing provider complete the following:

| Treating Provider's Name | Title | License or Certification Number | Business Relationship Check Application Box | | |
|---|---|---|---|---|---|
| | | | Employee | Independent | Other(Specify) |
| | | | | | |

17. If the Provider of Service is a Professional Service Corporation or doing business under an assumed name (DBA), list the owner and professional licensing credentials of all owners (provide an additional attachment if necessary).

18. Is patient still under your care for this condition?     Yes ☐   No ☑

19. Estimated duration of future treatment

**PATIENT:** Your health provider may agree to accept payment for health services performed directly from your insurer (**Authorization to Pay Benefits**) so that you are not required to make payment to the health provider at the time of service. Such agreement is optional on the part of the health provider and must be signed by both patient and health provider. You may use the optional authorization language provided below, by checking off the designated spot in item 20 of this form.
20. _____ (IF YOU HAVE CHOSEN TO AUTHORIZE THE DIRECT PAYMENT OF BENEFITS BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN ASSIGNMENT OF BENEFITS CONTAINED IN #21)
AUTHORIZATION TO PAY BENEFITS:
I AUTHORIZE PAYMENT OF HEALTH BENEFITS TO THE UNDERSIGNED HEALTH CARE PROVIDER OR SUPPLIER OF SERVICES DESCRIBED BELOW. I RETAIN ALL RIGHTS, PRIVILEGES AND REMEDIES TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT PROVISION) OF THE INSURANCE LAW

Print Name _____     Signed _____
             PATIENT                                          PATIENT                DATE

**PATIENT:** Your health provider may agree to have you assign your right to No-Fault benefits from your insurer diectly to your health provider (**Assignment of Benefits**). If you and your health provider agree to an assignment of benefits, you must both sign the agreement contained in #21 of the prescribed NF-AOB form or it's equivalent. The language contained in the assignment of benefits is mandatory and may not be altered or avoided by any other language added to this agreement or other written agreement.
21. _____ (IF YOU HAVE CHOSEN TO ASSIGN YOUR BENEFITS TO THE HEALTH PROVIDER BY CHECKING THIS OPTION, YOU MAY NOT ALSO ENTER INTO AN AUTHORIZATION TO PAY BENEFITS CONTAINED IN ITEM #20 ABOVE).
ASSIGNMENT OF NO-FAULT BENEFITS:
I HEREBY ASSIGN TO THE HEALTH CARE PROVIDER INDICATED BELOW ALL RIGHTS, PRIVILEGES AND REMEDIES TO PAYMENT FOR HEALTH CARE SERVICES PROVIDED BY THE ASSIGNEE TO WHICH I AM ENTITLED UNDER ARTICLE 51 (THE NO-FAULT STATUTE) OF THE INSURANCE LAW. THE ASSIGNEE HEREBY CERTIFIES THAT THEY HAVE NOT RECEIVED ANY PAYMENT FROM OR ON BEHALF OF THE ASSIGNOR AND SHALL NOT PURSUE PAYMENT DIRECTLY FROM THE ASSIGNOR FOR SERVICES PROVIDED BY SAID ASSIGNEE FOR INJURIES SUSTAINED DUE TO THE MOTOR VEHICLE ACCIDENT, NOTWITHSTANDING ANY OTHER AGREEMENT TO THE CONTRARY. THIS AGREEMENT MAY BE REVOKED BY THE ASSIGNEE WHEN BENEFITS ARE NOT PAYABLE BASED UPON THE ASSIGNOR'S LACK OF COVERAGE AND/OR VIOLATION OF A POLICY CONDITION DUE TO THE ACTIONS OR CONDUCT OF THE ASSIGNOR.

Print Name _____     Signed _____
             PATIENT (Assignor)                                  PATIENT                DATE

Print Name _____     Signed _____
             (PROVIDER OF HEALTH CARE SERVICE - Assignee)       (PROVIDER OF HEALTH CARE SERVICE)   DATE

HAS AN ORIGINAL AUTHORIZATION OR ASSIGNMENT PREVIOUSLY BEEN EXECUTED?   Yes ☐   No ☐

IS THE ORIGINAL SIGNATURE OF THE PARTIES ON FILE?   Yes ☐   No ☐

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| DATE 9/30/05 | PROVIDER'S SIGNATURE Laura Bowser (authorized billing agent for MEP) | IRS/TIN IDENTIFICATION NO. 52-2043450 | WCB RATING CODE IF NONE, SPECIALTY Emergency Medicine |
|---|---|---|---|

C7122NY-3
Page 2 of 2

NYS FORM NF-3 (Rev 1/2004)

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073691

THIS ADDRESS INFORMATION MUST APPEAR IN RETURN ENVELOPE WINDOW.

ALLSTATE INSURANCE COMPANY
MARKET CLAIM OFFICE
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY  11788-2940

PLEASE FOLD ON LINE

ALLSTATE INSURANCE COMPANY
MARKET CLAIM OFFICE
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY  11788-2940

PLEASE FOLD ON LINE

ALLSTATE INSURANCE COMPANY
MARKET CLAIM OFFICE
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY  11788-2940

050902002590603R

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073692

☐ completed

| 17 | MVA | (5) |

☑ Nursing Assessment Reviewed   ☑ Vitals Reviewed   ☐ Tetanus Immun. UTD

**PHYSICAL EXAM**   (Alert)   Lethargic   Anxious

Distress- (NAD)   mild   moderate   severe
Other- ___ c-collar ( PTA / in ED ) ___ back-board ___ IV ___ splint

TIME SEEN: 12:00   ROOM: M-6   EMS Arrival
PMD - Dr. Ooohm Pmd
Referred by ☑ Self   ☐ PMD   ☐ Dr.
HISTORIAN: patient   spouse   paramedics
HX / EXAM LIMITED BY:

**HPI** chief complaint (MVA) Injury to: neck / back
pain at: 0  1  2  3  4  5  6  7  8  9  10

occurred- __ just PTA   **position in vehicle:**
Yesterday   driver passenger front back

**context-** 2 -car collision   overturned vehicle
single-car accident ( lost control / fell asleep / unknown cause )
Pt was struck from behind. No pain
until the next am. Had neck / back
pain, tightness.

**location of pain:**
injuries:

| | | ---right--- | | ---left--- | |
| head   face   mouth | shldr | hip | shldr | hip |
| (neck) chest   abdomen | arm | thigh | arm | thigh |
| (back) upper mid lower | elbow | knee | elbow | knee |
| radiating to ( R / L ) thigh / leg | f-arm | leg | f-arm | leg |
| | wrist | ankle | wrist | ankle |
| | hand | foot | hand | foot |

**severity of pain:**   **associated symptoms:**
mild   lost consciousness / dazed
   duration:
(moderate   remembers:
 to   impact   coming to hospital
 severe)   seizure

**site of impact:**   **restraints:**
"P" = primary "S" = secondary   none   (lap / shoulder)
   doesn't recall
   car seat
   air bag deployed
   thrown from vehicle
force  low mod. high   (ambulated at scene)
   direct glancing   long extrication

**HEAD**   __ see diagram
__ no evidence of   __ Battle's sign / Raccoon Eyes
   trauma
**NECK** em= lit   __ see diagram
__ non-tender   __ vertebral point-tenderness
__ painless ROM   __ muscle spasm / decreased ROM
__ trachea midline   __ pain on movement of neck



**EYES**   __ unequal pupils R __ 3 mm L __ 3 mm
__ PERRL   __ EOM entrapment / palsy
__ EOMI   __ subconjunctival hemorrhage

**ENT**   __ hemotympanum
__ nml external   __ TM obscured by wax
   inspection   __ clotted nasal blood
__ no dental injury   __ dental injury / malocclusion

**RESP / CVS**   __ see diagram ( on reverse )
__ chest non-tender   __ decreased breath sounds
__ breath sounds nml   __ wheezing / rales
__ heart sounds nml   __ splinting / paradoxical movements

**ABDOMEN**   __ see diagram ( on reverse )
__ non-tender   __ tenderness / guarding / rebound
__ no organomegaly   __ mass / organomegaly

**ROS**

**SOCIAL HISTORY**

**PAST HX** ___ negative
NIDDM

**GENITAL / RECTAL**

**NEURO / PSYCH**   __ confusion / disorientation
__ oriented x3   __ EOM palsy / anisocoria
__ mood & affect   __ facial asymmetry
__ CN's nml   __ unsteady / ataxic gait
__ as tested   __ sensory / motor deficit
__ sensation &
   motor nml

Meds- __ none / __ see nurses note   Advil, Oral Hypoglycemic
__ herbal / alternative medicines
Allergies- (NKDA)   __ see nurses note

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**Shady Grove**
Adventist Hospital
**EMERGENCY PHYSICIAN RECORD**

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073693

**SKIN**
 __ intact
 __ warm, dry
**BACK**
 __ no CVA
    tenderness
 __ no vertebral
 __ tenderness
**EXTREMITIES**
 __ atraumatic
 __ pelvis stable
 __ hips non-tender
 __ no pedal edema
 __ nml ROM

 __ see diagram
 __ crepitus / diaphoresis

 __ see diagram
 __ vertebral point-tenderness
 __ CVA tenderness
 __ muscle spasm / limited ROM

 __ see diagram
 __ bony point-tenderness
 __ painful / unable to bear weight
 __ pulse deficit

*Joint Exam:*
 __ limited ROM / ligaments laxity / joint effusion



T=Tenderness
PtT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion  B=Burn
(1=mild  2=mild
mod=moderate
3=severe)
Ttv = Tenderness on
palpation (severe)

Time_____ __ unchanged  __ improved  __ re-examined
pain at _____

signed out to Dr. _____

**XRAYS**  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/ radiologist

**C-Spine  D-Spine  LS-Spine**
 __ nml / NAD       __ reversal / straightening of cerv. lordosis
 __ no fracture     __ DJD / spondylosis / spurring
 __ nml alignment
 __ soft tissues nml

**CXR**
 __ nml / NAD       __ rib fracture
 __ no infiltrates   __ infiltrates / atelectasis
 __ nml heart size
 __ nml mediastinum

OTHER ☐ See separate report

**PROCEDURES and PROGRESS:**

[illegible redacted/shaded block]

**CLINICAL IMPRESSION:**  (MVA)

| contusion | | | sprain / strain |
|---|---|---|---|
| head | wrist | R/L | neck  dorsal  lumbar |
| face | hand | R/L | sacral |
| chest | hip | R/L | |
| abdomen | thigh | R/L | concussion |
| back | knee | R/L | with LOC   w/o LOC |
| shoulder R/L | leg | R/L | |
| arm   R/L | ankle | R/L | laceration |
| elbow  R/L | foot | R/L | |
| forearm R/L | | | |

DISPOSITION  ☐ home  ☐ admitted  ☐ transferred
CONDITION    ☐ unchanged  ☑ improved  ☐ stable

MD / DO: _____

PA: _____

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073694



P.O. Box 2278
Germantown, MD 20875-2278

ADDRESS SERVICE REQUESTED

012H6208573
$ 00.370
09/30/2005
Mailed From 20874
US POSTAGE

Hasler

Allstate
Market Claim Office
888 Veterans Memorial HWY
Suite 300
Hauppauge, NY 11788-2946

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073695

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073696



L01 APPROVE OMB NO. 0938-0279

67764

| SHADY GROVE ADVENTIST HOS | | | 3 PATIENT CONTROL NO. | | 4 TYPE OF BILL |
| P.O. BOX 62153 | | | 26306902 | | 131 |
| BALTIMORE  MD 21264 2153 | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD | 7 COV D. | 8 N-C D. | 9 C-I D | 10 L-R | 11 |
| 301-315-3660 | 521532556 | 060705  060705 | | | | | 67764 (A) |

12 PATIENT NAME
13 PATIENT ADDRESS

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 DATE ADMISSION 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | | | 31 |
| | F | S | 060705 09 | | 7 | 01 | 0861835 | | | |

| 30 | 31 OCCURRENCE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE CODE DATE | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
| a | 01 053005 | | | | | | |
| b | | | | | | | |

| 38 | | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
| a | | 45 0700 | | |
| b | | | | |

| 42 REV. CD | 43 DESCRIPTION | 44 HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COV'D CHGS | 49 |
| 1 | 251 DRUGS/GENERIC | | 060705 | 1 | 006 | | |
| 2 | 324 DX X-RAY | 71020 | 060705 | 1 | 7759 | | |
| 3 | 320 DX X-RAY | 72040 | 060705 | 1 | 7759 | | |
| 4 | 450 EMERG ROOM | 99283 | 060705 | 1 | 11500 | | |
| 5 | 730 EKG/ECG | 93005 | 060705 | 1 | 3203 | | |
| 6 | | | | | | | |
| 7 | 001 TOTAL CHARGES | | | | 30227 | | |

212584310?

| 50 PAYER | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
| A | ALLSTATE INSURANCE CO 05 | | Y | Y | | 30227 |
| B | SELF-PAY 08 | | | | | |
| C | | | | | | |

57 DUE FROM PATIENT ►

| 58 INSURED'S NAME | 59 P. REL | 60 CERT. - SSN - HIC. - ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
| A | 8 | | ALLSTATE (NY) | 212584132 |
| B | | | AUTO INS | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
| A | 9 METTY | BOHEMIA NY |
| B | METTY | BOHEMIA NY |
| C | | |

| 67 PRIN. DIAG. CD | A | B | C | D | E | F | G | H | 76 ADM. DIAG. CD | 77 E-CODE |
| 92231 | 8470 | | | | | | | | 9598 | E8120 |

| 79 P.C. | 80 PRINCIPAL PROCEDURE CODE DATE | A OTHER PROCEDURE CODE DATE | B OTHER PROCEDURE CODE DATE | 81 | |
| | | | | 725 | |
| | C OTHER PROCEDURE CODE DATE | D OTHER PROCEDURE CODE DATE | E OTHER PROCEDURE CODE DATE | WENK  JONATHAN M MD | |

| 84 REMARKS | | 85 PROVIDER REPRESENTATIVE | 86 DATE |
| a | | X | 062805 |
| b | | I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF. | |
| c | | | |
| d | | | |

UB-92 HCFA-1450          PAYER COPY

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073697

# Medical Account Management, Inc.

P.O. Box 10159
Towson, MD 21285
Phone: 410-828-0383   •   Fax: 410-828-8906

July 11, 2005

Allstate / 212584132
888 Veterans Memorial Highway
New York, NY 11788

RE: Shady Grove Adventist Hospital
Patient: _____ ___
Account #: 26306902
Date of Service: 6/7/05
Policy# /Claim#: 212584132
Total Amount: $302.27

Dear Sir/Madam:

This office has been requested by Shady Grove Adventist Hospital to submit the above referenced account, along with all the enclosed documentation in order to expedite processing of this account.

In the event you require further assistance in resolving this matter, please contact this office directly, preferably by written correspondence. If immediate assistance is required, contact this office at the number listed above. Thank you for your assistance and cooperation in this matter.

Medical Account Management Inc.
Billing Department

Additional Comments —
Please respond in writing to the address listed above.
Attn: F. George Lahourcade III — Senior MVA Specialist

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073698



CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073699

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073700

09/20/2005  13:54    3015902654                                          PAGE  02

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

ALLSTATE
888 VETERANS HWY
SUITE 300
HAUPPAUGE, NY  11788

CARRIER

## HEALTH INSURANCE CLAIM FORM

PICA

| PICA |
|---|
| 1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER |

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
212S843132AW

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE    SEX  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY                    STATE
                         MD

8. PATIENT STATUS
Single  Married  Other [X]

CITY                    STATE

ZIP CODE          TELEPHONE (Include Area Code)

Employed  Full Time Student  Part Time Student

ZIP CODE        TELEPHONE (INCLUDE AREA CODE)
(    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH    SEX
MM  DD  YY            M    F

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY          M    F

b. AUTO ACCIDENT?    PLACE (State)
YES [ ]  NO [X]

b. EMPLOYER'S NAME OR SCHOOL NAME
MBTY

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
ALLSTATE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]  NO [X]   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE          DATE  06/07/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY (LMP)
MM  DD  YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE
MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM  DD  YY    TO  MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
JONATHAN WENK MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
H65337

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM        TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES [ ]  NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. V71.4
2. 959.09
3.
4.

22. MEDICAID RESUBMISSION   ORIGINAL REF. NO.
CODE

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 06072005  06072005 | 23 | 4 | 77020  26 | 1 | 50 50 | 1 | | | | |
| 06072005  06072005 | 23 | 4 | 72050  26 | 1 | 82 50 | 1 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN [ ] EIN [X]
52-1148069

26. PATIENT'S ACCOUNT NO.
500861835

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]  NO

28. TOTAL CHARGE
$ 133 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 133 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ALLYN M COHEN MD
SIGNED  09/20/2005  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE ADV HOSP
9901 MEDICAL CENTER DR
ROCKVILLE, MD  20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SHADY GROVE RADIOLOGICAL
PO BOX 17724
BALTIMORE, MD  21297

PIN#                    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE
FORM HCFA-1500 (12-90)

APPROVED OMB-0938-0008 FORM OMB-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMP)

RECEIVED TIME  SEP. 20.  1:49PM

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073701

# Account Ledger

Shady Grove Orthopaedic Associates, P.A.
9715 Medical Center Drive
Suite 415
Rockville, MD 20850

Phone: (301) 340-9200        Tax ID: 521061922
Account: 151210P            SSN:                      **Responsible Party:** Self
                           DOB:                       Insurance 1   (0015785120515) Allstate Insurance

Home Phone:                          **Primary Provider:**   (9) Mark A. Peterson, M.D.
Work Phone:                          **Referring Physician:** (5161) MARK PETERSON

### Balance of Transactions in Closed Controls

|          | Total      | Current  | 1 to 30  | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | Over 1 |
|----------|------------|----------|----------|----------|----------|-----------|------------|--------|
| Bill     | $1,233.00  | $0.00    | $487.00  | $746.00  | $0.00    | $0.00     | $0.00      | $0     |
| No Bill  | $0.00      | $0.00    | $0.00    | $0.00    | $0.00    | $0.00     | $0.00      | $0     |

| Type Provider | Service Date | Code | # Description | Charge | Payment | Adjustm |
|---|---|---|---|---|---|---|
| C   (9) Peterson, M.D. | 06/15/2005 06/15/2005 99204 | 1 Office or other outpatient visit for th | $168.00 | | |
| C   (9) Peterson, M.D. | 06/15/2005 06/15/2005 72100 | 1 Radiologic examination, spine, lum | $99.00 | | |
| Visit Entry Date: 06/20/2005 | Visit Status: Bill | | Visit Balance: | $267.00 | $267.00 | $0.00 | $0 |
| C   (12) Birnbaum, P.T. | 06/22/2005 06/22/2005 97001 | 1 Physical therapy evaluation | $135.00 | | |
| C   (12) Birnbaum, P.T. | 06/22/2005 06/22/2005 97110 | 1 Therapeutic procedure, one or mor | $43.00 | | |
| C   (12) Birnbaum, P.T. | 06/22/2005 06/22/2005 97140 | 1 Manual therapy techniques (eg, mc | $43.00 | | |
| Visit Entry Date: 06/22/2005 | Visit Status: Bill | | Visit Balance: | $221.00 | $221.00 | $0.00 | $0 |
| C   (12) Birnbaum, P.T. | 06/27/2005 06/27/2005 97110 | 1 Therapeutic procedure, one or mor | $43.00 | | |
| C   (12) Birnbaum, P.T. | 06/27/2005 06/27/2005 97140 | 2 Manual therapy techniques (eg, mc | $86.00 | | |
| Visit Entry Date: 06/27/2005 | Visit Status: Bill | | Visit Balance: | $129.00 | $129.00 | $0.00 | $0 |
| C   (12) Birnbaum, P.T. | 06/29/2005 06/29/2005 97110 | 1 Therapeutic procedure, one or mor | $43.00 | | |
| C   (12) Birnbaum, P.T. | 06/29/2005 06/29/2005 97140 | 2 Manual therapy techniques (eg, mc | $86.00 | | |
| Visit Entry Date: 06/29/2005 | Visit Status: Bill | | Visit Balance: | $129.00 | $129.00 | $0.00 | $0 |
| C   (9) Peterson, M.D. | 06/29/2005 06/29/2005 99213 | 1 Office or other outpatient visit for th | $100.00 | | |
| Visit Entry Date: 07/05/2005 | Visit Status: Bill | | Visit Balance: | $100.00 | $100.00 | $0.00 | |
| C   (12) Birnbaum, P.T. | 07/06/2005 07/06/2005 97110 | 1 Therapeutic procedure, one or mor | $43.00 | | |
| C   (12) Birnbaum, P.T. | 07/06/2005 07/06/2005 97140 | 2 Manual therapy techniques (eg, mc | $86.00 | | |
| Visit Entry Date: 07/06/2005 | Visit Status: Bill | | Visit Balance: | $129.00 | $129.00 | $0.00 | $0 |
| C   (12) Birnbaum, P.T. | 07/08/2005 07/08/2005 99080 | 1 Special reports such as insurance | $5.00 | ($5.00) | |
| P   (12) Birnbaum, P.T. | 07/08/2005 07/08/2005 013 | 1 Cash Payment Office Thank You | | ($5.00) | |
| Visit Entry Date: 07/07/2005 | Visit Status: Bill | | Visit Balance: | $5.00 | ($5.00) | $0 |
| C   (12) Birnbaum, P.T. | 07/11/2005 07/11/2005 97110 | 1 Therapeutic procedure, one or mor | $43.00 | | |
| C   (12) Birnbaum, P.T. | 07/11/2005 07/11/2005 97140 | 2 Manual therapy techniques (eg, mc | $86.00 | | |
| Visit Entry Date: 07/11/2005 | Visit Status: Bill | | Visit Balance: | $129.00 | $129.00 | $0.00 | $0 |
| C   (12) Birnbaum, P.T. | 07/13/2005 07/13/2005 97110 | 1 Therapeutic procedure, one or mor | $43.00 | | |
| C   (12) Birnbaum, P.T. | 07/13/2005 07/13/2005 97140 | 2 Manual therapy techniques (eg, mc | $86.00 | | |
| Visit Entry Date: 07/13/2005 | Visit Status: Bill | | Visit Balance: | $129.00 | $129.00 | $0.00 | $0 |
| Totals: | Bill: $1,233.00   No Bill: $0.00 | | Total: | $1,233.00 | $1,238.00 | ($5.00) | $0 |

C = Charge; I = Insurance Payment; P = Private Payment; A = Adjustment; F = Insurance Filing; M = Memo
Showing: Selected Visits from 06/15/2005 - 08/01/2005
• Indicates a preliminary (open) transaction that is subject to review.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073702



09/20/2005  13:54    3015902654                                    PAGE  01

# SHADY GROVE RADIOLOGICAL
## CONSULTANTS, P.A.
## P.O. BOX 17124
## BALTIMORE, MD    21297-1124

### FACSIMILE TRANSMITTAL COVER PAGE

TO: _All State Dawn M_        FROM: _Paul_
DATE: _9-20_                  PHONE: _301 212 4260_
COMPANY: _Allstate_          FAX:   301-590-2654

FAX: _631 435 7770_          PAGES _2_ _____ (incl. cover sheet)

Remarks:

_eminuent sonis Grover_

_____

_____

_____

_____

_____

_____

_____

_____

Confidentiality notice: This message is for the exclusive use of the person or entity to which it is addressed, and it is CONFIDENTIAL. If you are not the addressee or the agent or employee of the addressee who is responsible for delivering it to the addressee, please do not read, use, disclose, copy or distribute this message.

RECEIVED TIME  SEP. 20.  1:49PM

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073703

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073704

PLEASE
DO NOT
STAPLE
IN THIS
AREA

ALLSTATE INSURANCE
1 INDEPENDENT HILL
#201
FARMINGVILLE, NY 11738

Type:   Refile

User:   bnolan

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 00157851205515 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

4. PATIENT'S BIRTH DATE    SEX   M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS ( No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY                STATE   MD

8. PATIENT STATUS
Single [X]   Married [ ]   Other [ ]

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

CITY                STATE   MD.

ZIP CODE        TELEPHONE (Include Area Code)

ZIP CODE        TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2125643108

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH   M [ ]  SEX  F [X]

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX M [ ] F [ ]

b. AUTO ACCIDENT?   PLACE (State)
YES [X]  NO [ ]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
ALLSTATE INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]  NO [ ]   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE 06/15/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM 05  DD 30  YY 2005

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   MM DD YY   TO   MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
PETERSON, MARK, A

17a. I.D. NUMBER OF REFERRING PHYSICIAN
E54868

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   MM DD YY   TO   MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES [ ]  NO [X]   0  00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 847 . 0          3.
2. 847 . 2          4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A | | | | | B | C | D | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE(S) OF SERVICE From To | | | | | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| | MM DD YY | | MM DD YY | | | | | | | | | | | | | |
| 1 | 06 15 2005 | | 06 15 2005 | | 11 | 01 | 99204 | | 12 | 168 00 | 1 | | | | | |
| 2 | 06 15 2005 | | 06 15 2005 | | 11 | 04 | 72100 | | 12 | 99 00 | 1 | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN [ ]  EIN [X]
521061922

26. PATIENT'S ACCOUNT NO.
151210P

27. ACCEPT ASSIGNMENT? (For govt. claims see back)
YES [ ]  NO [ ]

28. TOTAL CHARGE
$  267  00

29. AMOUNT PAID
$  0  00

30. BALANCE DUE
$  267  00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
AUTOMATED SIGNATURE
MARK A. PETERSON, M.D.
SIGNED   10/25/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE-ROCKVILLE
9715 MEDICAL CTR DR.
SUITE 415
ROCKVILLE, MD 20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SHADY GROVE ORTHO ASSOC
9715 MEDICAL CTR DR.
SUITE 415
ROCKVILLE, MD 20850   (301) 251-4143
PIN #   GRP 521061922

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)        PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073705

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED B APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information ma be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to proce the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signatu authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group heal insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charg and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charg determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program b makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in tho items captioned in "Insured" i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure ar diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnishe incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPU regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervisio by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services are not an active duty member of the Uniformed Services or a civilian employe of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claim I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing laws and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subje to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lun programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), a 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the servic and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Fede agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessa to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosur are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, "Carrier Medicare Claims Record," published in the Federal Register, Vol No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 2 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishme of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupme claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be ma to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, clair adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil ar criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discusse below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services render or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would del payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 380 3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of comput matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furni information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Humans Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the excepti of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and we personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and Sta funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control numb The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to average minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the informati collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26, 75 Security Boulevard, Baltimore, Maryland 21244-1850.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073706



CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073707

SHADY GROVE
ORTHOPAEDIC ASSOCIATES, P.A.
ORTHOPAEDIC SURGERY
9715 MEDICAL CENTER DR., #415
ROCKVILLE, MD 20850

6/15/2005   MAP                                    151210P          DOB:

**PRESENT ILLNESS:**                    comes in today.  She is a 30-year-old female who was involved in a motor vehicle accident on 5/30/2005.  She was rear-ended on the way home to New York in Delaware.  She was ambulatory at the scene.  She did not really hurt at the scene, but the next day was having discomfort in the neck, went to Shady Grove Hospital after her boyfriend picked her up.  She was evaluated and released.  She went back a week later because of continued pain and stiffness in her neck and back.  She had x-rays taken of her cervical spine which were normal and she was released. She is still complaining of pain in the neck and the back.  She has also complained of pain in the right knee, but this apparently happened prior to the accident.  She twisted her foot and hurt her knee at that time.

**PHYSICAL EXAM:**  On exam today, she complains of a lot of discomfort in the cervical region.  There is pain in the trapezial region. It does not radiate down the arms.  She has very limited motion with attempts at movement of her neck because of the pain.  Examination of her back shows she has tenderness along the lower lumbar region.  She has good motion.  No paraspinal spasms.  She is neurovascularly intact in both upper and lower extremities.

**X-RAYS:**  X-ray report of the neck was normal.  X-rays of her lumbar spine were taken which were normal.

**ASSESSMENT: CERVICAL AND LUMBAR STRAIN.**

**PLAN:**  I have discussed with her the diagnosis and treatment.  I am going to start her on a short course of therapy.  I have given her some Vicodin for pain.  I told her at this point that I do not think there is any reason she couldn't try working with this though it may be uncomfortable.  I would like to see her back in 2 weeks to see how she is doing.  /vmq

Mark A. Peterson, M.D.

cc: PIP

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073708



**SHADY GROVE ORTHOPAEDIC ASSOCIATES, PA**

9715 Medical Center Dr.
Suite 415
Rockville, Maryland 20850

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073709

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073710

PLEASE
DO NOT
STAPLE
IN THIS
AREA

ALLSTATE INSURANCE
1 INDEPENDENT HILL
#201
FARMINGVILLE, NY 11738

Type:  Refile

User:  bnolan

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | PICA | |

**1. MEDICARE** (Medicare #)   **MEDICAID** (Medicaid #)   **CHAMPUS** (Sponsor's SSN)   **CHAMPVA** (VA File #)   **GROUP HEALTH PLAN** (SSN or ID)   **FECA BLK LUNG** (SSN) [X]   **OTHER** (ID)

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
0015785120515

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)

**3. PATIENT'S BIRTH DATE** MM DD YY   **SEX** M [ ] F [X]

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street)

**6. PATIENT RELATIONSHIP TO INSURED** Self [X] Spouse [ ] Child [ ] Other [ ]

**7. INSURED'S ADDRESS** (No., Street)

STATE MD

**8. PATIENT STATUS** Single [ ] Married [X] Other [ ]

CITY   STATE MD

ZIP CODE   TELEPHONE (Include Area Code)

Employed [X]   Full-Time Student [ ]   Part-Time Student [ ]

ZIP CODE   TELEPHONE (INCLUDING AREA CODE)

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS) YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** MM DD YY   SEX M [ ] F [X]

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY   SEX M [ ] F [ ]

**b. AUTO ACCIDENT?** YES [X] NO [ ] PLACE (State)

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
ALLSTATE INSURANCE

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES [ ] NO [X] If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE** DATE 06/15/2005

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY 05 30 2005

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
PETERSON, MARK A

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**
E54868

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES [ ] NO [X]   $ CHARGES 0 00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. L 847.0
2. L 847.2
3. L
4. L

**22. MEDICAID RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**
MEDICAL RECORDS ATTACHED

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | | |
| 06 | 15 | 2005 | 06 | 15 | 2005 | 11 | 01 | 99204 | 12 | 168 | 00 | 1 | | | | |
| 06 | 15 | 2005 | 06 | 15 | 2005 | 11 | 04 | 72100 | 12 | 99 | 00 | 1 | | | | |

**25. FEDERAL TAX I.D. NUMBER**   SSN [ ] EIN [X]
521061922

**26. PATIENT'S ACCOUNT NO.**
151210P

**27. ACCEPT ASSIGNMENT?** (For govt. claims see back) YES [X] NO [ ]

**28. TOTAL CHARGE** $ 267 00

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 267 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
AUTOMATED SIGNATURE
MARK A. PETERSON, M.D.
SIGNED   10/26/2005 DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
SHADY GROVE-ROCKVILLE
9715 MEDICAL CTR DR.
SUITE 415
ROCKVILLE, MD 20850

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
SHADY GROVE ORTHO ASSOC
9715 MEDICAL CTR DR.
SUITE 415
ROCKVILLE, MD 20850   (301) 251-4143
PIN #   GRP #521061922

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMP

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073711

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED B' APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information ma be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to proces the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signatur authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group healt insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 4 CFR 411.24(a). If Item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned c CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program bu makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in thos items captioned in "Insured"; i.e., Items 1a, 4, 6, 7, 9, and 11.

## BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure an diagnosis coding systems.

## SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnishe incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPU: regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervisio by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician' offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services are not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subjec to fine and imprisonment under applicable Federal laws.

## NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
## (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lun programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), an 44 USC 3101; 41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the service and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federa agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessar to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosure are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, "Carrier Medicare Claims Record," published in the Federal Register, Vol. 5 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register, Vol. 55 No. 40, Wed Feb 28 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishmen of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/c the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation c the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupmer claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be mad to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claim adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil an criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discusse below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendere or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would dela payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801 3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of compute matches.

## MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnisl information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exceptio of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and wer personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the informatio collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073712



**SHADY GROVE ORTHOPAEDIC ASSOCIATES, PA**

R. Marshall Ackerman, MD
Jeffrey F. Witte, MD
Steven L. Tuck, MD

Andrew W. Bender, MD
Robert W. Palmer, MD
Mark A. Peterson, MD
Brett R. Quigley, MD

6/15/2005   MAP                           151210P          DOB:

**PRESENT ILLNESS:** comes in today. She is a 30-year-old female who was involved in a motor vehicle accident on 5/30/2005. She was rear-ended on the way home to New York in Delaware. She was ambulatory at the scene. She did not really hurt at the scene, but the next day was having discomfort in the neck, went to Shady Grove Hospital after her boyfriend picked her up. She was evaluated and released. She went back a week later because of continued pain and stiffness in her neck and back. She had x-rays taken of her cervical spine which were normal and she was released. She is still complaining of pain in the neck and the back. She has also complained of pain in the right knee, but this apparently happened prior to the accident. She twisted her foot and hurt her knee at that time.

**PHYSICAL EXAM:** On exam today, she complains of a lot of discomfort in the cervical region. There is pain in the trapezial region. It does not radiate down the arms. She has very limited motion with attempts at movement of her neck because of the pain. Examination of her back shows she has tenderness along the lower lumbar region. She has good motion. No paraspinal spasms. She is neurovascularly intact in both upper and lower extremities.

**X-RAYS:** X-ray report of the neck was normal. X-rays of her lumbar spine were taken which were normal.

**ASSESSMENT:** CERVICAL AND LUMBAR STRAIN.

**PLAN:** I have discussed with her the diagnosis and treatment. I am going to start her on a short course of therapy. I have given her some Vicodin for pain. I told her at this point that I do not think there is any reason she couldn't try working with this though it may be uncomfortable. I would like to see her back in 2 weeks to see how she is doing. /vmq

Mark A. Peterson, M.D.

cc: PIP

9715 Medical Center Dr.  |  Suite 415  |  Rockville, MD  20850  |  Phone  301.340.9200  |  Fax  301.340.7235

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073713



CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073714

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073715

PLEASE DO NOT STAPLE IN THIS AREA

ALLSTATE INSURANCE
1 INDEPENDENT HILL
#201
FARMINGVILLE, NY 11738

CHJ 7

Type: Primary
User: DPILLITTERI

# HEALTH INSURANCE CLAIM FORM

**1. MEDICARE** / **MEDICAID** / **CHAMPUS** / **CHAMPVA** / **GROUP HEALTH PLAN** / **FECA BLK LUNG** / **OTHER**

1a. INSURED'S I.D. NUMBER: 0015785120515

2. PATIENT'S NAME: 
4. INSURED'S NAME:

5. PATIENT'S ADDRESS

6. PATIENT RELATIONSHIP TO INSURED: Self ☒

8. PATIENT STATUS
CITY — STATE NY
ZIP CODE
TELEPHONE

7. INSURED'S ADDRESS
STATE NY

11. INSURED'S POLICY GROUP OR FECA NUMBER: 2425843108   212584 3132

c. INSURANCE PLAN NAME OR PROGRAM NAME: ALLSTATE INSURANCE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒

12. SIGNED SIGNATURE ON FILE   Date 06/15/2005
13. SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: 05 30 2005
17. NAME OF REFERRING PHYSICIAN: PETERSON, MARK A
17a. I.D. NUMBER: E54868

20. OUTSIDE LAB? YES ☐ NO ☒   $ CHARGES 0 00

21. DIAGNOSIS: 1. 847 0   2. 847 2

23. PRIOR AUTHORIZATION NUMBER: 06152005 SCRIPT

| DATE(S) OF SERVICE From | To | Place | Type | PROCEDURES (CPT/HCPCS) MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS/UNITS | EPSDT | EMG | COB | RESERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 22 2005 | 06 22 2005 | 11 | 01 | 97001 | 12 | 135 00 | 1 | | | | |
| 06 22 2005 | 06 22 2005 | 11 | 01 | 97110 | 12 | 43 00 | 1 | | | | |
| 06 22 2005 | 06 22 2005 | 11 | 01 | 97140 | 12 | 43 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER: 521061922  EIN
26. PATIENT'S ACCOUNT NO.: 151210P
27. ACCEPT ASSIGNMENT? YES ☐
28. TOTAL CHARGE $ 221 00   29. AMOUNT PAID $ 0 00   30. BALANCE DUE $ 221 00

31. SIGNATURE OF PHYSICIAN: AUTOMATED SIGNATURE SANDRA F BIRNBAUM, P.T.
SIGNED P15103  06/27/2005

32. SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850

33. SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850
(301) 294-1327
PIN # GRP 521061922

PLEASE PRINT OR TYPE

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073716

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information r be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to proc the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signat authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group hea insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See CFR 411.24(a). If Item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assignee CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full char and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the cha determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in the items captioned in "insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure a diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnish incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMP regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervis by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physicia offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims I further certify that I (or any employee) who rendered services are not an active duty member of the Uniformed Services or a civilian employ of the United States Government on a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung clair I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subj to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lu programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), a 44 USC 3101,41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the servic and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Fede agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessa to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosur are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol. No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. : 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishme of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupm claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be ma to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, clai adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil a criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discuss below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services render or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would de payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 380 3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of compu matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furn information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Humans Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the excepti of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and we personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and Sta funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control numb The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to average minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the informati collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26, 7! Security Boulevard, Baltimore, Maryland 21244-1850.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073717

## SHADY GROVE ORTHOPAEDIC ASSOCIATES, P.A.
### PHYSICAL THERAPY DEPARTMENT

Patient: _____

Date: 6-22-05

Diagnosis: _____ (DOI) DOS: _____

History: _____ _____ _____

Patient Goals: ↓ pain, ↑ AROM, ↑ _____

Functional Limitations | Degree of Difficulty (Min Mod Max Unable) | Pain level (0-10)

PMH: _____
Meds: _____

**Objective:**
Posture: _____

| Lumbar ROM: | Left | Right | | Left | Right |
|---|---|---|---|---|---|
| AROM Limitations | | | Repetitive PROM | | |
| Flexion: | | | Flexion: x /x : | | |
| Extension: | | | Extension: x /x : | | |
| Rotation: | | | Right Rot: x /x : | | |
| Side Bend: | | | Left Rot: x /x : | | |
| | | | Passive SLR: | | |

\* Denotes Pain
\*\*Denotes provocation of radicular symptoms

PROM end feel: _____

**Flexibility:**

| | Left | Right | Gross Muscle Strength: | | |
|---|---|---|---|---|---|
| Hip Flexors: | | | L1-2 Hip Flexion | | |
| Hamstrings: | | | L3 Knee Ext: | 5 | 5 |
| Gluteals: | | | L4 Ankle DF: | 5 | 5 |
| Piriformis: | | | L5 Great Toe Ext: | 5 | 5 |
| Quads: | | | S1 Ankle PF: | 5 | 5 |
| Sensory Testing: | | | S2 Knee Flexion: | 5 | 5 |

Palpation: _____
Other Testing: _____

Treatment: _____
Today: _____

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073718

*Low Back*

**Treatment:**

Issued HEP of: _sec LHEE L(B) piriformis L(B) ham ppt, (B) UT (B) Quads ob_

**Assessment:**

Pt. tolerated Rx. _This pt dx cerv llumbar strain to benefit from PT RO to ↓ abnormal muscle tightness + correct muscle imbalances + return to funct_

Pt. will benefit from P.T. for the following goals:

STG: Increase ☐ROM ☑Flexibility ☑Strength
Decrease ☑Pain 0+/☐Tenderness ☑Muscle Tone
☐Improve ☑Posture for: _pt o 1'+wks_
☑Function for: _reach overhead_
☑Other: _Tissue proper carry/lift 5-(8)s_

LTG: ☐Pt. will be able to _pt 1'/2 – 2wks_
☐Pt. will be able to _proper bend to pickup_
☐Pt. will be able to _maintain proper posture_
☑Other: ☑LTG asleep through night + finish
⇒ pt noted to clo pain o all (most) activities

**Plan:**
☑General Lumbar Stab./LE strengthening, flexibility, and conditioning program:
☐Bike: ☐Conditioning
☑ROM: ☑Extension ☑Flexion ☐Right Rot. ☐Left Rot. ☐Right SB ☐Left SB
☐Passive ☑Active Assist ☑Active
☑Strengthening: ☑Lumbar ☑Abdominals ☑Postural ☑LE ☑Other: _middle/lower traps rhomboids_
☑Stabilization: ☐Lumbar ☑Pelvic
☑Stretches: ☐Hamstrings ☑Hip Flexors ☑Gluteals ☑Piriformis ☐Quads ☑Other: _UT Levat_
☑Manual Therapy/Mobilizations/Soft Tissue Manipulation _____
☐CUS to _____
☐Pelvic Traction: ☐Supine ☐Prone
☐E-stim: ☐Pain ☐Decrease Muscle Tone _____
☐Cold ☐Hot pack
☑Postural Re-ed
☑HEP
☑Other: _Med_
_____

Precautions: _____

Signature: _[signature]_

9715 Medical Center Drive • Suite 202 • Rockville, Maryland 20850 • Phone: (301) 294-1327 • Fax: (301) 294-1337

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073719

15|210P

1/4

## Shady Grove Orthopaedic Associates, P.A. - Physical Therapy Department

9715 Medical Center Drive   Suite 202   Rockville, Maryland 20850
Phone: (301) 294-1327   Fax: (301) 294-1337

Patient: _____

Date: _____ 6-22-05

Diagnosis: 847.0 / 847.2

Physician: Peterson

Insurance: PIP / SELF

See attached
initial evaluation

**Evaluation and Testing**
[ ✓ ]   97001   Initial Evaluation
[   ]   97002   Re-evaluation
[   ]   95851   Goniometry
[   ]   95831   Muscle Testing

**Modalities**
[   ]   97010   Cold/Hot pack
[   ]   97012   Mechanical Traction
[   ]   90714   Elec. Stim. unattended
[   ]   97033   Iontophoresis
[   ]   97035   Ultrasound/Phonophoresis
[   ]   G0283   Medicare Elec. Stim unattended

**Procedures**
[   ]   97110   Therapeutic Exercise
[   ]   97112   Neuromuscular Re-ed
[   ]   97116   Gait Training
[   ]   97124   Massage
                        effleurage
                        petrissage
                        tapotement
[ ✓ ]   97140   Manual Therapy
                        joint mobilization
                        manual traction
                        myofascial release
[   ]   97504   Orthotics Fitting and Training
[   ]   97530   Therapeutic Activities
[   ]   97535   ADL Training

**Other**
[   ]   90001   Iontophoresis Pads
[   ]   90003   Theraband
[   ]   90004   No Show
[   ]   _____   _____
[   ]   _____   _____

Sandra Parks
Therapist Signature

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073720



SHADY GROVE
ORTHOPAEDIC
ASSOCIATES, PA

9715 Medical Center Dr.
Suite 415
Rockville, Maryland 20850

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073722

PLEASE
DO NOT
STAPLE
IN THIS
AREA

ALLSTATE INSURANCE
1 INDEPENDENT HILL
#201
FARMINGVILLE, NY 11738

2APW

Type:   Primary

User:   DPILLITTERI

CARRIER

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | PICA | |

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) X | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|

0015785120515

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)     M   SEX   F  X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS ( No., Street)

8. PATIENT RELATIONSHIP TO INSURED
Self   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)

CITY                    STATE  NY

6. PATIENT STATUS
Single X   Married   Other

CITY                     STATE  NY

ZIP CODE        TELEPHONE (Include Area Code)

Employed   Full-Time Student   Part-Time Student

ZIP CODE        TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2125843108     2/2584/3132

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   NO X

a. INSURED'S DATE OF BIRTH     M   SEX   F  X

b. OTHER INSURED'S DATE OF BIRTH
MM   DD   YY   SEX   M   F

b. AUTO ACCIDENT?
YES   NO X   PLACE (State)

b. EMPLC                    NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME
ALLSTATE INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE        DATE 06/15/2005

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
05 , 30 , 2005

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM   DD   YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM        TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
PETERSON, MARK, A

17a. I.D. NUMBER OF REFERRING PHYSICIAN
E54868

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM        TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES   NO        $ CHARGES   0 , 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. L 847 . 0          3. L____

2. L 847 . 2          4. L____

22. MEDICAID RESUBMISSION CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
06152005 SCRIPT

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 27 2005 | 06 27 2005 | 11 | 01 | 97110 | 1 | 43 00 | 1 | | | | |
| 06 27 2005 | 06 27 2005 | 11 | 01 | 97140 | 1 | 86 00 | 1 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER     SSN   EIN
521061922                X

26. PATIENT'S ACCOUNT NO.
151210P

27. ACCEPT ASSIGNMENT? (For govt. claims see back)
YES   NO

28. TOTAL CHARGE
$ 129 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 129 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
AUTOMATED SIGNATURE
SANDRA F. BIRNBAUM, P.T.
SIGNED  MD103  07/01/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850   (301) 294-1327
PIN #        GRP# 521061922

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)        PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073723

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED B
APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information ma
be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to proces
the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signatur
authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group healt
insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 4
CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned o
CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charg
and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charg
determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program bu
makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in thos
items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure an
diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnishe
incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPU
regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervisio
by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician
offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employe
of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claim
I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subjec
to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
#### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lun
programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), an
44 USC 3101; 41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the service
and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Feder
agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessar
to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosure
are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol. 5
No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register, Vol. 55 No. 40, Wed Feb. 2
1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishmen
of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/o
the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation o
the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupmen
claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be mad
to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, clain
adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil an
criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discusse
below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendere
or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would dela
payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 380
3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer
matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnis
information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Humans Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exceptio
of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and wer
personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and Stat
funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control numbe
The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to average 1
minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the informatio
collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26, 750
Security Boulevard, Baltimore, Maryland 21244-1850.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073724

Dr. Sandra F. Birnbaum, P.T.   4:00 pm   6/27/2005   Superbill #:  67079
Co Pay: $0.00   Allstate Insurance

Acct ID:   151210P

2/4

Post Op:                    to

Last Visit:  6/22/2005     8470 / 847.2      Neck Sprain
C: $488.00     30: $0.00     60: $0.00     90: $0.00          120+: $0.00

## Shady Grove Orthopaedic Associates, P.A. - Physical Therapy Department

9715 Medical Center Drive   Suite 202  Rockville, Maryland 20850
Phone: (301) 294-1327  Fax: (301) 294-1337

| Evaluation and Testing | | |
|---|---|---|
| [  ] | 97001 | Initial Evaluation |
| [  ] | 97002 | Re-evaluation |
| [  ] | 95851 | Goniometry |
| [  ] | 95831 | Muscle Testing |

| Modalities | | |
|---|---|---|
| [  ] | 97010 | Cold/Hot pack |
| [  ] | 97012 | Mechanical Traction |
| [  ] | 97014 | Elec. Stim. unattended |
| [  ] | 97033 | Iontophoresis |
| [  ] | 97035 | Ultrasound/Phonophoresis |
| [  ] | G0283 | Medicare Elec. Stim unattended |

| Procedures | | |
|---|---|---|
| [  ] | 97110 | Therapeutic Exercise |
| [  ] | 97112 | Neuromuscular Re-ed |
| [  ] | 97116 | Gait Training |
| [  ] | 97124 | Massage |

*effleurage*
*petrissage*
*tapotement*

| [ ✓ ] | 97140 | Manual Therapy |
|---|---|---|

*joint mobilization*
*manual traction*
*myofascial release*

| [  ] | 97504 | Orthotics Fitting and Training |
|---|---|---|
| [  ] | 97530 | Therapeutic Activities |
| [  ] | 97535 | ADL Training |

| Other | | |
|---|---|---|
| [  ] | 90001 | Iontophoresis Pads |
| [  ] | 90003 | Theraband |
| [  ] | 90004 | No Show |
| [  ] | | |
| [  ] | | |

_Therapist Signature_

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073725

PLEASE
DO NOT
STAPLE
IN THIS
AREA

ALLSTATE INSURANCE
1 INDEPENDENT HILL
#201
FARMINGVILLE, NY 11738

Type: Primary

User: DPILLITTERI

## HEALTH INSURANCE CLAIM FORM

PICA | | | | | | | | | | PICA

1. ☐ MEDICARE (Medicare #) ☐ MEDICAID (Medicaid #) ☐ CHAMPUS (Sponsor's SSN) ☐ CHAMPVA (VA File #) ☐ GROUP HEALTH PLAN (SSN or ID) ☐ FECA BLK LUNG (SSN) ☒ OTHER (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
0015785120515

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE    SEX M☐ F☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☒ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY                     STATE NY

8. PATIENT STATUS
Single ☒   Married ☐   Other ☐

CITY                     STATE NY

ZIP CODE    TELEPHONE (Include Area Code)

Employed ☒  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE    TELEPHONE (INCLUDING AREA CODE)

8. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2125843108

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH MM DD YY    M☐ SEX F☒

b. OTHER INSURED'S DATE OF BIRTH MM DD YY    M☐ SEX F☐

b. AUTO ACCIDENT?    PLACE (State)
YES ☐  NO ☒

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
ALLSTATE INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☒  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE 06/15/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
05  30  2005

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
PETERSON, MARK, A

17a. I.D. NUMBER OF REFERRING PHYSICIAN
E54868

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES ☐  NO ☒        $ CHARGES  0 | 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 . 0                   3. L___

2. 847 . 2                   4. L___

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
06152005 SCRIPT

| 24. A. DATE(S) OF SERVICE From To | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 06 | 29 | 2005 | 06 | 29 | 2005 | 11 | 01 | 97110 | 1 | 43 00 | 1 | | | | |
| 06 | 29 | 2005 | 06 | 29 | 2005 | 11 | 01 | 97140P | 1 | 86 00 | 2 | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN ☐ EIN ☒
521061922

26. PATIENT'S ACCOUNT NO.
151210P

27. ACCEPT ASSIGNMENT? (For govt. claims see back)
YES ☐  NO ☐

28. TOTAL CHARGE
$ 129 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 129 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
AUTOMATED SIGNATURE
SANDRA F BIRNBAUM, P.T.
SIGNED [signature] 07/01/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850    (301) 294-1327
PIN#            GRP 521061922

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073726

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED B
APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information ma
be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to proces
the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signatur
authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group heal
insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 4
CFR 411.24(a). If Item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned o
CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge
and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charg
determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program bu
makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in thos
items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure an
diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnishe
incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS
regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervisio
by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician'
offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee
of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims
I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subjec
to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung
programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and
44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services
and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federa
agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary
to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures
are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, "Carrier Medicare Claims Record," published in the Federal Register, Vol. 55
No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 28
1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishmen
of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or
the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation o
the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupmen
claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made
to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims
adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and
criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed
below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered
or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay
payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-
3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer
matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish
information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Humans Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception
of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were
personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State
funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to average 10
minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information
collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26, 7500
Security Boulevard, Baltimore, Maryland 21244-1850.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073727

Dr. _____baum, P.T.   4:00 pm   6/29/2005         Superbill #:   67523
                                Co Pay: $0.00         Allstate Insurance

                        Acct ID:   151210P

                        Post Op:                                          3/4
                                          to   847.8
C: $488.00      Last Visit: 6/22/2005   8470       Neck Sprain
              30: $0.00      60: $0.00             90: $0.00      120+: $0.00

## Shady Grove Orthopaedic Associates, P.A. - Physical Therapy Department

9715 Medical Center Drive   Suite 202   Rockville, Maryland 20850
Phone: (301) 294-1327   Fax: (301) 294-1337

| | | Evaluation and Testing | |
|---|---|---|---|
| [ ] | 97001 | Initial Evaluation |
| [ ] | 97002 | Re-evaluation |
| [ ] | 95851 | Goniometry |
| [ ] | 95831 | Muscle Testing |

**Modalities**

| [ ] | 97010 | Cold/Hot pack |
| [ ] | 97012 | Mechanical Traction |
| [ ] | 97014 | Elec. Stim. unattended |
| [ ] | 97033 | Iontophoresis |
| [ ] | 97035 | Ultrasound/Phonophoresis |
| [ ] | G0283 | Medicare Elec. Stim unattended |

**Procedures**

| [ ] | 97110 | Therapeutic Exercise |
| [ ] | 97112 | Neuromuscular Re-ed |
| [ ] | 97116 | Gait Training |
| [ ] | 97124 | Massage |
| | | *effleurage* |
| | | *petrissage* |
| | | *tapotement* |
| [2] | 97140 | Manual Therapy |
| | | *joint mobilization* |
| | | *manual traction* |
| | | *myofascial release* |
| [ ] | 97504 | Orthotics Fitting and Training |
| [ ] | 97530 | Therapeutic Activities |
| [ ] | 97535 | ADL Training |

**Other**

| [ ] | 90001 | Iontophoresis Pads |
| [ ] | 90003 | Theraband |
| [ ] | 90004 | No Show |
| [ ] | | |
| [ ] | | |

Therapist Signature

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073728

PLEASE DO NOT STAPLE IN THIS AREA

ALLSTATE INSURANCE
1 INDEPENDENT HILL
#201
FARMINGVILLE, NY 11738

CHJ7

Type: Primary

User: DPILLITTERI

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. | MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) X | OTHER (ID) |
|---|---|---|---|---|---|---|---|

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
0015785120515

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX   M   F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY   STATE NY

8. PATIENT STATUS
Single X  Married  Other

CITY   STATE NY

ZIP CODE   TELEPHONE (Include Area Code)

Employed X  Full-Time Student  Part-Time Student

ZIP CODE   TELEPHONE (INCLUDING AREA CODE)
( 631 ) 404-0014

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2125843108

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  NO X

a. INSURED'S DATE OF BIRTH   SEX   M   F X

b. OTHER INSURED'S DATE OF BIRTH   SEX   M   F

b. AUTO ACCIDENT?   PLACE (State)
YES  NO X

b. EM   OL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME
ALLSTATE INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO X   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 06/15/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
05 30 2005

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
PETERSON, MARK, A

17a. I.D. NUMBER OF REFERRING PHYSICIAN
E54868

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES  NO X   0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 .0
2. 847 .2
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
06152005 SCRIPT

| 24. A.<br>DATE(S) OF SERVICE | | | | | | B.<br>Place of Service | C.<br>Type of Service | D.<br>PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances)<br>CPT/HCPCS   MODIFIER | | E.<br>DIAGNOSIS CODE | F.<br>$ CHARGES | G.<br>DAYS OR UNITS | H.<br>EPSDT Family Plan | I.<br>EMG | J.<br>COB | K.<br>RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | | | |
| 07 06 2005 | | | 07 06 2005 | | | 11 | 01 | 97110 | | 1 | 43 00 | | | | | |
| 07 06 2005 | | | 07 06 2005 | | | 11 | 01 | 97140 P | | 1 | 86 00 | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN X
521061922

26. PATIENT'S ACCOUNT NO.
151210P

27. ACCEPT ASSIGNMENT? (For govt. claims see back)
YES X  NO

28. TOTAL CHARGE
$ 129 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 129 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part hereof.)
AUTOMATED SIGNATURE
SANDRA F BIRNBAUM, P.T.
SIGNED PT15703 07/11/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850   (301) 294-1327
PIN#   GRP# 521061922

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPI

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073729

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information m be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to proc the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signat authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group he insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See CFR 411.24(a). If Item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full char and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the cha determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in the items captioned in "insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

## BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure a diagnosis coding systems.

## SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnish incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMP regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervisi by his/her employee, 2) they must be an integral although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physicia offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employ of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung clain I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subj to fine and imprisonment under applicable Federal laws.

## NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lu programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), a 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the servic and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Feder agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessa to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosur are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, "Carrier Medicare Claims Record," published in the Federal Register, Vol. ! No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 2 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishme of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/ the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupme claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be mad to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, clain adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil an criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discusse below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendere or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would dela payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.)

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 380: 3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of compute matches.

## MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnis information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Humans Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exceptio of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and wer personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and Stat funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control numbe The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to average 1( minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the informatio collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26, 750( Security Boulevard, Baltimore, Maryland 21244-1850.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073730

## Shady Grove Orthopaedic Associates
### Physical Therapy Department

9715 Medical Center Drive • Suite 202 • Rockville, Maryland 20850
Phone: 301-294-1327     Fax: 301-294-1337

Patient: _____     Date: 6/25/03

Diagnosis: Cervical & lumbar strain     Date of Illness/Surgery: _____

Precautions/Specific Instructions: _ROM & strength_____

Frequency: 1 ②3 4 5 sessions/week for 1 ②3 4 ___ weeks     Follow-up Appointment: ___ weeks

| | | |
|---|---|---|
| ☐ Cervical ☐ Lumbar - Spine | ☐ Elbow: ☐ Left ☐ Right | ☐ Knee: ☐ Left ☐ Right |
| ☐ Cervicalgia | ☐ Epicondylitis: ☐ Lat. ☐ Med. | ☐ ACL Tear: ☐ Partial ☐ Full |
| ☐ Lumbago | ☐ Sprain/Strain: ☐ Ulnar ☐ Radial | ☐ Meniscus: ☐ Med. ☐ Lat. |
| ☐ Spondylosis | ☐ Fracture: _____ | ☐ Patellofemoral Pain Syndrome |
| ☐ Disc: ☐ Degen. ☐ HNP | | ☐ Patellar Instability: ☐ Sublux. ☐ Disloc. |
| ☐ Radiculopathy: ☐ Left ☐ Right | ☐ Wrist: ☐ Left ☐ Right | ☐ MCL Sprain: Grade. |
| ☐ Stenosis | ☐ Carpal Tunnel | ☐ Patellar Tendonitis |
| | ☐ Arthritis | ☐ Osteoarthritis |
| ☐ Shoulder: ☐ Left ☐ Right | ☐ Fracture: ☐ Colles | ☐ Plicae |
| ☐ RC Tendonitis | ☐ Other: _____ | ☐ Iliotibial Band Syndrome |
| ☐ Adhesive Capsulitis | | ☐ Total Knee Replacement |
| ☐ Sprain/Strain | ☐ Hip: ☐ Left ☐ Right | |
| ☐ Impingement | ☐ Trochanteric Bursitis | ☐ Ankle: ☐ Left ☐ Right |
| ☐ Instability: ☐ Ant. ☐ Post. ☐ Multi | ☐ Osteoarthritis | ☐ Sprain: ☐ Inversion ☐ Eversion |
| ☐ Dislocation ☐ Subluxation | ☐ Total Hip Replacement | ☐ Tendonitis: ☐ Achilles ☐ Peroneals |
| ☐ Fracture: _____ | | ☐ Achilles Rupture |
| ☐ Total Shoulder Replacement | | ☐ Fracture: _____ |

### Modalities and Procedures

☑ Evaluate and Treat

| | | |
|---|---|---|
| ☐ Modalities | ☐ Strengthening | ☐ Stretching |
| ☐ Cold/Hot Packs | ☐ Isometric | ☐ PF Taping |
| ☐ Ultrasound | ☐ Isotonic | ☐ Proprioception |
| ☐ Phonophoresis | ☐ P.R.E. | ☐ Lumbar Stabilization |
| ☐ Iontophoresis | ☐ Range of Motion | ☐ Posture/Mechanics |
| ☐ Electrical Stimulation | ☐ Passive | ☐ Williams Flexion |
| ☐ Soft Tissue Manipulation | ☐ Active Assist | ☐ McKenzie Extension |
| ☐ Manual Therapy | ☐ Active | ☐ Gait Training: ☐ NWB ☐ TT ☐ WBAT |
| ☐ Traction: ☐ Cerv. ☐ Lumbar | | ☐ Home Exercise Program |
| | | ☐ Other: _____ |

Physician's Signature: _____

### Disclosure Statement

This is to notify you that Shady Grove Orthopaedic Associates, P.A. Physical Therapy Department is a wholly owned department of Shady Grove Orthopaedic Associates, P.A. We believe our facility provides the highest quality of physical therapy, however, you are free to obtain physical therapy services from any licensed practitioner.

Acknowledged: _____

This document certifies that the prescribed physical therapy is a medical necessity.

PTD-2

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073731

Dr. Sandra F. Birnbaum, P.T.   12:30 pm   7/6/2005
Co Pay: $0.00

Superbill #:  68167
Allstate Insurance

Acct ID:   151210P

4/4

Post Op:              to

Last Visit:   6/29/2005   8470        Neck Sprain

C: $746.00      30: $0.00       60: $0.00        90: $0.00      120+: $0.00

## Shady Grove Orthopaedic Associates, P.A. - Physical Therapy Department

9715 Medical Center Drive   Suite 202   Rockville, Maryland 20850
Phone: (301) 294-1327   Fax: (301) 294-1337

Evaluation and Testing

| | | |
|---|---|---|
| [ ] | 97001 | Initial Evaluation |
| [ ] | 97002 | Re-evaluation |
| [ ] | 95851 | Goniometry |
| [ ] | 95831 | Muscle Testing |

Modalities

| | | |
|---|---|---|
| [ ] | 97010 | Cold/Hot pack |
| [ ] | 97012 | Mechanical Traction |
| [ ] | 97014 | Elec. Stim. unattended |
| [ ] | 97033 | Iontophoresis |
| [ ] | 97035 | Ultrasound/Phonophoresis |
| [ ] | G0283 | Medicare Elec. Stim unattended |

Procedures

| | | |
|---|---|---|
| [ ] | 97110 | Therapeutic Exercise |
| [ ] | 97112 | Neuromuscular Re-ed |
| [ ] | 97116 | Gait Training |
| [ ] | 97124 | Massage |

effleurage
petrissage
tapotement

| | | |
|---|---|---|
| [2] | 97140 | Manual Therapy |

joint mobilization
manual traction
myofascial release

| | | |
|---|---|---|
| [ ] | 97504 | Orthotics Fitting and Training |
| [ ] | 97530 | Therapeutic Activities |
| [ ] | 97535 | ADL Training |

Other

| | | |
|---|---|---|
| [ ] | 90001 | Iontophoresis Pads |
| [ ] | 90003 | Theraband |
| [ ] | 90004 | No Show |

Therapist Signature

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073732



SHADY GROVE
**ORTHOPAEDIC**
ASSOCIATES, PA

9715 Medical Center Dr.
Suite 415
Rockville, Maryland 20850

**U.S. POSTAGE**
0.37

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073733

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073734

PLEASE
DO NOT
STAPLE
IN THIS
AREA

ALLSTATE INSURANCE
1 INDEPENDENT HILL
#201
FARMINGVILLE, NY 11738

Type:   Refile

User:   bnolan

# HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**1. MEDICARE** (Medicare #)  **MEDICAID** (Medicaid #)  **CHAMPUS** (Sponsor's SSN)  **CHAMPVA** (VA File #)  **GROUP HEALTH PLAN** (SSN or ID)  **FECA BLK LUNG** (SSN)  **OTHER** X (ID)

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
0015785120515

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**

SEX  M □  F X

**6. PATIENT RELATIONSHIP TO INSURED**
Self X  Spouse □  Child □  Other □

**8. PATIENT STATUS**
STATE  MD
Single X  Married □  Other □
Employed X  Full-Time Student □  Part-Time Student □

STATE  MD

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
2125843108   212 584 3132

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)**
YES □  NO □

**a. INSURED'S DATE OF BIRTH**
MM DD YY   SEX M □ F X

**b. OTHER INSURED'S DATE OF BIRTH**
MM DD YY   SEX M □ F □

**b. AUTO ACCIDENT?**
YES □  NO □   PLACE (State)

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES □  NO X

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
ALLSTATE INSURANCE

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES □  NO □   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE   06/15/2005

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM DD YY   05  30  2005

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.**
GIVE FIRST DATE   MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM   MM DD YY   TO   MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
PETERSON, MARK, A

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**
E54868

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM   MM DD YY   TO   MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**
YES □  NO X   $ CHARGES   0 00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 847  0
2. 847  2
3. |___
4. |___

**22. MEDICAID RESUBMISSION CODE**
ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**
06152005  SCRIPT

| 24. A DATE(S) OF SERVICE From | | | To | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 06 | 29 | 2005 | 06 | 29 | 2005 | 11 | 01 | 97110 | 1 | 43 00 | 1 | | | | |
| 06 | 29 | 2005 | 06 | 29 | 2005 | 11 | 01 | 97140 | 1 | 86 00 | 2 | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER**  SSN □  EIN X
521061922

**26. PATIENT'S ACCOUNT NO.**
151210P

**27. ACCEPT ASSIGNMENT?** (For govt. claims see back)
YES □  NO □

**28. TOTAL CHARGE**
$ 129 00

**29. AMOUNT PAID**
$ 0 00

**30. BALANCE DUE**
$ 129 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
AUTOMATED SIGNATURE
SANDRA F BIRNBAUM, P.T.
SIGNED   PT 15763   DATE   10/25/2005

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850   (301) 294-1327
PIN #   GRP # 521061922

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073735

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED I APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information m be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to proce the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signatu authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group hea insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charg and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the char determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program b makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in tho items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure a diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnish incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPL regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervisi by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employe of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claim I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subje to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lur programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended; 42 CFR 411.24(a) and 424.5(a) (6), an 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the servic and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Feder agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessa to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosur are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, "Carrier Medicare Claims Record," published in the Federal Register, Vol. ! No. 177, page 37549, Wed, Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 2 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishme of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/ the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupme claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be ma to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, clain adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability; coordination of benefits, and civil an criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discusse below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendere or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would del: payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 380 3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of comput matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furni information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Humans Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exceptio of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and we personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and Sta funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control numbe The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to average minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the informatic collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26, 75 Security Boulevard, Baltimore, Maryland 21244-1850.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073736

# Shady Grove Orthopaedic Associates,
## Physical Therapy Department

9715 Medical Center Drive • Suite 202 • Rockville, Maryland 20850
Phone: 301-294-1327    Fax: 301-294-1337

Patient: _____   Date: 6/15/03

Diagnosis: Cervical & lumbar strain   Date of Illness/Surgery: _____

Precautions/Specific Instructions: non & strength _____

Frequency: 1 (2)3 4 5 sessions/week for 1 (2)3 4 ___ weeks   Follow-up Appointment: ___ weeks

☐ **Cervical** ☐ **Lumbar - Spine**
☐ Cervicalgia
☐ Lumbago
☐ Spondylosis
☐ Disc: ☐ Degen. ☐ HNP ___
☐ Radiculopathy: ☐ Left ☐ Right
☐ Stenosis

☐ **Shoulder:** ☐ Left ☐ Right
☐ RC Tendonitis
☐ Adhesive Capsulitis
☐ Sprain/Strain
☐ Impingement
☐ Instability: ☐ Ant. ☐ Post. ☐ Multi
☐ Dislocation ☐ Subluxation
☐ Fracture: ___
☐ Total Shoulder Replacement

☐ **Elbow:** ☐ Left ☐ Right
☐ Epicondylitis: ☐ Lat. ☐ Med.
☐ Sprain/Strain: ☐ Ulnar ☐ Radial
☐ Fracture: ___

☐ **Wrist:** ☐ Left ☐ Right
☐ Carpal Tunnel
☐ Arthritis
☐ Fracture: ☐ Colles
☐ Other: ___

☐ **Hip:** ☐ Left ☐ Right
☐ Trochanteric Bursitis
☐ Osteoarthritis
☐ Total Hip Replacement

☐ **Knee:** ☐ Left ☐ Right
☐ ACL Tear: ☐ Partial ☐ Full
☐ Meniscus: ☐ Med. ☐ Lat.
☐ Patellofemoral Pain Syndrome
☐ Patellar Instability: ☐ Sublux. ☐ Disloc.
☐ MCL Sprain: Grade ___
☐ Patellar Tendonitis
☐ Osteoarthritis
☐ Plicae
☐ Iliotibial Band Syndrome
☐ Total Knee Replacement

☐ **Ankle:** ☐ Left ☐ Right
☐ Sprain: ☐ Inversion ☐ Eversion
☐ Tendonitis: ☐ Achilles ☐ Peroneals
☐ Achilles Rupture
☐ Fracture: ___

## Modalities and Procedures

☐ **Evaluate and Treat**

☐ **Modalities**
☐ Cold/Hot Packs
☐ Ultrasound
☐ Phonophoresis
☐ Iontophoresis
☐ Electrical Stimulation
☐ Soft Tissue Manipulation
☐ Manual Therapy
☐ Traction: ☐ Cerv. ☐ Lumbar

☐ **Strengthening**
☐ Isometric
☐ Isotonic
☐ P.R.E.
☐ **Range of Motion**
☐ Passive
☐ Active Assist
☐ Active

☐ Stretching
☐ PF Taping
☐ Proprioception
☐ Lumbar Stabilization
☐ Posture/Mechanics
☐ Williams Flexion
☐ McKenzie Extension
☐ Gait Training: ☐ NWB ☐ TT ☐ WBAT
☐ Home Exercise Program
☐ Other: ___

Physician's Signature: _____

## Disclosure Statement

This is to notify you that Shady Grove Orthopaedic Associates, P.A. Physical Therapy Department is a wholly owned department of Shady Grove Orthopaedic Associates, P.A. We believe our facility provides the highest quality of physical therapy, however, you are free to obtain physical therapy services from any licensed practitioner.

Acknowledged: _____

**This document certifies that the prescribed physical therapy is a medical necessity.**

PTD-2

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073737

Dr. Sandra F Birnbaum, P.T.   4:00 pm     6/29/2005        Superbill #:   67523
                                      Co Pay: $0.00           Allstate Insurance

                              Acct ID:   151210P

                            Post Op:              to
                        Last Visit: 6/22/2005    8470  Neck Sprain
C: $488.00      30: $0.00      60: $0.00          90: $0.00          120+: $0.00

## Shady Grove Orthopaedic Associates, P.A. - Physical Therapy Department
9715 Medical Center Drive  Suite 202  Rockville, Maryland 20850
Phone: (301) 294-1327  Fax: (301) 294-1337

| Evaluation and Testing | | |
|---|---|---|
| [ ] | 97001 | Initial Evaluation |
| [ ] | 97002 | Re-evaluation |
| [ ] | 95851 | Goniometry |
| [ ] | 95831 | Muscle Testing |

| Modalities | | |
|---|---|---|
| [ ] | 97010 | Cold/Hot pack |
| [ ] | 97012 | Mechanical Traction |
| [ ] | 97014 | Elec. Stim. unattended |
| [ ] | 97033 | Iontophoresis |
| [ ] | 97035 | Ultrasound/Phonophoresis |
| [ ] | G0283 | Medicare Elec. Stim unattended |

| Procedures | | |
|---|---|---|
| [ ] | 97110 | Therapeutic Exercise |
| [ ] | 97112 | Neuromuscular Re-ed |
| [ ] | 97116 | Gait Training |
| [ ] | 97124 | Massage |

effleurage
petrissage
tapotement

| [ 2 ] | 97140 | Manual Therapy |

joint mobilization
manual traction
myofascial release

| [ ] | 97504 | Orthotics Fitting and Training |
| [ ] | 97530 | Therapeutic Activities |
| [ ] | 97535 | ADL Training |

| Other | | |
|---|---|---|
| [ ] | 90001 | Iontophoresis Pads |
| [ ] | 90003 | Theraband |
| [ ] | 90004 | No Show |
| [ ] | | |
| [ ] | | |

Therapist Signature

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073738



SHADY GROVE
**ORTHOPAEDIC**
ASSOCIATES, PA

9715 Medical Center Dr.
Suite 415
Rockville, Maryland 20850

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073739

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073740

PLEASE
DO NOT
STAPLE
IN THIS
AREA

ALLSTATE INSURANCE
1 INDEPENDENT HILL
#261
FARMINGVILLE, NY 11738

Type:  Primary

User:  JROBERTS

## HEALTH INSURANCE CLAIM FORM

| 1. | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 0015785120515 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)   SEX   M   F X

6. PATIENT RELATIONSHIP TO INSURED   Self X   Spouse   Child   Other

STATE   NY   8. PATIENT STATUS   Single X   Married   Other
Employed X   Full-Time Student   Part-Time Student

STATE   NY

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER   2125843153

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES   X NO

a. INS.   SEX   M   F

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   M   SEX   F

b. AUTO ACCIDENT?   YES   X NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME   ALLSTATE INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES   X NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE 06/15/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)   MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
PETERSON, MARK, A

17a. I.D. NUMBER OF REFERRING PHYSICIAN   E54868

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   X NO   $ CHARGES   0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. L847 . 0
2. L847 . 2
3. 
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION   **MEDICAL RECORDS ATTACHED**

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 29 2005 | 06 29 2005 | 11 | 01 | 99213 | 1 | 100 00 | 1 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN
521061922   X

26. PATIENT'S ACCOUNT NO.
151210P

27. ACCEPT ASSIGNMENT? (For govt. claims see back)   YES   NO

28. TOTAL CHARGE   $ 100 00

29. AMOUNT PAID   $

30. BALANCE DUE   $ 100 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
AUTOMATED SIGNATURE
MARK A. PETERSON, M.D.
SIGNED   07/06/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE - GERMANTOWN
9715 MEDICAL CTR
SUITE 415
ROCKVILLE, MD 20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SHADY GROVE ORTHO ASSOC
9715 MEDICAL CTR DR.
SUITE 415
ROCKVILLE, MD 20850   (301) 251-4143
PIN #   GRP 521061922

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073741

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information m be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to proc the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signat authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group hea insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full char and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the char determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program I makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in the items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure a diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnish incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPI regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervisi by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physicia offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employ of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung clain I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subje to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lu programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), al 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the servic and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Fede agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessa to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosur are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol. ! No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 2 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishme of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/ the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupme claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be mad to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, clain adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil ar criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discusse below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendere or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would del payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 380 3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computi matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnis information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Humans Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exceptio of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and wer personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and Stat funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control numbe The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to average 1 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the informatio collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26, 750 Security Boulevard, Baltimore, Maryland 21244-1850.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073742



SHADY GROVE
**ORTHOPAEDIC**
ASSOCIATES, PA

R. Marshall Ackerman, MD     Andrew W. Be
Jeffrey F. Witte, MD     Robert W. Pa
Steven L. Tuck, MD     Mark A. Pete
Brett R. Qui

06/29/05     MAP                         151210P     DOB:

returns today for follow-up of her neck and her back.
She is making some progress with therapy, though she is still very
stiff.

On exam, she still complains of stiffness with rotation, but no radicular
pain.

ASSESSMENT: CERVICAL LUMBAR STRAIN.

PLAN:  At this point she is making slow progress.  I told her to
continue with therapy.  She may try to continue working, even though
she has some discomfort.  I told her this will not cause any further
problems to her neck or back.  I will see her back in four weeks if she
is still living in town, otherwise I will see her back on an as-needed
basis. /syp

Mark A. Peterson, M.D.

cc: PIP

9715 Medical Center Dr.  |  Suite 415  |  Rockville, MD  20850  |  Phone  301.340.9200  |  Fax  301.340.7725

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073743

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073744



CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073745

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073746

PLEASE
DO NOT
STAPLE
IN THIS
AREA

ALLSTATE INSURANCE
1 INDEPENDENT HILL
#201
FARMINGVILLE, NY 11738

Type:  Refile

User:  bnolan

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | X | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) 0015785120515 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS

STATE  MD

8. PATIENT STATUS
Single [X]  Married [ ]  Other [ ]

STATE  MD

Employed [ ]  Full-Time Student [X]  Part-Time Student [ ]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

11. INSURED'S POLICY GROUP OR FECA NUMBER
2125843108

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH   SEX M [ ] F [X]

b. OTHER INSURED'S DATE OF BIRTH   SEX M [ ] F [ ]

b. AUTO ACCIDENT?   YES [ ]  NO [ ]   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
ALLSTATE INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]  NO [X]  If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE  06/15/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
05 | 30 | 2005

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM | DD | YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM     TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
PETERSON, MARK, A

17a. I.D. NUMBER OF REFERRING PHYSICIAN
E54868

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM     TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES [ ]  NO [X]   $ CHARGES  0 | 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 847 . 0
2. 847 . 2
3. 
4. 

22. MEDICAID RESUBMISSION CODE     ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
06152005 SCRIPT

| 24. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 29 2005 | 06 29 2005 | 11 | 01 | 97110 | | 1 | 43 00 | 1 | | | | |
| 06 29 2005 | 06 29 2005 | 11 | 01 | 97140 | | 1 | 86 00 | 2 | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  521061922  SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.  151210P

27. ACCEPT ASSIGNMENT? (For govt. claims see back)  YES [ ]  NO [ ]

28. TOTAL CHARGE  129 00

29. AMOUNT PAID

30. BALANCE DUE  129 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
AUTOMATED SIGNATURE
SANDRA F BIRNBAUM, P.T.
SIGNED  10/28/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850   (301) 294-1327
PIN #    GRP # 521061922

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMP

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073747

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

## BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA Instructions regarding required procedure and diagnosis coding systems.

## SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of non-physicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services are not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

## NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
(PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101; 41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, "Carrier Medicare Claims Record," published in the Federal Register, Vol. 55 No. 177, page 37549, Wed Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register, Vol. 55 No. 40, Wed Feb 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the service/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

## MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073748

# Shady Grove Orthopaedic Associates,
## Physical Therapy Department

9715 Medical Center Drive • Suite 202 • Rockville, Maryland 20850
Phone: 301-294-1327          Fax: 301-294-1337

Patient: _____          Date: 6/15/08

Diagnosis: Cervical & lumbar strain          Date of Illness/Surgery: _____

Precautions/Specific Instructions: ROM + strength _____

Frequency: 1 2③ 4 5 sessions/week for 1 2③ 4 ___ weeks          Follow-up Appointment: ___ weeks

☐ **Cervical** ☐ **Lumbar - Spine**
☐ Cervicalgia
☐ Lumbago
☐ Spondylosis
☐ Disc: ☐ Degen. ☐ HNP ___
☐ Radiculopathy: ☐ Left ☐ Right ___
☐ Stenosis

☐ **Shoulder:** ☐ Left ☐ Right
☐ RC Tendonitis
☐ Adhesive Capsulitis
☐ Sprain/Strain
☐ Impingement
☐ Instability: ☐ Ant. ☐ Post. ☐ Multi
☐ Dislocation ☐ Subluxation
☐ Fracture: ___
☐ Total Shoulder Replacement

☐ **Elbow:** ☐ Left ☐ Right
☐ Epicondylitis: ☐ Lat. ☐ Med.
☐ Sprain/Strain: ☐ Ulnar ☐ Radial
☐ Fracture: ___

☐ **Wrist:** ☐ Left ☐ Right
☐ Carpal Tunnel
☐ Arthritis
☐ Fracture: ☐ Colles
☐ Other: ___

☐ **Hip:** ☐ Left ☐ Right
☐ Trochanteric Bursitis
☐ Osteoarthritis
☐ Total Hip Replacement

☐ **Knee:** ☐ Left ☐ Right
☐ ACL Tear: ☐ Partial ☐ Full
☐ Meniscus: ☐ Med. ☐ Lat.
☐ Patellofemoral Pain Syndrome
☐ Patellar Instability: ☐ Sublux. ☐ Disloc.
☐ MCL Sprain: Grade ___
☐ Patellar Tendonitis
☐ Osteoarthritis
☐ Plicae
☐ Iliotibial Band Syndrome
☐ Total Knee Replacement

☐ **Ankle:** ☐ Left ☐ Right
☐ Sprain: ☐ Inversion ☐ Eversion
☐ Tendonitis: ☐ Achilles ☐ Peroneals
☐ Achilles Rupture
☐ Fracture: ___

## Modalities and Procedures

☐ **Evaluate and Treat**

☐ **Modalities**
☐ Cold/Hot Packs
☐ Ultrasound
☐ Phonophoresis
☐ Iontophoresis
☐ Electrical Stimulation
☐ Soft Tissue Manipulation
☐ Manual Therapy
☐ Traction: ☐ Cerv. ☐ Lumbar

☐ **Strengthening**
☐ Isometric
☐ Isotonic
☐ P.R.E.
☐ **Range of Motion**
☐ Passive
☐ Active Assist
☐ Active

☐ Stretching ___
☐ PF Taping
☐ Proprioception
☐ Lumbar Stabilization
☐ Posture/Mechanics
☐ Williams Flexion
☐ McKenzie Extension
☐ Gait Training: ☐ NWB ☐ TT ☐ WBAT
☐ Home Exercise Program
☐ Other: ___

Physician's Signature: _____

## Disclosure Statement

This is to notify you that Shady Grove Orthopaedic Associates, P.A. Physical Therapy Department is a wholly owned department of Shady Grove Orthopaedic Associates, P.A. We believe our facility provides the highest quality of physical therapy, however, you are free to obtain physical therapy services from any licensed practitioner.

Acknowledged: _____

**This document certifies that the prescribed physical therapy is a medical necessity.**

PTD-2

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073749

Dr. Sandra E. Birnbaum, P.T.   4:00 pm      6/29/2005        Superbill #:  67523
                          Co Pay: $0.00                    Allstate Insurance

                          Acct ID:   151210P

                          Post Op:                                    3/4
                                              to
Last Visit: 6/22/2005        8470 | 847.2   Neck Sprain
C: $488.00      30: $0.00        60: $0.00       90: $0.00        120+: $0.00

## Shady Grove Orthopaedic Associates, P.A. - Physical Therapy Department
9715 Medical Center Drive   Suite 202   Rockville, Maryland 20850
Phone: (301) 294-1327   Fax: (301) 294-1337

| | Evaluation and Testing | |
|---|---|---|
| [ ] | 97001 | Initial Evaluation |
| [ ] | 97002 | Re-evaluation |
| [ ] | 95851 | Goniometry |
| [ ] | 95831 | Muscle Testing |

**Modalities**

| [ ] | 97010 | Cold/Hot pack |
|---|---|---|
| [ ] | 97012 | Mechanical Traction |
| [ ] | 97014 | Elec. Stim. unattended |
| [ ] | 97033 | Iontophoresis |
| [ ] | 97035 | Ultrasound/Phonophoresis |
| [ ] | G0283 | Medicare Elec. Stim unattended |

**Procedures**

| [✓] | 97110 | Therapeutic Exercise |
|---|---|---|
| [ ] | 97112 | Neuromuscular Re-ed |
| [ ] | 97116 | Gait Training |
| [ ] | 97124 | Massage |

*effleurage*
*petrissage*
*tapotement*

| [✓] | 97140 | Manual Therapy |
|---|---|---|

*joint mobilization*
*manual traction*
*myofascial release*

| [ ] | 97504 | Orthotics Fitting and Training |
|---|---|---|
| [ ] | 97530 | Therapeutic Activities |
| [ ] | 97535 | ADL Training |

**Other**

| [ ] | 90001 | Iontophoresis Pads |
|---|---|---|
| [ ] | 90003 | Theraband |
| [ ] | 90004 | No Show |
| [ ] | | |
| [ ] | | |

Therapist Signature

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073750



CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073751

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073752

PLEASE
DO NOT
STAPLE
IN THIS
AREA

ALLSTATE INSURANCE
1 INDEPENDENT HILL
#201
FARMINGVILLE, NY 11738

Type:  Primary

User:  DPILLITTERI

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE   MEDICAID   CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER   1a. INSURED'S I.D. NUMBER   (FOR PROGRAM IN ITEM 1)

(Medicare #)   (Medicaid #)   (Sponsor's SSN)   (VA File #)   (SSN or ID)   (SSN)   X (ID)   0015785120515

SEX   M   X F

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

STATE NY

8. PATIENT STATUS
Single   Married X   Other

ZIP CODE   TELEPHONE (INCLUDING AREA CODE)   STATE NY

Employed   Full-Time Student   Part-Time Student

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER   2425843100   22584313

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES   X NO

a. INSURED'S DATE OF BIRTH   MM DD YY   SEX M   F

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   M   SEX F

b. AUTO ACCIDENT?   YES   X NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME   ALLSTATE INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   X NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE   DATE 06/15/2005

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR   INJURY (Accident) OR   PREGNANCY (LMP)
05  30  2005

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM   DD   YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   MM DD YY   TO   MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE   PETERSON, MARK A

17a. I.D. NUMBER OF REFERRING PHYSICIAN   E54868

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   MM DD YY   TO   MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   X NO   $ CHARGES   0  00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847 . 0
2. 847 . 2
3. L
4. L

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER   07112005 SCRIPT

| 24. | A | | | | | B | C | D | | E | F | | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE(S) OF SERVICE | | | | | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | DIAGNOSIS CODE | $ CHARGES | | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| | From MM DD YY | | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | | | |
| 1 | 07 11 2005 | | 07 11 2005 | | | 11 | 01 | 97110 | | 1 | 43 | 00 | 1 | | | | |
| 2 | 07 11 2005 | | 07 11 2005 | | | 11 | 01 | 97140 | | 1 | 86 | 00 | 2 | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN   521061922   X

26. PATIENT'S ACCOUNT NO.   151210P

27. ACCEPT ASSIGNMENT? (For govt. claims see back)   YES   X NO

28. TOTAL CHARGE   $ 129  00

29. AMOUNT PAID   $ 0  00

30. BALANCE DUE   $ 129  00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
AUTOMATED SIGNATURE
SANDRA F BIRNBAUM, P.T.
SIGNED   PTB5103   07/18/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850   (301) 294-1327
PIN # 521061922   GRP #521061922

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073753

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED B'
APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information ma
be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to proces
the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signatu
authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group healt
insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 4
CFR 411.24(a). If Item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned o
CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charg
and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charg
determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program b
makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in thos
items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

## BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure ar
diagnosis coding systems.

## SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnishe
incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPL
regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervisi
by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician
offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employ
of the United States Government, or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claim
I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subje
to fine and imprisonment under applicable Federal laws.

## NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lu
programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), a
44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the servic
and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Fede
agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necess
to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosu
are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol.
No. 177, page 37549, Wed, Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records", Federal Register Vol. 55 No. 40, Wed Feb.
1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishm
of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services an
the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representatio
the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoup
claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be m
to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, cl
adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil
criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discus
below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rend
or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would d
payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3
3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of comp
matches.

## MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to fur
information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Humans Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exce
of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and
personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and
funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control nur
The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to averag
minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the inform
collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073754

Dr. Sandra F Birnbaum, P.T.   4:00 pm      7/11/2005      Superbill #:   68787
                              Co Pay: $0.00                Allstate Insurance

Acct ID:      151210P

Post Op:            to

Last Visit:   7/6/2005      8470      Neck Sprain
C: $975.00      30: $0.00      60: $0.00      90: $0.00      120+: $0.00

## Shady Grove Orthopaedic Associates, P.A. - Physical Therapy Department

9715 Medical Center Drive   Suite 202   Rockville, Maryland 20850
Phone: (301) 294-1327   Fax: (301) 294-1337

| Evaluation and Testing | | |
|---|---|---|
| [ ] | 97001 | Initial Evaluation |
| [ ] | 97002 | Re-evaluation |
| [ ] | 95851 | Goniometry |
| [ ] | 95831 | Muscle Testing |
| **Modalities** | | |
| [ ] | 97010 | Cold/Hot pack |
| [ ] | 97012 | Mechanical Traction |
| [ ] | 97014 | Elec. Stim. unattended |
| [ ] | 97033 | Iontophoresis |
| [ ] | 97035 | Ultrasound/Phonophoresis |
| [ ] | G0283 | Medicare Elec. Stim unattended |
| **Procedures** | | |
| [✓] | 97110 | Therapeutic Exercise |
| [ ] | 97112 | Neuromuscular Re-ed |
| [ ] | 97116 | Gait Training |
| [ ] | 97124 | Massage |
| | | *effleurage* |
| | | *petrissage* |
| | | *tapotement* |
| [2] | 97140 | Manual Therapy |
| | | *joint mobilization* |
| | | *manual traction* |
| | | *myofascial release* |
| [ ] | 97504 | Orthotics Fitting and Training |
| [ ] | 97530 | Therapeutic Activities |
| [ ] | 97535 | ADL Training |
| **Other** | | |
| [ ] | 90001 | Iontophoresis Pads |
| [ ] | 90003 | Theraband |
| [ ] | 90004 | No Show |

_Therapist Signature_

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073755



CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073756

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073757

PLEASE
DO NOT
STAPLE
IN THIS
AREA

ALLSTATE INSURANCE
1 INDEPENDENT HILL
#201
FARMINGVILLE, NY 11738

Type: Primary

User: DPILLITTERI

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | 0015785120515 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX M [ ]  F [X]

6. PATIENT RELATIONSHIP TO INSURED
Self [X]   Spouse [ ]   Child [ ]   Other [ ]

8. PATIENT STATUS
Single [X]   Married [ ]   Other [ ]

Employed [ ]   Full-Time Student [ ]   Part-Time Student [ ]

STATE NY

STATE NY

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [ ]   NO [X]

b. OTHER INSURED'S DATE OF BIRTH
MM  DD  YY        SEX  M [ ]  F [ ]

b. AUTO ACCIDENT?   PLACE (State)
YES [ ]   NO [X]

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [ ]   NO [X]

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER
2125843100

a. INSURED'S DATE OF BIRTH
MM  DD  YY        SEX  M [ ]  F [ ]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME
ALLSTATE INSURANCE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]   NO [ ]   If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE     DATE 06/15/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR   INJURY (Accident) OR   PREGNANCY (LMP)
MM  DD  YY
05  30  2005

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM        TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
PETERSON, MARK, A

17a. I.D. NUMBER OF REFERRING PHYSICIAN
E54868

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM        TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES [ ]   NO [X]     0  00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 847.0
2. 847.2

22. MEDICAID RESUBMISSION CODE     ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
07112005 SCRIPT

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07 13 2005 07 13 2005 | 11 | 01 | 97110 | 1 | 43 00 | 1 | | | | |
| 07 13 2005 07 13 2005 | 11 | 01 | 97140 | 1 | 86 00 | 2 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN [ ]  EIN [X]
521061922

26. PATIENT'S ACCOUNT NO.
15121DP

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [ ]   NO [ ]

28. TOTAL CHARGE
$ 129 00

29. AMOUNT PAID
$ 00

30. BALANCE DUE
$ 129 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
AUTOMATED SIGNATURE
SANDRA F BIRNBAUM, P.T.
SIGNED  DATE 07/24/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SHADY GROVE ORTHO PT DEPT
9715 MEDICAL CTR D
SUITE 202
ROCKVILLE, MD 20850     (301) 294-1327
PIN#        GRP# 521061922

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMP

PLEASE PRINT OR TYPE

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073758

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED E
APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information ma
be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to proces
the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature
authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group heal
insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 4
CFR 411.24(a). If Item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned c
CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charg
and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charg
determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program b
makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in thos
items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA Instructions regarding required procedure an
diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnishe
incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPU
regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate supervisio
by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician
offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee
of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims
I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subjec
to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung
programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), anc
44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services
and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federa
agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary
to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures
are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol. 55
No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 28,
1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment
of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or
the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of
the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment
claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made
to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims
adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and
criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed
below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered
or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay
payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-
3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer
matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish
information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Humans Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception
of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were
personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State
funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to average 10
minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information
collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26, 7500
Security Boulevard, Baltimore, Maryland 21244-1850.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073759

Dr. Sandra E Birnbaum, P.T.   4:00 pm      7/13/2005         Superbill #:  69402
                                    Co Pay: $0.00                    State Insurance

                              Acct ID:    151210P

                              Post Op:        to                    2/6

                  Last Visit:  7/8/2005     8470      Neck Sprain
C: $980.00      30: $0.00        60: $0.00       90: $0.00       120+: $0.00

## Shady Grove Orthopaedic Associates, P.A. - Physical Therapy Department

9715 Medical Center Drive   Suite 202   Rockville, Maryland 20850
Phone: (301) 294-1327   Fax: (301) 294-1337

| | | Evaluation and Testing | |
|---|---|---|---|
| [ ] | 97001 | Initial Evaluation |
| [ ] | 97002 | Re-evaluation |
| [ ] | 95851 | Goniometry |
| [ ] | 95831 | Muscle Testing |

**Modalities**

| [ ] | 97010 | Cold/Hot pack |
| [ ] | 97012 | Mechanical Traction |
| [ ] | 97014 | Elec. Stim. unattended |
| [ ] | 97033 | Iontophoresis |
| [ ] | 97035 | Ultrasound/Phonophoresis |
| [ ] | G0283 | Medicare Elec. Stim unattended |

**Procedures**

| [✓] | 97110 | Therapeutic Exercise |
| [ ] | 97112 | Neuromuscular Re-ed |
| [ ] | 97116 | Gait Training |
| [ ] | 97124 | Massage |
| | | *effleurage* |
| | | *petrissage* |
| | | *tapotement* |
| [2] | 97140 | Manual Therapy |
| | | *joint mobilization* |
| | | *manual traction* |
| | | *myofascial release* |
| [ ] | 97504 | Orthotics Fitting and Training |
| [ ] | 97530 | Therapeutic Activities |
| [ ] | 97535 | ADL Training |

**Other**

| [ ] | 90001 | Iontophoresis Pads |
| [ ] | 90003 | Theraband |
| [ ] | 90004 | No Show |

_Therapist Signature_

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073760



CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073761

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073762

ALLSTATE
888 VETERANS HWY
SUITE 300
HAUPPAUGE, NY  11788

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

1/LHJ7

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | PICA |

1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN (SSN or ID)  FECA BLK LUNG (SSN)  OTHER (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
212584313322AW

me, Middle Initial)

SEX F ☒

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

STATE MD

8. PATIENT STATUS
Single ☐  Married ☐  Other ☒

CITY                                STATE

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE        TELEPHONE (INCLUDE AREA CODE)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH MM DD YY        SEX M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH MM DD YY    SEX M ☐  F ☐

b. AUTO ACCIDENT?
YES ☐  NO ☒  PLACE (State) MD

b. EMPLOYER'S NAME OR SCHOOL NAME
CLEANING AUTHORITY

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
ALLSTATE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☒  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE        DATE  09/20/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
09 20 2005

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
BRETT GAMMA MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
OTH000

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES ☐  NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. V22.1
2. 625.9
3.
4.

22. MEDICAID RESUBMISSION CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | DATE(S) OF SERVICE | | B | C | D | | E | F | G | H | I | J | K |
| | From | To | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| | MM DD YY | MM DD YY | | | | | | | | | | | |
| 1 | 09 20 2005 | 09 20 2005 | 23 | 4 | 76815 | 26 | 1, 2 | 139 50 | 1 | | | | |
| 2 | 09 20 2005 | 09 20 2005 | 23 | 4 | 76817 | 26 | 1, 2 | 254 00 | 1 | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER      SSN  EIN
52-1148069                  ☒

26. PATIENT'S ACCOUNT NO.
500861835

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☒  NO ☐

28. TOTAL CHARGE
$ 393 50

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 393 50

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
BRUCE J BORTNICK MD
SIGNED 10/24/2005   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE ADV HOSP
9901 MEDICAL CENTER DR
ROCKVILLE, MD  20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SHADY GROVE RADIOLOGICAL
PO BOX 17124
BALTIMORE, MD  21297

PIN#                    GRP#

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   Sca ( )

Restart # (   1) Form (PRI) Line (DP)

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073763

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If Item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance, and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

## BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

## SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

## NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, "Carrier Medicare Claims Record," published in the Federal Register, Vol. 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed. Feb. 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS - PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

## MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductibles, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073764



CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073765

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073766

ALLSTATE
888 VETERANS HWY
SUITE 300
HAUPPAUGE, NY 11788

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
2125843132HW

5. PATIENT'S NAME (Last Name, First Name, Middle Initial)

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

8. PATIENT STATUS
Single ☐ Married ☐ Other ☐
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

CITY                                    STATE
ZIP CODE        TELEPHONE (INCLUDE AREA CODE)
(   )

STATE
MD

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH    SEX
MM  DD  YY       M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY       M ☐  F ☐

b. AUTO ACCIDENT?    PLACE (State)
☒ YES ☐ NO          MD

b. EMPLOYER'S NAME OR SCHOOL NAME
CLEANING AUTHORITY

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
ALLSTATE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE    DATE  09/30/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
09/20/2005

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.  GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM        TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
BRETT GAMMA MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
OTH000

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM        TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?    $ CHARGES
☐ YES ☒ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. V22.1
2. 625.9

22. MEDICAID RESUBMISSION
CODE       ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | |
| 09 20 2005 | 09 20 2005 | 23 | 4 | 76815  26 | 1, 2 | 139 50 | | | | | |
| 09 20 2005 | 09 20 2005 | 23 | 4 | 76817  26 | 1, 2 | 254 00 | 1 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN
52-1148069    ☒

26. PATIENT'S ACCOUNT NO.
500861835

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES ☐ NO

28. TOTAL CHARGE
$ 393 50

29. AMOUNT PAID
$ 0.00

30. BALANCE DUE
$ 393 50

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
BRUCE J BORTNICK MD
SIGNED 10/25/2005    DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE ADV HOSP
9901 MEDICAL CENTER DR
ROCKVILLE, MD 20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
(301) 212-4200
SHADY GROVE RADIOLOGICAL
PO BOX 17124
BALTIMORE, MD 21297
PIN#        GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE
Restart # ( 132) Form (PRI) Line (DP)

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CH
Sta [ ]

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073767

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group-health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If Item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance, and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, "Carrier Medicare Claims Record," published in the Federal Register, Vol. 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed. Feb. 28 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductibles, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0008. The time required to complete this information collection is estimated to average 1 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, N2-14-26, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073768

## Adventist HealthCare

**Shady Grove Adventist Hospital**

**9901 Medical Center Drive  Rockville, MD  20850**

**Imaging Department**

**Phone (301) 279-6065**

NAME:                                                      LOCATION:  ERD-S

MRN:       0861835                                ACCT:  000026784033

XRAY#:     78-51-34                               DOB:

REQUESTING PHYSICIAN:  BRETT GAMMA, M.D.

ADMITTING PHYSICIAN: BRETT GAMMA, M.D.

ORDER:  2550150                      RESULT:  1697307           ADDENDUM:  0

DATE/TIME OF EXAM:    09/20/2005        9:06:06AM

CLINICAL HISTORY:  +PREG

N TRANSVAG ULT OB                                      8476835        76817

CLINICAL HISTORY:  Patient is pregnant and presents with pelvic pain. Uncertain of her LMP.

OB SONOGRAM

Both transabdominal and endovaginal examinations were performed. The size of the uterus is 9.6 x 5.5 x 6.8 cm. There is an intrauterine gestational sac with mean diameter of 7.7 mm corresponding to 5 weeks 5 day mensual age. Within the gestational sac there is a well defined 3 mm yolk sac. No fetal pole is identified. No evidence of a subchorionic hemorrhage. There is a 2.3 x 1.4 x 1.8 cm unilocular corpus luteal cyst identified within the right ovary, the overall size of which is 4.2 x 3.8 x 2.9 cm. The left ovary measures 3.5 x 2.1 x 2.1 cm.

IMPRESSION:
1. 5 week 5 day intrauterine gestation with yolk sac identified. No fetal pole at this time.
2. Right corpus luteal cyst measuring 2.3 cm in maximum diameter. Follow up sonogram is recommended in 1-2 weeks.

DICTATED BY:  BRUCE BORTNICK, MD
THIS REPORT HAS BEEN ELECTRONICALLY SIGNED.

CEB1 09/20/2005 12:48                        Page 1 of 1            Verified

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073769



SHADY GROVE RADIOLOGICAL CONSULTANTS PA
PO BOX 17124
BALTIMORE, MD 21297-1124

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073770

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073771

PRIMARY CLAIM

*LHJ7*

OCT 13 2005  ALLSTATE
22600 GATEWAY CENTER DR
CLARKSBURG, MD  20871-2004

Reset to: 2125643108

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008   **HEALTH INSURANCE CLAIM FORM**

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X | 2125643132 | MKK |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE MM | DD | YY   M | F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY                          STATE MD

8. PATIENT STATUS
Single X   Married   Other

CITY                          STATE

ZIP CODE         TELEPHONE (Include Area Code)

Employed   Full-Time Student   Part-Time Student

ZIP CODE    TELEPHONE (INCLUDE AREA CODE)
(631) 940-1522

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   NO X

a. INSURED'S DATE OF BIRTH MM | DD | YY   M | F SEX

b. OTHER INSURED'S DATE OF BIRTH MM | DD | YY   M | F

b. AUTO ACCIDENT?   PLACE (State)
YES   NO X

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME
ALLSTATE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   NO X   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED                          DATE 9/20/05

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM | DD | YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM | DD | YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM            TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM            TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES   NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 640.03      3. 425.9

2. 654.43

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 20 05 | 23 | 1 | 99283 | | 1,2,3 | 190 00 | 1 | | X | | |

RECEIVED
OCT 12 2005
ALLSTATE

ER RECORD ATTACHED

25. FEDERAL TAX I.D. NUMBER   SSN EIN
522043450   SSN EIN

26. PATIENT'S ACCOUNT NO.
425439

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES   NO

28. TOTAL CHARGE
$ 19000

29. AMOUNT PAID
$

30. BALANCE DUE
$ 19000

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
BRETT GAMMA MD
SIGNED   10/06/05

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SHADY GROVE ADVENTIST HSP
9901 MEDICAL CENTER DR
ROCKVILLE            MD 20850

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # 240 364 2515
MONTGOMERY EMERGENCY PHYS
PO BOX 17564
BALTIMORE            MD 21297
PIN#            GRP#

FORM CMS-1500 (U2)(12-90)
FORM OWCP-1500  FORM RRB-1500

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

S03-ALLS01-   425439

00001

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073772

**BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.**

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured", i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am/ not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424-32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

## NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSES(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as a name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

## MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

NOTICE: Under penalty of perjury, I declare that I have read the foregoing, that the facts are true, to the best of my knowledge and belief, and that the treatment and services rendered were reasonable and necessary with respect to the bodily injury sustained.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to CMS, Office of Financial Management, P.O. Box 26684, Baltimore, MD 21207; and to the Office of Management and Budget, Paperwork Reduction Project (OMB-0938-0008), Washington, D.C. 20503.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073773

MIEP0000068005

RECEIVED
OCT 12 completed _____
ALLSTATE

| 39 | Female Urogenital Problems | (5) |

**TIME SEEN:** 750 Am  **ROOM:** 12  ___ EMS Arrival
**PMD - Dr.** _____
**Referred by:** ☑Self ☐PMD ☐Dr. _____
**HISTORIAN:** ___patient ___spouse ___paramedics
___HX / __EXAM LIMITED BY: _____

**HPI** **chief complaint:** pelvic pain  vaginal pain  dysuria
vaginal bleeding   passing tissue   vaginal discharge

**pain at:** 0  1  2  3  4  5  6  7  8  9  10
**started:** _____ ___worse
___gone now   ___better
>7 wk PTA   ___intermittent episodes lasting

pregnant
home preg test
HCG in clinic  (blood / urine)
___ WKS / MOS
EDC

**severity:** mild  moderate  severe
**pain:**
___breast pain  R / L _____
pelvic pain
• cramping / pressure / "pain"
burning / sharp

___vulvar / vaginal pain _____
___low back pain
___flank pain
**vaginal bleeding:**
___abnormal bleeding  (started) _____
compared to menstrual periods:  severe / heavier / similar / lighter / spotting
___passing clots / tissue

**LNMP:** mid July _____ ___post-menop. ___s/p hyst.
___irregular / missed period(s) _____

___prior abnormal period(s) _____

**urinary symptoms:**       **discharge:**
___blood in urine           ___vaginal discharge _____
___frequent urination
___discomfort with urination   ___vag. fluid leakage (pregnant)
burning  urgency  pain

Obstetric Hx: G __ P __ Ab __
Sexual Hx: ___ ___ ___ pain w/ intercourse
Contraceptive: ___none ___condoms ___BCP's ___IUD ___

Similar symptoms previously:

Recently seen / treated by doctor:

Prenatal care: ___ clinic  ___ Dr.
problems during: ___ IUP / fetal demise / other:

**ROS**
GI
___decreased appetite
___nausea
___vomiting
___diarrhea
___black / bloody stools

NEURO
___headache

**PAST HX** ___negative
___PID / STD
___ectopic pregnancy
___ovarian cyst(s)
___endometriosis

___other problems _____

**Surgeries / Procedures:** ___none
___bilat tubal ligation
___appendectomy

**Medications** ___none ___see nurses note
___ASA ___NSAID ___acetaminophen
___herbal / alternative medicines

**Allergies** NKDA
___see nurses note

**SOCIAL HX** smoker
___alcohol (recent history / accidental)

**FAMILY HX** ovarian cyst  uterine cancer

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

△ **Shady Grove**
Adventist Hospital
**EMERGENCY PHYSICIAN RECORD**

**FEVER:**
___fever
___syncope / ___
___chills
EYES / ENT:
___eye pain / discharge
___sore throat
CVS / PULMONARY:
___cough
___shortness of breath
___chest pain
SKIN / LYMPH / M/S:
___skin rash / swelling
___joint pain
All system reviewed unless noted:

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073774



P.O. Box 2278
Germantown, MD 20875-2278

ADDRESS SERVICE REQUESTED

RECEIVED
OCT 12 2005
ALLSTATE

Hasler

$01.060
10/07/2005
Mailed From 20874
US POSTAGE

012H6208573

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073775

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073776

ALLSTATE INSURANCE COMPANY
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788



## EXPLANATION OF MEDICAL BILL PAYMENT

Service Provided For:

Date: 12/01/2005
Bill Received Date: 11/07/2005
Claim #: 2123841132-01
File Handler: ZAW
Invoice #: 151210R
Eligible Injured Person:
Treatment Rendered By: SHADY GROVE ORTHOPAEDICS
Provider Specialty:
TIN: 52-1061922

Diagnosis Codes
847.0   NECK SPRAIN              847.2   LUMBAR SPRAIN

| Date Of Service(s) | | Procedure/Revenue | | | Billed | | Covered | | Reason |
|---|---|---|---|---|---|---|---|---|---|
| From | Thru | Code/Modifier | Description | Units | Amount | | Amount | | Code(s) |
| 06/29/05 | 06/29/05 | 97110 | Therapeutic procedure, o | 1.00 | $ | 43.00 | $ | 0.00 | X999 |
| 06/29/05 | 06/29/05 | 97140 | Manual therapy technique | 1.00 | $ | 43.00 | $ | 0.00 | X999 |
| 06/29/05 | 06/29/05 | 97140 | Manual therapy technique | 1.00 | $ | 43.00 | $ | 0.00 | X999 |
| Total: | | | | | $ | 129.00 | $ | 0.00 | |

Deductible applied to date $    200.00 from deductible limit of $    200.00.

Reason Code(s):
   X999 See Detailed Explanation

Additional Information:
Claim denied for failure to submit written proof of claim to the company. Written proof must be
submitted as soon as reasonably practicable, but in no event more than 45 days after the date
services are rendered, unless the eip, assignee or rep submits proof providing clear &
reasonable justification for failure to comply

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY SPADARO & LANDON, 1011 CENTRE RD STE 210, WILMINGTON, DE, 19805-1266

SHADY GROVE ORTHOPAEDICS ASSOC, 9715 MEDICAL CENTER DR #4, ROCKVILLE, MD, 20850

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073377

# NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer

ALLSTATE INSURANCE COMPANY
NAIC NUMBER: 008 19232
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE  NY 11788

For American Arbitration Association use

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT 05/30/05 | D. INJURED PERSON: (Name and Address) |
|---|---|---|---|

| E. CLAIM NUMBER 2125843132  2AW | F. APPLICANT FOR BENEFITS (Name and Address) SHADY GROVE ORTHOPAEDICS ASSOC 9715 MEDICAL CENTER DR #415 ROCKVILLE  MD  20850 | AS ASSIGNEE 1. Yes [X]  2. No [ ] |
|---|---|---|

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

- [ ] 1. Your entire claim is denied as follows:
- [X] 2. A portion of your claim is denied as follows:

| | | |
|---|---|---|
| [ ] A. Loss of Earnings: | $ | [ ] D. Interest: $ |
| [X] B. Health Service Benefits: | $ 129.00 | [ ] E. Attorney's Fees: $ |
| [ ] C. Other Necessary Expenses: | $ | [ ] F. Death Benefit: $ |

## REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)
### POLICY ISSUES

- [ ] 3. Policy not in force on date of accident.
- [ ] 4. Injured person excluded under policy conditions or exclusion;
- [ ] 5. Policy conditions violated.
  - [ ] a. No reasonable justification given for late notice of claim.
  - [ ] b. Reasonable justification not established. **You may qualify for expedited arbitration.** See page two of this form for instructions.
- [ ] 6. Injured person not an "Eligible Injured Person";
- [ ] 7. Injuries did not arise out of use or operation of a motor vehicle.
- [ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage.

### LOSS OF EARNINGS BENEFITS DENIED

- [ ] 9. Period of disability contested; period in dispute From _____ Through _____
- [ ] 10. Claimed loss not proven.
- [ ] 11. Exaggerated earnings claim of $ _____ per month denied
- [ ] 12. Statutory offset taken
- [ ] 13. Other, explained below.

### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

- [ ] 14. Amount of claim exceeds daily limit of coverage
- [ ] 15. Unreasonable or unnecessary expenses
- [ ] 16. Incurred after one year from date of accident
- [ ] 17. Other, explained below

### HEALTH SERVICE BENEFITS DENIED

- [ ] 18. Fees not in accordance with fee schedules
- [ ] 19. Excessive treatment, service or hospitalization From _____ Through _____
- [ ] 20. Treatment not related to accident
- [ ] 21. Unnecessary treatment, service or hospitalization From _____ Through $ _____
- [X] 22. Other, explained below.

### COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED

| 23. Provider of Health Service (Name, Address and Zip Code) SHADY GROVE ORTHOPAEDICS ASSOC 9715 MEDICAL CENTER DR #415 ROCKVILLE  MD  20850 | 25. Period of bill - treatment dates 06/29/05 - 06/29/05 | 28. Date final verification requested NONE REQUESTED | 31. Amount paid by Insurer $  0.00 |
|---|---|---|---|
| | 26. Date of bill 06/29/05 | 29. Date final verification received NONE REQUESTED | 32. Amount in dispute $  129.00 |
| 24. Type of service rendered | 27. Date bill received by Insurer 11/07/05 | 30. Amount of bill $  129.00 | |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

DATED: 12/01/05

TELEPHONE NUMBER: 866-371-8905   EXT. 7818

DAWN MACIASZEK
Name and Title of Representative of Insurer

Name and Address of Insurer claim processor (Third Party Administrator), if applicable

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073778

## DENIAL OF CLAIM FORM — PAGE TWO

IF YOU WISH TO CONTEST THIS DENIAL, YOU HAVE THE FOLLOWING OPTIONS:

1. Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/coniholhow.htm   or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at 25 Beaver Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501 or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Although the Insurance Department will attempt to resolve disputed claims, it cannot order or require an insurer to pay a disputed claim. If you wish to file a complaint, send one copy of this Denial of Claim Form with copies of other pertinent documents with a letter fully explaining your complaint to the Insurance Department at one of the above addresses.

If you choose this option, you may at a later date still submit this dispute to arbitration or bring a lawsuit or

2. **You may submit this dispute to arbitration.** If you wish to submit this claim to arbitration, mail a copy of this Denial of Claim Form along with a complete submission of all other pertinent documents and a table of contents listing your submissions, in duplicate together with a $40 filing fee, payable to the AMERICAN ARBITRATION ASSOCIATION (AAA) to:

> New York No-Fault Conciliation Center
> American Arbitration Association (AAA)
> 65 Broadway
> New York, New York 10006

A complete copy of this filing, listing all bills and proofs as well as a table of contents listing your submissions must be provided to the insurer at the time of filing for arbitration. The filing fee will be returned to you if the arbitrator awards you any portion of your claim. However, you may be assessed the costs of the arbitration proceeding if the arbitrator finds your claim to be frivolous, without factual or legal merit or was filed for the purpose of harassing the respondent. The decision of an arbitrator is binding, except for limited grounds for review set forth in the Law and Insurance Department Regulations.

If you are contesting the denial of claim and wish to submit the dispute to arbitration, state on accompanying sheets the reason(s) you believe the denied or overdue benefits should be paid. Attach proof of disability and verification of loss of earnings in dispute, sign below, and send the completed form to the American Arbitration Association at the address given in item 2 above.

Loss of Earnings:   Date claim made: _____        Gross Earnings per month $ _____

Period of dispute:   From _____ Through _____        Amount Claimed: $ _____

Health Services:  (Attach bills in dispute and list each one separately.)

| Name of Provider | Date of Service | Amount of Bill | Amount in Dispute | Date Claim Mailed |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other Necessary Expenses:  (Attach bills in dispute and list each one separately.)

| Type of Expense Claimed | Amount Claimed | Date Incurred | Date Claim Mailed | Amount in Dispute |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Other: (Attach additional sheets, if necessary)

- Upon your request, if you file for arbitration within 90 days of the date of this denial or the claim becoming overdue, your case will be scheduled for arbitration on a priority basis.

- You qualify for **expedited arbitration** if the insurer has determined that your written justification for submitting late notice of claim failed to meet a "reasonableness standard". A request for expedited arbitration must be filed within 30 days of date of denial. Your filing must be complete and contain all information that you are submitting at the time of filing.

NYS FORM NF-10 (Rev 1/2004)
Page 2 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073779

## DENIAL OF CLAIM FORM - PAGE THREE

**3. You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.**

THE UNDERSIGNED, AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDLENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED; UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLIGANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| ARBITRATION REQUESTED BY: | |
|---|---|
| LAST NAME:                 FIRST NAME | NAME OF LAW FIRM, IF ANY |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | |
| E-MAIL ADDRESS: | ADDRESS |
| SIGNATURE | ARE YOU AN ATTORNEY?  ☐ YES   ☐ NO.       DATE |

### IMPORTANT NOTICE TO APPLICANT

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked, as a reason for this denial, you may be entitled to NO-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (212-791-1280) located at 110 William Street, New York, New York. 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

NYS FORM NF-10 (Rev 1/2004)
Page 3 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073780

*ALLSTATE INSURANCE COMPANY*
*ISLANDIA.*
*888 VETERANS MEMORIAL HWY, STE 300*
*HAUPPAUGENY 11788*



## EXPLANATION OF MEDICAL BILL PAYMENT

Service Provided For:

Date: 12/01/2005
Bill Received Date: 11/07/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 151210P
Eligible Injured Person:
Treatment Rendered By: SHADY GROVE ORTHOPAEDICS
Provider Specialty:
TIN: 52-1061922

Diagnosis Codes
847.0   NECK SPRAIN                    847.2   LUMBAR SPRAIN

| Date Of Service(s) | | Procedure/Revenue | | | Billed | | Covered | | Reason |
|---|---|---|---|---|---|---|---|---|---|
| From | Thru | Code/Modifier | Description | Units | Amount | | Amount | | Code(s) |
| 06/15/05 | 06/15/05 | 99204 | Office or other outpatie | 1.00 | $ | 168.00 | $ | 0.00 | X999 |
| 06/15/05 | 06/15/05 | 72100 | Radiologic examination, | 1.00 | $ | 99.00 | $ | 0.00 | X999 |
| Total: | | | | | $ | 267.00 | $ | 0.00 | |

Deductible applied to date $       200.00 from deductible limit of $       200.00

Reason Code(s):
  X999 See Detailed Explanation

Additional Information:
Claim denied for failure to submit written proof of claim to the company. Written proof must be submitted as soon as reasonably practicable, but inno event more than 45 days after the date services are rendered, unlessthe eip, assignee or rep. submits proof providing clear & reasonablejustification for failure to comply

If you have any questions about this claim, please contact your file handler, DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY SPADARO & LANDON. 1011 CENTRE RD STE 210. WILMINGTON, DE, 19805-1266

SHADY GROVE ORTHOPAEDICS ASSOC, 9715 MEDICAL CENTER DR #4, ROCKVILLE, MD, 20850

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073781

# NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer

ALLSTATE INSURANCE COMPANY
NAIC NUMBER: 008 19232
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788-

For American Arbitration Association use

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT 05/30/05 | D. INJURED PERSON (Name and Address) |
|---|---|---|---|

| E. CLAIM NUMBER 2125843132  2AW | F. APPLICANT FOR BENEFITS (Name and Address) SHADY GROVE ORTHOPAEDICS ASSOC 9715 MEDICAL CENTER DR #415 ROCKVILLE MD 20850 | G. AS ASSIGNEE 1.Yes  2. No [X] |
|---|---|---|

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

[ ] 1. Your entire claim is denied as follows:
[X] 2. A portion of your claim is denied as follows:

[ ] A. Loss of Earnings: $ _____
[X] B. Health Service Benefits: $ 267.00
[ ] C. Other Necessary Expenses: $ _____

[ ] D. Interest: $ _____
[ ] E. Attorney's Fees: $ _____
[ ] F. Death Benefit: $ _____

## REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)
### POLICY ISSUES

[ ] 3. Policy not in force on date of accident
[ ] 4. Injured person excluded under policy conditions or exclusion
[ ] 5. Policy conditions violated:
   a. No reasonable justification given for late notice of claim.
   b. Reasonable justification not established.
   **You may qualify for expedited arbitration.**
   See page two of this form for instructions.

[ ] 6. Injured person not an "Eligible Injured Person"
[ ] 7. Injuries did not arise out of use, or operation of a motor vehicle
[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage.

### LOSS OF EARNINGS BENEFITS DENIED

[ ] 9. Period of disability contested; period in dispute
From _____ Through _____
[ ] 10. Claimed loss not proven

[ ] 11. Exaggerated earnings claim of $ _____ per month denied
[ ] 12. Statutory offset taken
[ ] 13. Other, explained below

### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

[ ] 14. Amount of claim exceeds daily limit of coverage
[ ] 15. Unreasonable or unnecessary expenses

[ ] 16. Incurred after one-year from date of accident
[ ] 17. Other, explained below

### HEALTH SERVICE BENEFITS DENIED

[ ] 18. Fees not in accordance with fee schedules
[ ] 19. Excessive treatment, service or hospitalization
From _____ Through _____

[ ] 20. Treatment not related to accident
[ ] 21. Unnecessary treatment, service or hospitalization
From _____ Through _____
[X] 22. Other, explained below

## COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED

| 23. Provider of Health Service (Name, Address and Zip Code) SHADY GROVE ORTHOPAEDICS ASSOC 9715 MEDICAL CENTER DR #415 ROCKVILLE MD 20850 | 25. Period of bill - treatment dates 06/15/05 - 06/15/05 | 28. Date final verification requested NONE REQUESTED | 31. Amount paid by insurer $ 0.00 |
|---|---|---|---|
| | 26. Date of bill 06/15/05 | 29. Date final verification received NONE REQUESTED | 32. Amount in dispute $ 267.00 |
| 24. Type of service rendered | 27. Date bill received by insurer 11/07/05 | 30. Amount of bill $ 267.00 | |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

DATED: 12/01/05

DAWN MACIASZEK
Name and Title of Representative, of Insurer

TELEPHONE NUMBER: 866-371-8905     EXT. 7616

Name and Address of Insurer claim processor (Third Party Administrator), if applicable

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073782

## DENIAL OF CLAIM FORM — PAGE TWO

**IF YOU WISH TO CONTEST THIS DENIAL, YOU HAVE THE FOLLOWING OPTIONS:**

1. Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complflow.htm or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at 25 Beaver Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501, or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Although the Insurance Department will attempt to resolve disputed claims, it cannot order or require an insurer to pay a disputed claim. If you wish to file a complaint, send one copy of this Denial of Claim Form with copies of other pertinent documents with a letter fully explaining your complaint to the Insurance Department at one of the above addresses.

If you choose this option, you may at a later date still submit this dispute to arbitration or bring a lawsuit; or

2. **You may submit this dispute to arbitration.** If you wish to submit this claim to arbitration, mail a copy of this Denial of Claim Form along with a complete submission of all other pertinent documents and a table of contents listing your submissions, in duplicate together with a $40 filing fee, payable to the AMERICAN ARBITRATION ASSOCIATION (AAA) to:

> **New York No-Fault Conciliation Center**
> **American Arbitration Association (AAA)**
> **65 Broadway**
> **New York, New York 10006**

A complete copy of this filing, listing all bills and proofs as well as a table of contents listing your submissions must be provided to the insurer at the time of filing for arbitration. The filing fee will be returned to you if the arbitrator awards you any portion of your claim. However, you may be assessed the costs of the arbitration proceeding if the arbitrator finds your claim to be frivolous, without factual or legal merit or was filed for the purpose of harassing the respondent. The decision of an arbitrator is binding, except for limited grounds for review set forth in the Law and Insurance Department Regulations.

If you are contesting the denial of claim and wish to submit the dispute to arbitration, state on accompanying sheets the reason(s) you believe the denial of overdue benefits should be paid. Attach proof of disability and verification of loss of earnings in dispute, sign below, and send the completed form to the American Arbitration Association at the address given in item 2 above.

Loss of Earnings: _____ Date claim made: _____ Gross Earnings per month $_____

Period of dispute: _____ From _____ Through _____ Amount Claimed: $_____

Health Services: (Attach bills in dispute and list each one separately.)

| Name of Provider | Date of Service | Amount of Bill | Amount in Dispute | Date Claim Mailed |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other Necessary Expenses: (Attach bills in dispute and list each one separately.)

| Type of Expense Claimed | Amount Claimed | Date Incurred | Date Claim Mailed | Amount in Dispute |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other: (Attach additional sheets, if necessary)

- Upon your request, if you file for arbitration within 90 days of the date of this denial or the claim becoming overdue, your case will be scheduled for arbitration on a priority basis.

- You qualify for **expedited arbitration** if the insurer has determined that your written justification for submitting late notice of claim failed to meet a "reasonableness standard". A request for expedited arbitration must be filed within 30 days of date of denial. Your filing must be complete and contain all information that you are submitting at the time of filing.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073783

## DENIAL OF CLAIM FORM - PAGE THREE

**3. You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.**

THE UNDERSIGNED, AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDULENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED, UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR, AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO; AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| ARBITRATION REQUESTED BY: | | |
|---|---|---|
| LAST NAME          FIRST NAME | NAME OF LAW FIRM, IF ANY | |
| TELEPHONE NUMBER: | | |
| FAX NUMBER: | | |
| E-MAIL ADDRESS: | ADDRESS | |
| SIGNATURE | ARE YOU AN ATTORNEY?  ☐ YES  ☐ NO | DATE |

------- IMPORTANT NOTICE TO APPLICANT -------

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked, as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (212-791-1280) located at 110 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

NYS FORM NF-10 (Rev 1/2004)
Page 3 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073784

*ALLSTATE INSURANCE COMPANY*
*ISLANDIA*
*888 VETERANS MEMORIAL HWY, STE 300*
*HAUPPAUGE NY 11788*



## EXPLANATION OF MEDICAL BILL PAYMENT

Date: 11/23/2005
Bill Received Date: 11/02/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 151210b

Service Provided For:

Eligible Injured Person:
Treatment Rendered By: SANDRA F BIRNBAUM PT/SHAD
Provider Specialty:
TIN: 52-1061922

Diagnosis Codes
847.0   NECK SPRAIN              847.2   LUMBAR SPRAIN

| Date Of Service(s) From | Thru | Code/Modifier | Procedure/Revenue Description | Units | Billed Amount | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|---|
| 06/29/05 | 06/29/05 | 97110 | Therapeutic procedure, o | 1.00 | $  43.00 | $  0.00 | X999 |
| 06/29/05 | 06/29/05 | 97140 | Manual therapy technique | 2.00 | $  86.00 | $  0.00 | X999 |
| Total: | | | | | $  129.00 | $  0.00 | |

Deductible applied to date $   200.00 from deductible limit of $   200.00

Reason Code(s):
X999 See Detailed Explanation

Additional Information:
Claim denied for failure to submit written proof of claim to the company. Written proof must be submitted as soon as reasonably practicable, but in no event more than 45 days after the date services are rendered, unless the eip, assignee or rep submits proof providing clear & reasonable justification for failure to comply with such time limitation.

If you have any questions about this claim, please contact your file handler, DAWN MACIASZEK at (866) 371-8905 Ext. 7618.

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY SPADARO & LANDON, 1011 CENTRE RD STE. 210, WILMINGTON, DE, 19805-1266

SANDRA F BIRNBAUM PT/SHADY GROVE ORTHO, 9715 MEDICAL CTR D SUITE, ROCKVILLE, MD, 20850

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073785

## NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer

ALLSTATE INSURANCE COMPANY
NAIC NUMBER: 008 19232
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788.

For American Arbitration Association use

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT 05/30/05 | D. INJURED PERSON (Name and Address) |
|---|---|---|---|

| E. CLAIM NUMBER 2125843132 2AW | F. APPLICANT FOR BENEFITS (Name and Address) SANDRA F BIRNBAUM PT/SHADY GROVE ORTHO PT DE 9715 MEDICAL CTR D SUITE 202 ROCKVILLE MD 20850 | G. AS ASSIGNEE 1. Yes [X] 2. No |
|---|---|---|

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

- [ ] 1. Your entire claim is denied as follows:
- [X] 2. A portion of your claim is denied as follows:

| | | | |
|---|---|---|---|
| [ ] A. Loss of Earnings: | $ | [ ] D. Interest: | $ |
| [X] B. Health Service Benefits: | $ 129.00 | [ ] E. Attorney's Fees: | $ |
| [ ] C. Other Necessary Expenses: | $ | [ ] F. Death Benefit | $ |

### REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)
POLICY ISSUES

- [ ] 3. Policy not in force on date of accident.
- [ ] 4. Injured person excluded under policy conditions or exclusion.
- [ ] 5. Policy conditions violated
  - [ ] a. No reasonable justification given for late notice of claim.
  - [ ] b. Reasonable justification not established. You may qualify for expedited arbitration. See page two of this form for instructions.

- [ ] 6. Injured person not an "Eligible Injured Person".
- [ ] 7. Injuries did not arise out of use or operation of a motor vehicle.
- [ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage.

### LOSS OF EARNINGS BENEFITS DENIED

- [ ] 9. Period of disability contested; period in dispute From _____ Through _____
- [ ] 10. Claimed loss not proven.

- [ ] 11. Exaggerated earnings claim of $ _____ per month denied
- [ ] 12. Statutory offset taken
- [ ] 13. Other, explained below.

### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

- [ ] 14. Amount of claim exceeds daily limit of coverage.
- [ ] 15. Unreasonable or unnecessary expenses

- [ ] 16. Incurred after one year from date of accident
- [ ] 17. Other, explained below

### HEALTH SERVICE BENEFITS DENIED

- [ ] 18. Fees not in accordance with fee schedules
- [ ] 19. Excessive treatment, service or hospitalization From _____ Through _____

- [ ] 20. Treatment not related to accident
- [ ] 21. Unnecessary treatment, service or hospitalization From _____ Through _____
- [X] 22. Other, explained below:

### COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED.

| 23. Provider of Health Service (Name, Address and Zip Code) SANDRA F BIRNBAUM PT/SHADY GROVE ORTHO PT DE 9715 MEDICAL CTR D SUITE 202 ROCKVILLE MD 20850 | 25. Period of bill - treatment dates 06/29/05 - 06/29/05 | 28. Date final verification requested NONE REQUESTED | 31. Amount paid by insurer $ 0.00 |
|---|---|---|---|
| | 26. Date of bill 06/29/05 | 29. Date final verification received NONE REQUESTED | 32. Amount in dispute $ 129.00 |
| 24. Type of service rendered | 27. Date bill received by insurer 11/02/05 | 30. Amount of bill $ 129.00 | |

33. State reason for denial, fully and explicitly (attach extra sheets if needed); See attached Explanation of Benefits.

DATED: 11/23/05

DAWN MACIASZEK
Name and Title of Representative of Insurer

TELEPHONE NUMBER: 866-371-8905 EXT. 7618

Name and Address of Insurer claim processor (Third Party Administrator), if applicable

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073786

# DENIAL OF CLAIM FORM — PAGE TWO

**IF YOU WISH TO CONTEST THIS DENIAL, YOU HAVE THE FOLLOWING OPTIONS:**

1. Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm  or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at: 25 Beaver Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501 or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Although the Insurance Department will attempt to resolve disputed claims, it cannot order or require an insurer to pay a disputed claim. If you wish to file a complaint, send one copy of this Denial of Claim Form with copies of other pertinent documents with a letter fully explaining your complaint to the Insurance Department at one of the above addresses.

If you choose this option, you may at a later date still submit this dispute to arbitration or bring a lawsuit; or

2. **You may submit this dispute to arbitration.** If you wish to submit this claim to arbitration, mail a copy of this Denial of Claim Form along with a complete submission of all other pertinent documents and a table of contents listing your submissions, in duplicate together with a $40 filing fee, payable to the AMERICAN ARBITRATION ASSOCIATION (AAA) to:

> **New York No-Fault Conciliation Center**
> **American Arbitration Association (AAA)**
> **65 Broadway**
> **New York, New York 10006**

A complete copy of this filing, listing all bills and proofs as well as a table of contents listing your submissions, must be provided to the insurer at the time of filing for arbitration. The filing fee will be returned to you if the arbitrator awards you any portion of your claim. However, you may be assessed the costs of the arbitration proceeding if the arbitrator finds your claim to be frivolous, without factual or legal merit or was filed for the purpose of harassing the respondent. The decision of an arbitrator is binding, except for limited grounds for review set forth in the Law and Insurance Department Regulations.

If you are contesting the denial of claim and wish to submit the dispute to arbitration, state on accompanying sheets the reason(s) you believe the denied or overdue benefits should be paid. Attach proof of disability and verification of loss of earnings in dispute, sign below, and send the completed form to the American Arbitration Association at the address given in item 2 above.

Loss of Earnings _____  Date claim made:_____     Gross Earnings per month $_____

Period of dispute:   From_____Through _____     Amount Claimed:  $_____

Health Services:  (Attach bills in dispute and list each one separately.)

| Name of Provider | Date of Service | Amount of Bill | Amount in Dispute | Date Claim Mailed |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other Necessary Expenses:  (Attach bills in dispute and list each one separately.)

| Type of Expense Claimed | Amount Claimed | Date Incurred | Date Claim Mailed | Amount in Dispute |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other:  (Attach additional sheets, if necessary)

- Upon your request, if you file for arbitration within 90 days of the date of this denial or the claim becoming overdue, your case will be scheduled for arbitration on a priority basis.

- You qualify for **expedited arbitration** if the insurer has determined that your written justification for submitting late notice of claim failed to meet a "reasonableness standard". A request for expedited arbitration must be filed within 30 days of date of denial. Your filing must be complete and contain all information that you are submitting at the time of filing.

NYS FORM NF-10 (Rev 1/2004)
Page 2 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073787

## DENIAL OF CLAIM FORM - PAGE THREE

**3. You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.**

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDLENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED, UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| ARBITRATION REQUESTED BY: | | |
|---|---|---|
| LAST NAME          FIRST NAME | NAME OF LAW FIRM, IF ANY | |
| TELEPHONE NUMBER: | | |
| FAX NUMBER: | | |
| E-MAIL ADDRESS: | ADDRESS | |
| SIGNATURE | ARE YOU AN ATTORNEY?   ☐ YES   ☐ NO | DATE |

**IMPORTANT NOTICE TO APPLICANT**

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (212-791-4260) located at 110 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

NYS FORM NF-10 (Rev 1/2004)
Page 3 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073788

ALLSTATE INSURANCE COMPANY
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788



## EXPLANATION OF MEDICAL BILL PAYMENT

Date: 11/23/2005
Bill Received Date: 10/31/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 151210p

Service Provided For:

Eligible Injured Person:
Treatment Rendered By: SHADY GROVE ORTHOPAEDICS
Provider Specialty:
TIN: 52-1061922

Diagnosis Codes
847.0   NECK SPRAIN                         847.2   LUMBAR SPRAIN

| Date Of Service(s) From | Thru | Procedure/Revenue Code/Modifier | Description | Units | Billed Amount | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|---|
| 06/15/05 | 06/15/05 | 99204 | Office or other outpatie | 1.00 $ | 168.00 | $ 0.00 | X999 |
| 06/15/05 | 06/15/05 | 72100 | Radiologic examination, | 1.00 $ | 99.00 | $ 0.00 | X999 |
| Total: | | | | | $ 267.00 | $ 0.00 | |

Deductible applied to date $       200.00 from deductible limit of $       200.00

Reason Code(s):
X999 See Detailed Explanation

Additional Information:
Claim denied for failure to submit written proof of claim to the company. Written proof must be
submitted as soon as reasonably practicable, but in no event more than 45 days after the date
services are rendered, unless the eip, assignee or rep submits proof providing clear &
reasonable justification for failure to comply with such time limitation.

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8805 Ext. 7618.

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY SPADEA & LANDON, 1011 CENTRE RD. STE. 210, WILMINGTON, DE, 19805-1266

SHADY GROVE ORTHOPAEDICS ASSOC, 9715 MEDICAL CENTER DR. #4, ROCKVILLE, MD; 20850

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073789

## NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
### DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

| Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer | | For American Arbitration Association use |
|---|---|---|
| ALLSTATE INSURANCE COMPANY<br>NAIC NUMBER: 008 19232<br>ISLANDIA<br>888 VETERANS MEMORIAL HWY, STE 300<br>HAUPPAUGE NY 11788 | | |

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT<br>05/30/05 | D. INJURED PERSON (Name and Address) |
|---|---|---|---|

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and Address) | G. AS ASSIGNEE |
|---|---|---|
| 2125643132  2AW | SHADY GROVE ORTHOPAEDICS ASSOC<br>9715 MEDICAL CENTER DR #415<br>ROCKVILLE  MD  20850 | 1.Yes [X]  2. No [ ] |

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL.**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

[ ] 1. Your entire claim is denied as follows:

[X] 2. A portion of your claim is denied as follows:

| | | |
|---|---|---|
| [ ] A. Loss of Earnings: | $ | [ ] D. Interest: $ |
| [X] B. Health Service Benefits: | $ 267.00 | [ ] E. Attorney's Fees: $ |
| [ ] C. Other Necessary Expenses: | $ | [ ] F. Death Benefit $ |

### REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)
#### POLICY ISSUES

[ ] 3. Policy not in force on date of accident.

[ ] 4. Injured person excluded under policy conditions or exclusion.

[ ] 5. Policy conditions violated
    [ ] a. No reasonable justification given for late notice of claim.
    [ ] b. Reasonable justification not established.
    **You may qualify for expedited arbitration.**
    See page two of this form for instructions.

[ ] 6. Injured person not an "Eligible Injured Person".

[ ] 7. Injuries did not arise out of use or operation of a motor vehicle.

[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage.

#### LOSS OF EARNINGS BENEFITS DENIED

[ ] 9. Period of disability contested; period in dispute
From _____ Through _____

[ ] 10. Claimed loss not proven.

[ ] 11. Exaggerated earnings claim of $ _____ per month denied

[ ] 12. Statutory offset taken

[ ] 13. Other, explained below

#### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

[ ] 14. Amount of claim exceeds daily limit of coverage

[ ] 15. Unreasonable or unnecessary expenses

[ ] 16. Incurred after one-year from date of accident

[ ] 17. Other, explained below

#### HEALTH SERVICE BENEFITS DENIED

[ ] 18. Fees not in accordance with fee schedules

[ ] 19. Excessive treatment, service or hospitalization
From _____ Through _____

[ ] 20. Treatment not related to accident

[ ] 21. Unnecessary treatment, service or hospitalization
From _____ Through _____

[X] 22. Other, explained below:

### COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED:

| 23. Provider of Health Service (Name, Address and Zip Code) | 25. Period of bill - treatment dates<br>09/15/05 - 06/15/05 | 28. Date final verification requested<br>NONE REQUESTED | 31. Amount paid by insurer<br>$  0.00 |
|---|---|---|---|
| SHADY GROVE ORTHOPAEDICS ASSOC<br>9715 MEDICAL CENTER DR #415<br>ROCKVILLE  MD  20850 | 26. Date of bill<br>10/25/05 | 29. Date final verification received<br>NONE REQUESTED | 32. Amount in dispute<br>$  267.00 |
| 24. Type of service rendered | 27. Date bill received by insurer<br>10/31/05 | 30. Amount of bill<br>$  267.00 | |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

DATED: 11/23/05

DAWN MACIASZEK
Name and Title of Representative of Insurer

TELEPHONE NUMBER: 866-371-8605     EXT: 7818-

Name and Address of Insurer claim processor (Third Party Administrator), if applicable

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073790

## DENIAL OF CLAIM FORM — PAGE TWO

IF YOU WISH TO CONTEST THIS DENIAL, YOU HAVE THE FOLLOWING OPTIONS:

1: Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at 25 Beaver Street, New York, New York, NY,10004; One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501 or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Although the Insurance Department will attempt to resolve disputed claims, it cannot order or require an insurer to pay a disputed claim. If you wish to file a complaint, send one copy of this Denial of Claim Form with copies of other pertinent documents with a letter fully explaining your complaint to the Insurance Department at one of the above addresses.

If you choose this option, you may at a later date still submit this dispute to arbitration or bring a lawsuit; or

2. You may submit this dispute to arbitration. If you wish to submit this claim to arbitration, mail a copy of this Denial of Claim Form along with a complete submission of all other pertinent documents and a table of contents listing your submissions, in duplicate together with a $40 filing fee, payable to the AMERICAN ARBITRATION ASSOCIATION (AAA) to:

> New York No-Fault Conciliation Center
> American Arbitration Association (AAA)
> 65 Broadway
> New York, New York 10006

A complete copy of this filing, listing all bills and proofs as well as a table of contents listing your submissions must be provided to the insurer at the time of filing for arbitration. The filing fee will be returned to you if the arbitrator awards you any portion of your claim. However, you may be assessed the costs of the arbitration proceeding if the arbitrator finds your claim to be frivolous, without factual or legal merit or was filed for the purpose of harassing the respondent. The decision of an arbitrator is binding, except for limited grounds for review set forth in the Law and Insurance Department Regulations.

If you are contesting the denial of claim and wish to submit the dispute to arbitration, state on accompanying sheets the reason(s) you believe the denied or overdue benefits should be paid. Attach proof of disability and verification of loss of earnings in dispute, sign below, and send the completed form to the American Arbitration Association at the address given in item 2 above.

Loss of Earnings:   Date claim made: _____        Gross Earnings per month $_____

Period of dispute:   From _____ Through _____     Amount Claimed: $_____

Health Services:  (Attach bills in dispute and list each one separately.)

| Name of Provider | Date of Service | Amount of Bill | Amount in Dispute | Date Claim Mailed |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other Necessary Expenses:  (Attach bills in dispute and list each one separately.)

| Type of Expense Claimed | Amount Claimed | Date Incurred | Date Claim Mailed | Amount in Dispute |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other: (Attach additional sheets, if necessary)

- Upon your request, if you file for arbitration within 90 days of the date of this denial or the claim becoming overdue, your case will be scheduled for arbitration on a priority basis.

- You qualify for expedited arbitration if the insurer has determined that your written justification for submitting late notice of claim failed to meet a "reasonableness standard". A request for expedited arbitration must be filed within 30 days of date of denial. Your filing must be complete and contain all information that you are submitting at the time of filing.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073791

## DENIAL OF CLAIM FORM - PAGE THREE

3. You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY, THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDLENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED. UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| ARBITRATION REQUESTED BY: | | |
|---|---|---|
| LAST NAME          FIRST NAME | NAME OF LAW FIRM, IF ANY | |
| TELEPHONE NUMBER: | | |
| FAX NUMBER: | | |
| E-MAIL ADDRESS: | ADDRESS | |
| SIGNATURE | ARE YOU AN ATTORNEY?  ☐ YES   ☐ NO | DATE |

**IMPORTANT NOTICE TO APPLICANT**

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (212-791-1280) located at 110 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073792

*ALLSTATE INSURANCE COMPANY*
*ISLANDIA*
*888 VETERANS MEMORIAL HWY, STE 300*
*HAUPPAUGE NY 11788*



## EXPLANATION OF MEDICAL BILL PAYMENT

Date: 11/17/2005
Bill Received Date: 10/28/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 500861835

Service Provided For:

Eligible Injured Person:
Treatment Rendered By: SHADY GROVE RADIOLOGICAL
Provider Specialty:
TIN: 52-1148069

Diagnosis Codes
V22.1  SUPERVISION OF OTHER NORMAL PREGNANCY   625.9  UNSPECIFIED SYMPTOM ASSOCIATED WITH FEM

| Date Of Service(s) From | Thru | Procedure/Revenue Code/Modifier Description | Units | Billed Amount | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|
| 09/20/05 | 09/20/05 | 76815-26 Ultrasound, pregnant ute | 1.00 $ | 139.50 $ | 0.00 | X201 |
| 09/20/05 | 09/20/05 | 76817-26 Ultrasound, pregnant ute | 1.00 $ | 254.00 $ | 0.00 | X201 |
| Total: | | | | $ 393.50 $ | 0.00 | |

Deductible applied to date $    200.00 from deductible limit of $    200.00

Reason Code(s):
   X201 This procedure was performed for a condition not related to the motor vehicle accident.

Modifier Code(s):
26  Professional Component

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Copy(s) of this Explanation of Benefits has been sent to
MURPHY SPADARO & LANDON, 1011 CENTER RD STE 210, WILMINGTON, DE, 19805-1266

SHADY GROVE RADIOLOGICAL, PO BOX 17124, BALTIMORE, MD, 21297-1124

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073793

# NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer

ALLSTATE INSURANCE COMPANY
NAIC NUMBER: 008 19232
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788

For American Arbitration Association use

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT 05/30/05 | D. INJURED PERSON (Name and Address) |
|---|---|---|---|

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and Address) | G. AS ASSIGNEE |
|---|---|---|
| 2125843132 2AW | SHADY GROVE RADIOLOGICAL PO BOX 17124 BALTIMORE MD 21297-1124 | 1.Yes [X] 2. No [ ] |

### TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL.

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

1. [ ] Your entire claim is denied as follows:
2. [X] A portion of your claim is denied as follows:

| | | |
|---|---|---|
| [ ] A. Loss of Earnings: $ _____ | [ ] D. Interest: $ _____ | |
| [X] B. Health Service Benefits: $ 393.50 | [ ] E. Attorney's Fees: $ _____ | |
| [ ] C. Other Necessary Expenses: $ _____ | [ ] F. Death Benefit: $ _____ | |

## REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)

### POLICY ISSUES

3. [ ] Policy not in force on date of accident.
4. [ ] Injured person excluded under policy conditions or exclusion:
5. [ ] Policy conditions violated
   a. [ ] No reasonable justification given for late notice of claim.
   b. [ ] Reasonable justification not established. You may qualify for expedited arbitration. See page two of this form for instructions.

6. [ ] Injured person not an "Eligible Injured Person"
7. [ ] Injuries did not arise out of use or operation of a motor vehicle
8. [ ] Claim not within the scope of your election under Optional Basic Economic Loss coverage

### LOSS OF EARNINGS BENEFITS DENIED

9. [ ] Period of disability contested; period in dispute
   From _____ Through _____
10. [ ] Claimed loss not proven:

11. [ ] Exaggerated earnings claim of $ _____ per month denied
12. [ ] Statutory offset taken
13. [ ] Other, explained below:

### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

14. [ ] Amount of claim exceeds daily limit of coverage
15. [ ] Unreasonable or unnecessary expenses

16. [ ] Incurred, after one year from date of accident.
17. [ ] Other, explained below

### HEALTH SERVICE BENEFITS DENIED

18. [ ] Fees not in accordance with fee schedules
19. [ ] Excessive treatment, service or hospitalization
    From _____ Through _____

20. [ ] Treatment not related to accident
21. [ ] Unnecessary treatment, service or hospitalization
    From _____ Through _____
22. [X] Other, explained below:

### COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED

| 23. Provider of Health Service (Name, Address and Zip Code) | 25. Period of bill - treatment dates | 28. Date final verification requested | 31. Amount paid by insurer |
|---|---|---|---|
| SHADY GROVE RADIOLOGICAL PO BOX 17124 BALTIMORE MD 21297-1124 | 09/20/05 - 09/20/05 | NONE REQUESTED | $ 0.00 |
| | 26. Date of bill | 29. Date final verification received | 32. Amount in dispute |
| | 10/25/05 | NONE REQUESTED | $ 393.50 |
| 24. Type of service rendered | 27. Date bill received by insurer | 30. Amount of bill | |
| | 10/28/05 | $ 393.50 | |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

DATED: 11/17/05

DAWN MACIASZEK
Name and Title of Representative of Insurer

TELEPHONE NUMBER: 866-371-8905. EXT. 7618

Name and Address of Insurer claim processor (Third Party Administrator), if applicable

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073794

## DENIAL OF CLAIM FORM — PAGE TWO

**IF YOU WISH TO CONTEST THIS DENIAL, YOU HAVE THE FOLLOWING OPTIONS:**

1. Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm __ or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at 25 Beaver Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501; or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Although the Insurance Department will attempt to resolve disputed claims, it cannot order or require an insurer to pay a disputed claim. If you wish to file a complaint, send one copy of this Denial of Claim Form with copies of other pertinent documents with a letter fully explaining your complaint to the Insurance Department at one of the above addresses.

If you choose this option, you may at a later date still submit this dispute to arbitration or bring a lawsuit, or

2. **You may submit this dispute to arbitration.** If you wish to submit this claim to arbitration, mail a copy of this Denial of Claim Form along with a complete submission of all other pertinent documents and a table of contents listing your submissions, in duplicate together with a $40 filing fee, payable to the AMERICAN ARBITRATION ASSOCIATION (AAA) to:

> **New York No-Fault Conciliation Center**
> **American Arbitration Association (AAA)**
> **65 Broadway**
> **New York, New York 10006**

A complete copy of this filing, listing all bills and proofs as well as a table of contents listing your submissions must be provided to the insurer at the time of filing for arbitration. The filing fee will be returned to you if the arbitrator awards you any portion of your claim. However, you may be assessed the costs of the arbitration proceeding if the arbitrator finds your claim to be frivolous, without factual or legal merit or was filed for the purpose of harassing the respondent. The decision of an arbitrator is binding, except for limited grounds for review set forth in the Law and Insurance Department Regulations.

If you are contesting the denial of claim and wish to submit the dispute to arbitration, state on accompanying sheets the reason(s) you believe the denied or overdue benefits should be paid. Attach proof of disability and verification of loss of earnings in dispute, sign below, and send the completed form to the American Arbitration Association at the address given in item 2 above.

Loss of Earnings:     Date claim made: _____                    Gross Earnings per month $ _____

Period of dispute:     From _____ Through _____      Amount Claimed: $ _____

Health Services: (Attach bills in dispute and list each one separately.)

| Name of Provider | Date of Service | Amount of Bill | Amount in Dispute | Date Claim Mailed |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other Necessary Expenses: (Attach bills in dispute and list each one separately.)

| Type of Expense Claimed | Amount Claimed | Date Incurred | Date Claim Mailed | Amount in Dispute |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other: (Attach additional sheets, if necessary)

- Upon your request, if you file for arbitration within 90 days of the date of this denial or the claim becoming overdue, your case will be scheduled for arbitration on a priority basis.

- You qualify for expedited arbitration if the insurer has determined that your written justification for submitting late notice of claim failed to meet a "reasonableness" standard. A request for expedited arbitration must be filed within 30 days of date of denial. Your filing must be complete and contain all information that you are submitting at the time of filing.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073795

## DENIAL OF CLAIM FORM - PAGE THREE

3. You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDULENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED. UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR, AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| ARBITRATION REQUESTED BY: | | NAME OF LAW FIRM, IF ANY |
|---|---|---|
| LAST NAME | FIRST NAME | |
| TELEPHONE NUMBER: | | |
| FAX NUMBER: | | |
| E-MAIL ADDRESS: | | ADDRESS |
| | ARE YOU AN ATTORNEY? ☐ YES ☐ NO | DATE: |
| SIGNATURE | | |

### IMPORTANT NOTICE TO APPLICANT

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (212-791-1280) located at 110 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

NYS FORM NF-10 (Rev 1/2004)
Page 3 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073796

ALLSTATE INSURANCE COMPANY
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788

 **Allstate**

**EXPLANATION OF MEDICAL BILL PAYMENT**

Date: 11/17/2005
Bill Received Date: 10/31/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 500861835

Service Provided For

Eligible Injured Person:
Treatment Rendered By: SHADY GROVE RADIOLOGICAL
Provider Specialty:
TIN: 52-1148069

Diagnosis Codes
V22.1   SUPERVISION OF OTHER NORMAL PREGNANCY.   625.9   UNSPECIFIED SYMPTOM ASSOCIATED WITH FEM

| Date Of Service(s) From Thru | Procedure/Revenue Code/Modifier | Description | Units | Billed Amount | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|
| 09/20/05 09/20/05 | 76815-26 | Ultrasound, pregnant ute | 1.00 | $ 139.50 | $ 0.00 | X201 |
| 09/20/05 09/20/05 | 76817-26 | Ultrasound, pregnant ute | 1.00 | $ 254.00 | $ 0.00 | X201 |
| Total: | | | | $ 393.50 | $ 0.00 | |

Deductible applied to date $     200.00 from deductible limit of $     200.00

Reason Code(s):
  X201 This procedure was performed for a condition not related to the motor vehicle accident.

Modifier Code(s):
26 Professional Component

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Copy(s) of this Explanation of Benefits has been sent to:
MORPHY SPADARO & LEMBON. 1011 CENTRE RD. STE 210. WILMINGTON. DE. 19805-1266

SHADY GROVE RADIOLOGICAL, PO BOX 17124, BALTIMORE, MD, 21297-1124

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073797

## NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

| Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer | | | |
|---|---|---|---|
| ALLSTATE INSURANCE COMPANY<br>NAIC NUMBER: 008 19232.<br>ISLANDIA<br>888 VETERANS MEMORIAL HWY, STE 300<br>HAUPPAUGE NY 11788. | | | For American Arbitration Association use |

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT<br>05/30/05 | D. INJURED PERSON (Name and Address) |
|---|---|---|---|

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and Address) | G. AS ASSIGNEE |
|---|---|---|
| 2125843132 2AW | SHADY GROVE RADIOLOGICAL<br>PO BOX -17124<br>BALTIMORE MD 21297-1124 | 1.Yes [ ]  2. No [X] |

### TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL.

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:
- [ ] 1. Your entire claim is denied as follows:
- [X] 2. A portion of your claim is denied as follows:
  - [ ] A. Loss of Earnings:  $ _____
  - [X] B. Health Service Benefits:  $ 393.50
  - [ ] C. Other Necessary Expenses:  $ _____
  - [ ] D. Interest  $ _____
  - [ ] E. Attorney's Fees:  $ _____
  - [ ] F. Death Benefit:  $ _____

### REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)
POLICY ISSUES

- [ ] 3. Policy not in force on date of accident
- [ ] 4. Injured person excluded under policy conditions or exclusion
- [ ] 5. Policy conditions violated
  - [ ] a. No reasonable justification given for late notice of claim.
  - [ ] b. Reasonable justification not established.
  - See page two of this form for instructions.
- [ ] 6. Injured person not an "Eligible Injured Person"
- [ ] 7. Injuries did not arise out of use or operation of a motor vehicle
- [ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

### LOSS OF EARNINGS BENEFITS DENIED
- [ ] 9. Period of disability contested: period in dispute
  From _____ Through _____
- [ ] 10. Claimed loss not proven.
- [ ] 11. Exaggerated earnings claim of $ _____ per month denied
- [ ] 12. Statutory offset taken
- [ ] 13. Other, explained below

### OTHER REASONABLE AND NECESSARY EXPENSES DENIED
- [ ] 14. Amount of claim exceeds daily limit of coverage
- [ ] 15. Unreasonable or unnecessary expenses
- [ ] 16. Incurred after one-year from date of accident
- [ ] 17. Other, explained below

### HEALTH SERVICE BENEFITS DENIED
- [ ] 18. Fees not in accordance with fee schedules
- [ ] 19. Excessive treatment, service or hospitalization
  From _____ Through _____
- [ ] 20. Treatment not related to accident
- [ ] 21. Unnecessary treatment, service or hospitalization
  From _____ Through _____
- [X] 22. Other, explained below

### COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED.

| 23. Provider of Health Service (Name, Address and Zip Code) | 25. Period of bill - treatment dates<br>09/20/05 - 09/20/05 | 28. Date final verification requested<br>NONE REQUESTED | 31. Amount paid by insurer<br>$ 0.00 |
|---|---|---|---|
| SHADY GROVE RADIOLOGICAL<br>PO BOX 17124<br>BALTIMORE MD 21297-1124 | 26. Date of bill<br>10/26/05 | 29. Date final verification received<br>NONE REQUESTED | 32. Amount in dispute<br>$ 393.50 |
| 24. Type of service rendered | 27. Date bill received by insurer<br>10/31/05 | 30. Amount of bill<br>$ 393.50 | |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

| DATED: 11/17/05 | DAWN MACIASZEK |
|---|---|
| | Name and Title of Representative of Insurer |
| TELEPHONE NUMBER: 866-371-8905   EXT. 7618 | Name and Address of Insurer claim processor (Third Party Administrator), if applicable |

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073798

## DENIAL OF CLAIM FORM — PAGE TWO

**IF YOU WISH TO CONTEST THIS DENIAL, YOU HAVE THE FOLLOWING OPTIONS:**

1. Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at 25 Beaver Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501 or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Although the Insurance Department will attempt to resolve disputed claims, it cannot order or require an insurer to pay a disputed claim. If you wish to file a complaint, send one copy of this Denial of Claim Form with copies of other pertinent documents, with a letter fully explaining your complaint to the Insurance Department at one of the above addresses.

If you choose this option, you may at a later date still submit this dispute to arbitration or bring a lawsuit; or

2. **You may submit this dispute to arbitration.** If you wish to submit this claim to arbitration, mail a copy of this Denial of Claim Form along with a complete submission of all other pertinent documents and a table of contents listing your submissions, in duplicate together with a $40 filing fee, payable to the AMERICAN ARBITRATION ASSOCIATION (AAA) to:

> **New York No-Fault Conciliation Center**
> **American Arbitration Association (AAA)**
> **65 Broadway**
> **New York, New York 10006**

A complete copy of this filing, listing all bills and proofs as well as a table of contents listing your submissions must be provided to the insurer at the time of filing for arbitration. The filing fee will be returned to you if the arbitrator awards you any portion of your claim. However, you may be assessed the costs of the arbitration proceeding if the arbitrator finds your claim to be frivolous, without factual or legal merit or was filed for the purpose of harassing the respondent. The decision of an arbitrator is binding, except for limited grounds for review set forth in the Law and Insurance Department Regulations.

If you are contesting the denial of claim and wish to submit the dispute to arbitration, state on accompanying sheets the reason(s) you believe the denied or overdue benefits should be paid. Attach proof of disability and verification of loss of earnings in dispute, sign below, and send the completed form to the American Arbitration Association at the address given in Item 2 above.

Loss of Earnings:      Date claim made: _____      Gross Earnings per month $ _____

Period of dispute:      From _____ Through _____      Amount Claimed: $ _____

Health Services: (Attach bills in dispute and list each one separately.)

| Name of Provider | Date of Service | Amount of Bill | Amount in Dispute | Date Claim Mailed |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Other Necessary Expenses: (Attach bills in dispute and list each one separately.)

| Type of Expense Claimed | Amount Claimed | Date Incurred | Date Claim Mailed | Amount in Dispute |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other: (Attach additional sheets, if necessary)

* Upon your request, if you file for arbitration within 90 days of the date of this denial or the claim becoming overdue, your case will be scheduled for arbitration on a priority basis.

* You qualify for **expedited arbitration** if the insurer has determined that your written justification for submitting late notice of claim failed to meet a "reasonableness standard". A request for expedited arbitration must be filed within 30 days of date of denial. Your filing must be complete and contain all information that you are submitting at the time of filing.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073799

## DENIAL OF CLAIM FORM - PAGE THREE

**3: You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.**

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDLENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED. UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR, AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| ARBITRATION REQUESTED BY: | | |
|---|---|---|
| LAST NAME          FIRST NAME | NAME OF LAW FIRM, IF ANY | |
| TELEPHONE NUMBER: | | |
| FAX NUMBER: | | |
| E-MAIL ADDRESS: | | |
| | ADDRESS | |
| SIGNATURE | ARE YOU AN ATTORNEY?  ☐ YES   ☐ NO | DATE |

**IMPORTANT NOTICE TO APPLICANT**

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (212-791-1280) located at 110 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

NYS FORM NF-10 (Rev 1/2004)
Page 3 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073800

ALLSTATE INSURANCE COMPANY
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGENY 11788



### EXPLANATION OF MEDICAL BILL PAYMENT

Date: 10/28/2005
Bill Received Date: 10/04/2005
Claim #: 2125849132-01
File Handler: 2AW
Invoice #:
Eligible Injured Person:
Treatment Rendered By: MONTGOMERY EMERGENCY PHYS
Provider Specialty:
TIN: 52-2043450

Service Provided For:

Diagnosis Codes
847.0    NECK SPRAIN

| Date Of Service(s) | | Procedure/Revenue | | | Billed | | Covered | | Reason |
|---|---|---|---|---|---|---|---|---|---|
| From | Thru | Code/Modifier | Description | Units | Amount | | Amount | | Code(s) |
| 05/31/05 | 05/31/05 | 99283 | Emergency department vis | 1.00 $ | 190.00 | $ | 0.00 | | 4 |
| 06/07/05 | 06/07/05 | 99283 | Emergency department vis | 1.00 $ | 190.00 | $ | 0.00 | | 4 |
| Total: | | | | | $ 380.00 | $ | 0.00 | | |

Deductible applied to date $    200.00 from deductible limit of $    200.00

Reason Code(s):
    4 The CPT/HCPCS procedure code billed is a duplicate of a procedure billed previously.

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Copy(s) of this Explanation of Benefits has been sent to:
MTODRKY SRPPERO & LANDON, 1011 CENTRE RD STE 210, WILMINGTON, DE, 19805-1266

MONTGOMERY EMERGENCY PHYS, PO BOX 17564, BALTIMORE, MD, 21297-1564

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073801

## NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer

ALLSTATE INSURANCE COMPANY
NAIC NUMBER: 008-19232
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788

For American Arbitration Association use

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT | D. INJURED PERSON (Name and Address) |
|---|---|---|---|
| | | 05/30/05 | |

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and Address) | G. AS ASSIGNEE |
|---|---|---|
| 2125843132  2AW | MONTGOMERY EMERGENCY PHYS<br>PO BOX 17564<br>BALTIMORE  MD  21297-1564 | 1.Yes [X] 2. No [ ] |

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

[ ] 1. Your entire claim is denied as follows:
[X] 2. A portion of your claim is denied as follows:

| | | |
|---|---|---|
| [ ] A. Loss of Earnings: | $ | [ ] D. Interest: $ |
| [X] B. Health Service Benefits: | $ 380.00 | [ ] E. Attorney's Fees: $ |
| [ ] C. Other Necessary Expenses: | $ | [ ] F. Death Benefit: $ |

**REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)**
POLICY ISSUES

[ ] 3. Policy not in force on date of accident.
[ ] 4. Injured person excluded under policy conditions or exclusions.
[ ] 5. Policy conditions violated
    a. No reasonable justification given for late notice of claim.
    b. Reasonable justification not established.
    **You may qualify for expedited arbitration.**
    See page two of this form for instructions.

[ ] 6. Injured person not an "Eligible Injured Person".
[ ] 7. Injuries did not arise out of use or operation of a motor vehicle
[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

**LOSS OF EARNINGS BENEFITS DENIED**

[ ] 9. Period of disability contested; period in dispute
    From _____ Through _____
[ ] 10. Claimed loss not proven:

[ ] 11. Exaggerated earnings claim of $ _____ per month denied
[ ] 12. Statutory offset taken
[ ] 13. Other, explained below:

**OTHER REASONABLE AND NECESSARY EXPENSES DENIED**

[ ] 14. Amount of claim exceeds daily limit of coverage
[ ] 15. Unreasonable or unnecessary expenses

[ ] 16. Incurred after one year from date of accident
[ ] 17. Other, explained below

**HEALTH SERVICE BENEFITS DENIED**

[ ] 18. Fees not in accordance with fee schedules
[ ] 19. Excessive treatment, service or hospitalization
    From _____ Through _____

[ ] 20. Treatment not related to accident
[ ] 21. Unnecessary treatment, service or hospitalization
    From _____ Through _____
[X] 22. Other, explained below:

**COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED.**

| 23. Provider of Health Service (Name, Address and Zip Code) | 25. Period of bill - treatment dates | 28. Date final verification requested | 31. Amount paid by insurer |
|---|---|---|---|
| MONTGOMERY EMERGENCY PHYS<br>PO BOX 17564<br>BALTIMORE  MD  21297-1564 | 05/31/05 - 06/07/05 | NONE REQUESTED | $   0.00 |
| | 26. Date of bill | 29. Date final verification received | 32. Amount in dispute |
| | 06/07/05 | NONE REQUESTED | $  380.00 |
| 24. Type of service rendered | 27. Date bill received by insurer | 30. Amount of bill | |
| | 10/04/05 | $  380.00 | |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

| DATED: 10/28/05 | DAWN MACIASZEK |
|---|---|
| | Name and Title of Representative of Insurer |
| TELEPHONE NUMBER: 866-371-8905   EXT. 7618 | |
| | Name and Address of Insurer claim processor (Third Party Administrator), if applicable |

C7123NY-3  **NYS FORM NF-10 (Rev 1/2004)**      Continued on reverse side
Page 1 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073802

## DENIAL OF CLAIM FORM — PAGE TWO

IF YOU WISH TO CONTEST THIS DENIAL, YOU HAVE THE FOLLOWING OPTIONS:

1. Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm , or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at 25 Beaver Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501 or Walter J. Mahoney, Office Building, 65 Court Street, Buffalo, NY 14202.

Although the Insurance Department will attempt to resolve disputed claims, it cannot order or require an insurer to pay a disputed claim. If you wish to file a complaint, send one copy of this Denial of Claim Form with copies of other pertinent documents with a letter fully explaining your complaint to the Insurance Department at one of the above addresses:

If you choose this option, you may at a later date still submit this dispute to arbitration or bring a lawsuit; or

2. **You may submit this dispute to arbitration.** If you wish to submit this claim to arbitration, mail a copy of this Denial of Claim Form along with a complete submission of all other pertinent documents and a table of contents listing your submissions, in duplicate together with a $40 filing fee, payable to the AMERICAN ARBITRATION ASSOCIATION (AAA) to:.

**New York No-Fault Conciliation Center**
**American Arbitration Association (AAA)**
**65 Broadway**
**New York, New York 10006**

A complete copy of this filing, listing all bills and proofs as well as a table of contents listing your submissions must be provided to the insurer at the time of filing for arbitration. The filing fee will be returned to you if the arbitrator awards you any portion of your claim. However, you may be assessed the costs of the arbitration proceeding if the arbitrator finds your claim to be frivolous, without factual or legal merit or was filed for the purpose of harassing the respondent. The decision of an arbitrator is binding, except for limited grounds for review set forth in the Law and Insurance Department Regulations.

If you are contesting the denial of claim and wish to submit the dispute to arbitration, state on accompanying sheets the reason(s) you believe the denied or overdue benefits should be paid. Attach proof of disability and verification of loss of earnings in dispute, sign below, and send the completed form to the American Arbitration Association at the address given in Item 2 above.

Loss of Earnings:     Date claim made:_____      Gross Earnings per month $_____

Period of dispute:     From _____ Through _____     Amount Claimed: $_____

Health Services: (Attach bills in dispute and list each one separately.)

| Name of Provider | Date of Service | Amount of Bill | Amount in Dispute | Date Claim Mailed |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other Necessary Expenses:  (Attach bills in dispute and list each one separately.)

| Type of Expense Claimed | Amount Claimed | Date Incurred | Date Claim Mailed | Amount in Dispute |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other: (Attach additional sheets, if necessary)

- Upon your request, if you file for arbitration within 90 days of the date of this denial or the claim becoming overdue, your case will be scheduled for arbitration on a priority basis.

- You qualify for **expedited arbitration** if the insurer has determined that your written justification for submitting late notice of claim failed to meet a "reasonableness standard". A request for expedited arbitration must be filed within 30 days of date of denial. Your filing must be complete and contain all information that you are submitting at the time of filing.

NYS FORM NF-10 (Rev 1/2004)
Page 2 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073803

## DENIAL OF CLAIM FORM - PAGE THREE

3. You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDULENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED. UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| ARBITRATION REQUESTED BY: | | |
|---|---|---|
| LAST NAME         FIRST NAME | | NAME OF LAW FIRM, IF ANY |
| TELEPHONE NUMBER: | | |
| FAX NUMBER: | | |
| E-MAIL ADDRESS: | | |
| | | ADDRESS |
| | ARE YOU AN ATTORNEY?  ☐ YES   ☐ NO | DATE: |
| SIGNATURE | | |

IMPORTANT NOTICE TO APPLICANT

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (212-791-1280) located at 110 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

NYS FORM NF-10 (Rev 1/2004)
Page 3 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073804

ALLSTATE INSURANCE COMPANY
ISLANDIA
888 VETERANS MEMORIAL HWY, STE.300
HAUPPAUGENY 11788



## EXPLANATION OF MEDICAL BILL PAYMENT

Date: 10/28/2005
Bill Received Date: 10/24/2005
Claim #: 2125848132-01
File Handler: 2AW
Invoice #: 425439

Service Provided For

Eligible Injured Person:
Treatment Rendered By: MONTGOMERY EMERGENCY PHYS
Provider Specialty:
TIN: 52-2043450

Diagnosis Codes
640.03   THREATENED ABORTION, ANTEPARTUM         654.43   OTHER ABNORMALITIES IN SHAPE OR POSITIO
625.9    UNSPECIFIED SYMPTOM ASSOCIATED WITH FEM

| Date Of Service(s) | | Procedure/Revenue | | | Billed | Covered | Reason |
| From | Thru | Code/Modifier | Description | Units | Amount | Amount | Code(s) |
| 10/24/05 | 10/24/05 | 99283 | Emergency department vis | 1.00 $ | 190.00 | $ 0.00 | X201 |
| Total: | | | | | $ 190.00 | $ 0.00 | |

Deductible applied to date $     200.00 from deductible limit of $     200.00

Reason Code(s):
  X201 This procedure was performed for a condition not related to the motor vehicle accident.

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY SPADARO & LANDON, 1011 CENTER RD STE 210, WILMINGTON   DE, 19805-1266

MONTGOMERY EMERGENCY PHYS, PO BOX 17564, BALTIMORE, MD, 21297-1564

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073805

NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

| Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer | | | | |
|---|---|---|---|---|
| ALLSTATE INSURANCE COMPANY<br>NAIC NUMBER: 008 19232<br>ISLANDIA<br>888 VETERANS MEMORIAL HWY, STE 300<br>HAUPPAUGE NY 11788 | | | For American Arbitration Association use | |
| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT<br>05/30/05 | D. INJURED PERSON (Name and Address) | |
| E. CLAIM NUMBER<br>2125843132  2AW | F. APPLICANT FOR BENEFITS (Name and Address)<br>MONTGOMERY EMERGENCY PHYS<br>PO BOX 17564<br>BALTIMORE MD 21297-1564 | | G. AS ASSIGNEE<br>1:Yes [X] 2. No [ ] | |

TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL.

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

[ ] 1. Your entire claim is denied as follows:
[X] 2. A portion of your claim is denied as follows:

| | | | |
|---|---|---|---|
| [ ] A. Loss of Earnings: | $ | [ ] D. Interest | $ |
| [X] B. Health Service Benefits: | $ 190.00 | [ ] E. Attorney's Fees: | $ |
| [ ] C. Other Necessary Expenses: | $ | [ ] F. Death Benefit | $ |

**REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)**
POLICY ISSUES

[ ] 3. Policy not in force on date of accident
[ ] 4. Injured person excluded under policy conditions or exclusion:
[ ] 5. Policy conditions violated
    [ ] a. No reasonable justification given for late notice of claim.
    [ ] b. Reasonable justification not established.
    **You may qualify for expedited arbitration.**
    See page two of this form for instructions.

[ ] 6. Injured person not an "Eligible Injured Person"
[ ] 7. Injuries did not arise out of use or operation of a motor vehicle
[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

**LOSS OF EARNINGS BENEFITS DENIED**

[ ] 9. Period of disability contested; period in dispute
    From _____ Through _____
[ ] 10. Claimed loss not proven.
[ ] 11. Exaggerated earnings claim of $ _____ per month denied
[ ] 12. Statutory offset taken
[ ] 13. Other, explained below:

**OTHER REASONABLE AND NECESSARY EXPENSES DENIED**

[ ] 14. Amount of claim exceeds daily limit of coverage
[ ] 15. Unreasonable or unnecessary expenses
[ ] 16. Incurred after one year from date of accident
[ ] 17. Other, explained below

**HEALTH SERVICE BENEFITS DENIED**

[ ] 18. Fees not in accordance with fee schedules
[ ] 19. Excessive treatment, service or hospitalization
    From _____ Through _____
[ ] 20. Treatment not related to accident
[ ] 21. Unnecessary treatment, service or hospitalization
    From _____ Through _____
[X] 22. Other, explained below:

**COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED.**

| 23. Provider of Health Service (Name, Address and Zip Code)<br>MONTGOMERY EMERGENCY PHYS<br>PO BOX 17564<br>BALTIMORE MD 21297-1564 | 25. Period of bill – treatment dates<br>10/24/05 - 10/24/05 | 28. Date final verification requested.<br>NONE REQUESTED | 31. Amount paid by insurer<br>$ 0.00 |
|---|---|---|---|
| | 26. Date of bill<br>09/20/05 | 29. Date final verification received<br>NONE REQUESTED | 32. Amount in dispute<br>$ 190.00 |
| 24. Type of service rendered | 27. Date bill received by insurer<br>10/24/05 | 30. Amount of bill<br>$ 190.00 | |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

DATED: ___10/28/05___

DAWN MACIASZEK
Name and Title of Representative of Insurer

TELEPHONE NUMBER: 866-371-8905   EXT. 7818

Name and Address of Insurer claim processor (Third-Party Administrator), if applicable

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073806

## DENIAL OF CLAIM FORM — PAGE TWO

**IF YOU WISH TO CONTEST THIS DENIAL, YOU HAVE THE FOLLOWING OPTIONS:**

1. Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at 25 Beaver Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501 or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Although the Insurance Department will attempt to resolve disputed claims, it cannot order or require an insurer to pay a disputed claim. If you wish to file a complaint, send one copy of this Denial of Claim Form with copies of other pertinent documents with a letter fully explaining your complaint, to the Insurance Department at one of the above addresses.

If you choose this option, you may at a later date still submit this dispute to arbitration or bring a lawsuit; or

2. **You may submit this dispute to arbitration.** If you wish to submit this claim to arbitration, mail a copy of this Denial of Claim Form along with a complete submission of all other pertinent documents and a table of contents listing your submissions, in duplicate together with a $40 filing fee, payable to the AMERICAN ARBITRATION ASSOCIATION (AAA) to:

> **New York No-Fault Conciliation Center**
> **American Arbitration Association (AAA)**
> **65 Broadway**
> **New York, New York 10006.**

A complete copy of this filing, listing all bills and proofs as well as a table of contents listing your submissions must be provided to the insurer at the time of filing for arbitration. The filing fee will be returned to you if the arbitrator awards you any portion of your claim. However, you may be assessed the costs of the arbitration proceeding if the arbitrator finds your claim to be frivolous, without factual or legal merit or was filed for the purpose of harassing the respondent. The decision of an arbitrator is binding, except for limited grounds for review set forth in the Law and Insurance Department Regulations.

If you are contesting the denial of claim and wish to submit the dispute to arbitration, state on accompanying sheets the reason(s) you believe the denied or overdue benefits should be paid. Attach proof of disability and verification of loss of earnings in dispute, sign below, and send the completed form to the American Arbitration Association at the address given in item 2 above.

Loss of Earnings:    Date claim made:_____    Gross Earnings per month $_____

Period of dispute:    From _____ Through _____    Amount Claimed:  $_____

Health Services: (Attach bills in dispute and list each one separately.)

| Name of Provider | Date of Service | Amount of Bill | Amount in Dispute | Date Claim Mailed |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Other Necessary Expenses:  (Attach bills in dispute and list each one separately.)

| Type of Expense Claimed | Amount Claimed | Date Incurred | Date Claim Mailed | Amount in Dispute |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Other: (Attach additional sheets, if necessary)

- Upon your request, if you file for arbitration within 90 days of the date of this denial or the claim becoming overdue, your case will be scheduled for arbitration on a priority basis.

- You qualify for **expedited arbitration** if the insurer has determined that your written justification for submitting late notice of claim failed to meet a "reasonableness standard". A request for expedited arbitration must be filed within 30 days of date of denial. Your filing must be complete and contain all information that you are submitting at the time of filing.

NYS FORM NF-10 (Rev 1/2004)
Page 2 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073807

## DENIAL OF CLAIM FORM - PAGE THREE

3. You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDULENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED. UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| ARBITRATION REQUESTED BY: | | |
|---|---|---|
| LAST NAME: FIRST NAME | NAME OF LAW FIRM, IF ANY | |
| TELEPHONE NUMBER: | | |
| FAX NUMBER: | | |
| E-MAIL ADDRESS: | ADDRESS | |
| SIGNATURE | ARE YOU AN ATTORNEY? ☐ YES ☐ NO | DATE |

### IMPORTANT NOTICE TO APPLICANT

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (212-791-1280) located at 110 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073808

ALLSTATE INSURANCE COMPANY
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788



## EXPLANATION OF MEDICAL BILL PAYMENT

Service Provided For:

Date: 10/12/2005
Bill Received Date: 09/20/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 500861835
Eligible Injured Person:
Treatment Rendered By: SHADY GROVE RADIOLOGICAL
Provider Specialty:
TIN: 52-1148069

Diagnosis Codes
V71.4   OBSERVATION FOLLOWING OTHER ACCIDENT    959.09   INJURY OF FACE AND NECK, OTHER AND UNSP

| Date Of Service(s) | | Procedure/Revenue | | | Billed | | Covered | | Reason |
|---|---|---|---|---|---|---|---|---|---|
| From | Thru | Code/Modifier | Description | Units | Amount | | Amount | | Code(s) |
| 06/07/05 | 06/07/05 | 72020-26 | Radiologic examination, | 1.00 | $ | 50.50 | $ | 43.00 | X41 |
| 06/07/05 | 06/07/05 | 72050-26 | Radiologic examination, | 1.00 | $ | 82.50 | $ | 71.00 | X41 |

Total:                                                           $   133.00 $   114.00

Eligible Amount Based on 100% Coverage         $      114.00

Deductible applied to date $       200.00 from deductible limit of $      200.00

Reason Code(s):
    X41 The amount allowed is based on provider charges within the provider's geographic region.

Modifier Code(s):
26   Professional Component

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8805 Ext. 7618

Payment for $      114.00 was made on 10/12/2005 to:
SHADY GROVE RADIOLOGICAL

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY GRANDO & LANDON, 1011 CENTER RD STE 210, WILMINGTON DE, 19805-1266

SHADY GROVE RADIOLOGICAL, PO BOX 17124, BALTIMORE, MD, 21297-1124

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073809

# NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including Item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer

ALLSTATE INSURANCE COMPANY
NAIC NUMBER: 008 19232
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788

For American Arbitration Association use

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT 05/30/05 | D. INJURED PERSON (Name and Address) |
|---|---|---|---|

| E. CLAIM NUMBER 2125843132  2AW | F. APPLICANT FOR BENEFITS (Name and Address) SHADY GROVE RADIOLOGICAL PO BOX 17124 BALTIMORE MD 21297-1124 | G. AS-ASSIGNEE 1.Yes [X]  2. No [ ] |
|---|---|---|

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL.**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

[ ] 1. Your entire claim is denied as follows:

[X] 2. A portion of your claim is denied as follows:

| | | |
|---|---|---|
| [ ] A. Loss of Earnings | $ | [ ] D. Interest  $ |
| [X] B. Health Service Benefits | $ 19.00 | [ ] E. Attorney's Fees  $ |
| [ ] C. Other Necessary Expenses | $ | [ ] F. Death Benefit  $ |

## REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in Item 33)
### POLICY ISSUES

[ ] 3. Policy not in force on date of accident

[ ] 4. Injured person excluded under policy conditions or exclusion

[ ] 5. Policy conditions violated
    [ ] a. No reasonable justification given for late notice of claim.
    [ ] b. Reasonable justification not established.
    **You may qualify for expedited arbitration.** See page two of this form for instructions.

[ ] 6. Injured person not an "Eligible Injured Person"

[ ] 7. Injuries did not arise out of use or operation of a motor vehicle

[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

### LOSS OF EARNINGS BENEFITS DENIED

[ ] 9. Period of disability contested; period in dispute
From _____ Through _____

[ ] 10. Claimed loss not proven

[ ] 11. Exaggerated earnings claim of $ _____ per month denied

[ ] 12. Statutory offset taken

[ ] 13. Other, explained below:

### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

[ ] 14. Amount of claim exceeds daily limit of coverage

[ ] 15. Unreasonable or unnecessary expenses

[ ] 16. Incurred after one year from date of accident

[ ] 17. Other, explained below

### HEALTH SERVICE BENEFITS DENIED

[ ] 18. Fees not in accordance with fee schedules

[ ] 19. Excessive treatment, service or hospitalization
From _____ Through _____

[ ] 20. Treatment not related to accident

[ ] 21. Unnecessary treatment, service or hospitalization
From _____ Through _____

[X] 22. Other, explained below:

### COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED

| 23. Provider of Health Service (Name, Address and Zip Code) SHADY GROVE RADIOLOGICAL PO BOX 17124 BALTIMORE MD 21297-1124 | 25. Period of bill - treatment dates 06/07/05 - 06/07/05 | 28. Date final verification requested NONE REQUESTED | 31. Amount paid by insurer $ 114.00 |
|---|---|---|---|
| | 26. Date of bill 06/07/05 | 29. Date final verification received NONE REQUESTED | 32. Amount in dispute $ 19.00 |
| 24. Type of service rendered | 27. Date bill received by insurer 09/20/05 | 30. Amount of bill $ 133.00 | |

33. State reason for denial, fully and explicitly (attach extra sheets if needed); See attached Explanation of Benefits.

DATED:  10/12/05

TELEPHONE NUMBER:  866-371-8905     EXT.  7618

DAWN MACIASZEK
Name and Title of Representative of Insurer

Name and Address of insurer claim processor (Third Party Administrator), if applicable

C7123NY-3  **NYS FORM NF-10 (Rev 1/2004)**
Page 1 of 3

Continued on reverse side

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073810

## DENIAL OF CLAIM FORM — PAGE TWO

**IF YOU WISH TO CONTEST THIS DENIAL, YOU HAVE THE FOLLOWING OPTIONS:**

1. Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm   or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at 25 Beaver Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501 or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Although the Insurance Department will attempt to resolve disputed claims, it cannot order or require an Insurer to pay a disputed claim. If you wish to file a complaint, send one copy of this Denial of Claim Form with copies of other pertinent documents with a letter fully explaining your complaint to the Insurance Department at one of the above addresses.

If you choose this option, you may at a later date still submit this dispute to arbitration or bring a lawsuit; or

2. **You may submit this dispute to arbitration.** If you wish to submit this claim to arbitration, mail a copy of this Denial of Claim Form along with a complete submission of all other pertinent documents and a table of contents listing your submissions, in duplicate together with a $40 filing fee, payable to the AMERICAN ARBITRATION ASSOCIATION (AAA) to:

> New York No-Fault Conciliation Center
> American Arbitration Association (AAA)
> 65 Broadway
> New York, New York 10006

A complete copy of this filing, listing all bills and proofs as well as a table of contents listing your submissions must be provided to the insurer at the time of filing for arbitration. The filing fee will be returned to you if the arbitrator awards you any portion of your claim. However, you may be assessed the costs of the arbitration proceeding if the arbitrator finds your claim to be frivolous, without factual or legal merit or was filed for the purpose of harassing the respondent. The decision of an arbitrator is binding, except for limited grounds for review set forth in the Law and Insurance Department Regulations.

If you are contesting the denial of claim and wish to submit the dispute to arbitration, state on accompanying sheets the reason(s) you believe the denied or overdue benefits should be paid. Attach proof of disability and verification of loss of earnings in dispute, sign below, and send the completed form to the American Arbitration Association at the address given in item 2 above.

Loss of Earnings:     Date claim made:_____      Gross Earnings per month $_____

Period of dispute:    From _____Through_____      Amount Claimed:  $_____

Health Services: (Attach bills in dispute and list each one separately.)

| Name of Provider | Date of Service | Amount of Bill | Amount in Dispute | Date Claim Mailed |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other Necessary Expenses: (Attach bills in dispute and list each one separately.)

| Type of Expense Claimed | Amount Claimed | Date Incurred | Date Claim Mailed | Amount in Dispute |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Other: (Attach additional sheets, if necessary)

- Upon your request, if you file for arbitration within 90 days of the date of this denial or the claim becoming overdue, your case will be scheduled for arbitration on a priority basis.

- You qualify for **expedited arbitration** if the insurer has determined that your written justification for submitting late notice of claim failed to meet a "reasonableness standard". A request for expedited arbitration must be filed within 30 days of date of denial. Your filing must be complete and contain all information that you are submitting at the time of filing.

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073811

## DENIAL OF CLAIM FORM - PAGE THREE

3: You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.

THE UNDERSIGNED AFFIRMS AND CERTIFIES, AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH, ARE NOT FRAUDULENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED, UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| ARBITRATION REQUESTED BY: | | NAME OF LAW FIRM, IF ANY |
|---|---|---|
| LAST NAME                         FIRST NAME | | |
| TELEPHONE NUMBER: | | |
| FAX NUMBER: | | |
| E-MAIL ADDRESS: | | ADDRESS |
| SIGNATURE | ARE YOU AN ATTORNEY?  ☐ YES   ☐ NO | DATE: |

**IMPORTANT NOTICE TO APPLICANT**

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (212-791-1280) located at 110 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

NYS FORM NF-10 (Rev 1/2004)
Page 3 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073812

*ALLSTATE INSURANCE COMPANY*
*ISLANDIA*
*888 VETERANS MEMORIAL HWY, STE 300*
*HAUPPAUGE NY 11788*



## EXPLANATION OF MEDICAL BILL PAYMENT

Service Provided For:

Date: 08/16/2005
Bill Received Date: 08/03/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 151210n
Eligible Injured Person:
Treatment Rendered By: SANDRA F BIRNBAUM PT/SHAD
Provider Specialty:
TIN: 52-1061922

Diagnosis Codes
847.0   NECK SPRAIN                    847.2   LUMBAR SPRAIN

| Date Of Service(s) | | Procedure/Revenue | | Billed | Covered | Reason |
| From | Thru | Code/Modifier | Description | Units | Amount | Amount | Code(s) |
|---|---|---|---|---|---|---|---|
| 07/11/05 | 07/11/05 | 97110 | Therapeutic procedure, o | 1.00 $ | 43.00 | $  43.00 | |
| 07/11/05 | 07/11/05 | 97140 | Manual therapy technique | 1.00 $ | 43.00 | $  43.00 | |
| 07/11/05 | 07/11/05 | 97140 | Manual therapy technique | 1.00 $ | 43.00 | $  43.00 | |

Total:                                              $  129.00 $  129.00

Eligible Amount Based on 100% Coverage          $   129.00

Deductible applied to date $     200.00 from deductible limit of $    200.00

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Payment for $    129.00 was made on 08/16/2005 to:
SAN BIRNBAUM PT/SHADY GROVE ORTHO PT DE

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY, SPADARO & LANDON. 1011 CENTRE RD STE 210. WILMINGTON. DE, 19805-1266

SANDRA F BIRNBAUM PT/SHADY GROVE ORTHO, 9715 MEDICAL CTR D SUITE, ROCKVILLE, MD, 20850

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073813

ALLSTATE INSURANCE COMPANY
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788



## EXPLANATION OF MEDICAL BILL PAYMENT

Date: 08/15/2005
Bill Received Date: 07/22/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 151210p

Service Provided For:

Eligible Injured Person:
Treatment Rendered By: SANDRA F BIRNBAUM PT/SHAD
Provider Specialty:
TIN: 52-1061922

Diagnosis Codes
847.0   NECK SPRAIN              847.2   LUMBAR SPRAIN

| Date Of Service(s) | | Procedure/Revenue | | | Billed | Covered | Reason |
|---|---|---|---|---|---|---|---|
| From | Thru | Code/Modifier | Description | Units | Amount | Amount | Code(s) |
| 06/22/05 | 06/22/05 | 97001 | Physical therapy evaluat | 1.00 | $ 135.00 | $ 135.00 | |
| 06/22/05 | 06/22/05 | 97110 | Therapeutic procedure, o | 1.00 | $ 43.00 | $ 43.00 | |
| 06/22/05 | 06/22/05 | 97140 | Manual therapy technique | 1.00 | $ 43.00 | $ 43.00 | |

Total:                                              $  221.00 $   221.00

Eligible Amount Based on 100% Coverage        $      221.00

Deductible applied to date $     200.00 from deductible limit of $    200.00

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Payment for $    221.00 was made on 08/15/2005 to:
SAN BIRNBAUM PT/SHADY GROVE ORTHO PT DE

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY SPADARO & LANDON, 1011 CENTRE RD STE 210, WILMINGTON, DE, 19805-1266

SANDRA F. BIRNBAUM PT/SHADY GROVE ORTHO, 9715 MEDICAL CTR D SUITE, ROCKVILLE, MD, 20850

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073814

ALLSTATE INSURANCE COMPANY
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788



### EXPLANATION OF MEDICAL BILL PAYMENT

Service Provided For

Date: 08/15/2005
Bill Received Date: 07/22/2005
Claim #: 2125843132-01
File Handler: 2A W
Invoice #: 151210p
Eligible Injured Person:
Treatment Rendered By: SANDRA F BIRNBAUM PT/SHAD
Provider Specialty:
TIN: 52-1061922

Diagnosis Codes
847.0   NECK SPRAIN                    847.2   LUMBAR SPRAIN

| Date Of Service(s) | | Procedure/Revenue | | Units | Billed Amount | | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|---|---|
| From | Thru | Code/Modifier | Description | | | | | |
| 06/27/05 | 06/27/05 | 97110 | Therapeutic procedure, o | 1.00 | $ 43.00 | $ | 43.00 | |
| 06/27/05 | 06/27/05 | 97140 | Manual therapy technique | 1.00 | $ 43.00 | $ | 43.00 | |
| 06/27/05 | 06/27/05 | 97140 | Manual therapy technique | 1.00 | $ 43.00 | $ | 43.00 | |
| 07/06/05 | 07/06/05 | 97110 | Therapeutic procedure, o | 1.00 | $ 43.00 | $ | 43.00 | |
| 07/06/05 | 07/06/05 | 97140 | Manual therapy technique | 1.00 | $ 43.00 | $ | 43.00 | |
| 07/06/05 | 07/06/05 | 97140 | Manual therapy technique | 1.00 | $ 43.00 | $ | 43.00 | |

Total:                                          $   258.00  $      258.00

Eligible Amount Based on 100% Coverage            $   258.00

Deductible applied to date $      200.00 from deductible limit of $      200.00

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Payment for $      258.00 was made on 08/15/2005 to:
SAN BIRNBAUM PT/SHADY GROVE ORTHO PT DE

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY SZADARO & LANDON. 1011 CENTRE RD STE 210. WILMINGTON. DE. 19805-1266

SANDRA F BIRNBAUM PT/SHADY GROVE ORTHO, 9715 MEDICAL CTR D SUITE, ROCKVILLE, MD, 20850

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073815

ALLSTATE INSURANCE COMPANY
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGENY 11788



**EXPLANATION OF MEDICAL BILL PAYMENT**

Service Provided For:

Date: 08/16/2005
Bill Received Date: 07/29/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 151210p
Eligible Injured Person:
Treatment Rendered By: SANDRA F BIRNBAUM PT/SHAD
Provider Specialty:
TIN: 52-1061922

Diagnosis Codes
847.0    NECK SPRAIN                              847.2   LUMBAR SPRAIN

| Date Of Service(s) From | Thru | Procedure/Revenue Code/Modifier | Description | Units | Billed Amount | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|---|
| 07/13/05 | 07/13/05 | 97110 | Therapeutic procedure, o | 1.00 $ | 43.00 | $ 43.00 | |
| 07/13/05 | 07/13/05 | 97140 | Manual therapy technique | 1.00 $ | 43.00 | $ 43.00 | |
| 07/13/05 | 07/13/05 | 97140 | Manual therapy technique | 1.00 $ | 43.00 | $ 43.00 | |

Total:                                                    $   129.00 $    129.00

Eligible Amount Based on 100% Coverage          $      129.00

Deductible applied to date $    200.00 from deductible Limit of $    200.00

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Payment for $     129.00 was made on 08/16/2005 to:
SAN BIRNBAUM PT/SHADY GROVE ORTHO PT DE

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY SPADARO & LANDON, 1011 CENTRE RD STE 210, WILMINGTON, DE, 19805-1266

SANDRA F BIRNBAUM PT/SHADY GROVE ORTHO, 9715 MEDICAL CTR D SUITE, ROCKVILLE, MD, 20850

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073816

*ALLSTATE INSURANCE COMPANY*
*ISLANDIA*
*888 VETERANS MEMORIAL HWY, STE 300*
*HAUPPAUGE NY 11788*



## EXPLANATION OF MEDICAL BILL PAYMENT

Date: 08/16/2005
Bill Received Date: 07/26/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 151210P
Eligible Injured Person:
Treatment Rendered By: SHADY GROVE ORTHOPAEDICS
Provider Specialty:
TIN: 52-1061922

Service Provided For:

Diagnosis Codes
847.0    NECK SPRAIN                        847.2   LUMBAR SPRAIN

| Date Of Service(s) | | Procedure/Revenue | | | Billed | Covered | Reason |
| From | Thru | Code/Modifier | Description | Units | Amount | Amount | Code(s) |
| 06/29/05 | 06/29/05 | 99213 | Office or other outpatie | 1.00 | $ 100.00 | $ 96.00 | 41 |
| Total: | | | | | $ 100.00 | $ 96.00 | |

Eligible Amount Based on 100% Coverage            $    96.00

Deductible applied to date $     200.00 from deductible limit of $   200.00

Reason Code(s):
    41 The amount allowed is based on provider charges within the provider's geographic region.

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Payment for $     96.00 was made on 08/16/2005 to:
SHADY GROVE ORTHOPAEDICS ASSOC

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY, SHAPIRO & LANDON  1011 CENTERRE DR STE 320  WILMINGTON  DE, 19805-1266

SHADY GROVE ORTHOPAEDICS ASSOC, 9715 MEDICAL CENTER DR #4, ROCKVILLE, MD, 20850

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073817

# NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer

ALLSTATE INSURANCE COMPANY
NAIC NUMBER: 008 19232
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE  NY  11788

For American Arbitration Association use

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT 05/30/05 | D. INJURED PERSON (Name and Address) |
|---|---|---|---|

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and Address) | G. AS ASSIGNEE |
|---|---|---|
| 2125843132  2AW | SHADY GROVE ORTHOPAEDICS ASSOC 9715 MEDICAL CENTER DR #415 ROCKVILLE  MD  20850 | 1.Yes [X]  2. No |

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL.**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

[ ] 1. Your entire claim is denied as follows:
[X] 2. A portion of your claim is denied as follows:

|  |  |  |
|---|---|---|
| [ ] A. Loss of Earnings | $ | [ ] D. Interest: $ |
| [X] B. Health Service Benefits | $   4.00 | [ ] E. Attorney's Fees: $ |
| [ ] C. Other Necessary Expenses | $ | [ ] F. Death Benefit $ |

## REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)
### POLICY ISSUES

[ ] 3. Policy not in force on date of accident.
[ ] 4. Injured person excluded under policy conditions or exclusion.
[ ] 5. Policy conditions violated
  a. No reasonable justification given for late notice of claim.
  b. Reasonable justification not established.
  **You may qualify for expedited arbitration.**
  See page two of this form for instructions.

[ ] 6. Injured person not an "Eligible Injured Person".
[ ] 7. Injuries did not arise out of use or operation of a motor vehicle.
[ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

### LOSS OF EARNINGS BENEFITS DENIED

[ ] 9. Period of disability contested: period in dispute
  From _____ Through _____

[ ] 10. Claimed loss not proven.

[ ] 11. Exaggerated earnings claim of $ _____ per month denied
[ ] 12. Statutory offset taken
[ ] 13. Other, explained below:

### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

[ ] 14. Amount of claim exceeds daily limit of coverage
[ ] 15. Unreasonable or unnecessary expenses

[ ] 16. Incurred after one-year from date of accident
[ ] 17. Other, explained below

### HEALTH SERVICE BENEFITS DENIED

[ ] 18. Fees not in accordance with fee schedules
[ ] 19. Excessive treatment, service or hospitalization
  From _____ Through _____

[ ] 20. Treatment not related to accident
[ ] 21. Unnecessary treatment, service or hospitalization From _____ Through _____
[X] 22. Other, explained below:

### COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED

| 23. Provider of Health Service (Name, Address and Zip Code) SHADY GROVE ORTHOPAEDICS ASSOC 9715 MEDICAL CENTER DR #415 ROCKVILLE  MD  20850 | 25. Period of bill - treatment dates 06/29/05 - 06/29/05 | 28. Date final verification requested. NONE REQUESTED | 31. Amount paid by insurer $   96.00 |
|---|---|---|---|
|  | 26. Date of bill 06/29/05 | 29. Date final verification received NONE REQUESTED | 32. Amount in dispute $   4.00 |
| 24. Type of service rendered | 27. Date bill received by insurer 07/26/05 | 30. Amount of bill $   100.00 |  |

33. State reason for denial, fully and explicitly (attach extra sheets if needed): See attached Explanation of Benefits.

DATED: _____ 08/16/05

TELEPHONE NUMBER: _____ 866-371-8905 _____ EXT. 7818

DAWN MACIASZEK
Name and Title of Representative of Insurer

Name and Address of Insurer claim processor (Third Party Administrator), if applicable

C7123NY-3  **NYS FORM NF-10** (Rev 1/2004)
Page 1 of 3

Continued on reverse side

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073818

## DENIAL OF CLAIM FORM — PAGE TWO

IF YOU WISH TO CONTEST THIS DENIAL, YOU HAVE THE FOLLOWING OPTIONS:

1. Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at 25 Beaver Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501 or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Although the Insurance Department will attempt to resolve disputed claims, it cannot order or require an insurer to pay a disputed claim. If you wish to file a complaint, send one copy of this Denial of Claim Form with copies of other pertinent documents with a letter fully explaining your complaint to the Insurance Department at one of the above addresses.

If you choose this option, you may at a later date still submit this dispute to arbitration or bring a lawsuit; or

2. **You may submit this dispute to arbitration.** If you wish to submit this claim to arbitration, mail a copy of this Denial of Claim Form along with a complete submission of all other pertinent documents and a table of contents listing your submissions, in duplicate together with a $40 filing fee, payable to the AMERICAN ARBITRATION ASSOCIATION (AAA) to:

New York No-Fault Conciliation Center
American Arbitration Association (AAA)
65 Broadway
New York, New York 10006

A complete copy of this filing, listing all bills and proofs as well as a table of contents listing your submissions must be provided to the insurer at the time of filing for arbitration. The filing fee will be returned to you if the arbitrator awards you any portion of your claim. However, you may be assessed the costs of this arbitration proceeding if the arbitrator finds your claim to be frivolous, without factual or legal merit or was filed for the purpose of harassing the respondent. The decision of an arbitrator is binding, except for limited grounds for review set forth in the Law and Insurance Department Regulations.

If you are contesting the denial of claim and wish to submit the dispute to arbitration, state on accompanying sheets the reason(s) you believe the denied or overdue benefits should be paid. Attach proof of disability and verification of loss of earnings in dispute, sign below, and send the completed form to the American Arbitration Association at the address given in item 2 above.

Loss of Earnings:        Date claim made: _____        Gross Earnings per month $ _____

Period of dispute:        From _____ Through _____        Amount Claimed: $ _____

Health Services: (Attach bills in dispute and list each one separately.)

| Name of Provider | Date of Service | Amount of Bill | Amount in Dispute | Date Claim Mailed |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Other Necessary Expenses: (Attach bills in dispute and list each one separately.)

| Type of Expense Claimed | Amount Claimed | Date Incurred | Date Claim Mailed | Amount in Dispute |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Other: (Attach additional sheets, if necessary)

* Upon your request, if you file for arbitration within 90 days of the date of this denial or the claim becoming overdue, your case will be scheduled for arbitration on a priority basis.

* You qualify for **expedited arbitration** if the insurer has determined that your written justification for submitting late notice of claim failed to meet a "reasonableness standard". A request for expedited arbitration must be filed within 30 days of date of denial. Your filing must be complete and contain all information that you are submitting at the time of filing.

NYS FORM NF-10 (Rev 1/2004)
Page 2 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073819

## DENIAL OF CLAIM FORM - PAGE THREE

3. You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDLENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED. UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| ARBITRATION REQUESTED BY: | | |
|---|---|---|
| LAST NAME          FIRST NAME | NAME OF LAW FIRM, IF ANY | |
| TELEPHONE NUMBER: | | |
| FAX NUMBER: | | |
| E-MAIL ADDRESS: | ADDRESS | |
| SIGNATURE | ARE YOU AN ATTORNEY? ☐ YES  ☐ NO | DATE |

IMPORTANT NOTICE TO APPLICANT

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (212-791-1280) located at 110 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

NYS FORM NF-10 (Rev 1/2004)
Page 3 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073820

ALLSTATE INSURANCE COMPANY
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788



### EXPLANATION OF MEDICAL BILL PAYMENT

Date: 08/09/2005
Bill Received Date: 07/14/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 26306902
Eligible Injured Person:
Treatment Rendered By: SHADY GROVE ADVENTIST HOS
Provider Specialty:
TIN: 52-1532556

Service Provided For:

Diagnosis Codes
922.31   CONTUSION OF BACK                              847.0   NECK SPRAIN
959.8    OTHER AND UNSPECIFIED INJURY TO OTHER S   E812.0  OTHER MOTOR VEHICLE TRAFFIC ACCIDENT IN

| Date Of Service(s) | | Procedure/Revenue | | | Billed | | Covered | | Reason |
|---|---|---|---|---|---|---|---|---|---|
| From | Thru | Code/Modifier | Description | Units | Amount | | Amount | | Code(s) |
| 06/07/05 | 06/07/05 | J0000 | Pharmaceutical/prescript | 1.00 $ | 0.06 | $ | 0.06 | | |
| 06/07/05 | 06/07/05 | 71020-TC | Radiologic examination, | 1.00 $ | 77.59 | $ | 77.59 | | |
| 06/07/05 | 06/07/05 | 72040-TC | Radiologic examination, | 1.00 $ | 77.59 | $ | 77.59 | | |
| 06/07/05 | 06/07/05 | ERSVC | Emergency room service | 1.00 $ | 115.00 | $ | 115.00 | | |
| 06/07/05 | 06/07/05 | 93005 | Electrocardiogram, routi | 1.00 $ | 32.03 | $ | 32.03 | | |

Total:                                              $    302.27 $      302.27

Eligible Amount Based on 100% Coverage            $      302.27

Deductible applied to date $     200.00 from deductible limit of $     200.00

Modifier Code(s):
TC   Technical Component

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Payment for $     302.27 was made on 08/09/2005 to:
SHADY GROVE ADVENTIST HOS

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY, SPADARO & LANDON, 1011 CENTRE RD STE 210, WILMINGTON DE, 19805-1266

SHADY GROVE ADVENTIST HOS, PO BOX 62153, BALTIMORE, MD, 21264-2153

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073821

*ALLSTATE INSURANCE COMPANY*
*ISLANDIA*
*888 VETERANS MEMORIAL HWY, STE 300*
*HAUPPAUGENT 11788*



**EXPLANATION OF MEDICAL BILL PAYMENT**

Date: 09/07/2005
Bill Received Date: 08/16/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 425439

Service Provided For:

Eligible Injured Person:
Treatment Rendered By: MONTGOMERY EMERGENCY PHYS
Provider Specialty:
TIN: 52-2043450

Diagnosis Codes
847.0   NECK SPRAIN                          922.31   CONTUSION OF BACK
E929.0  LATE EFFECTS OF MOTOR VEHICLE ACCIDENT

| Date Of Service(s) From | Thru | Procedure/Revenue Code/Modifier | Description | Units | Billed Amount | Covered Amount | Reason Code(s) |
|---|---|---|---|---|---|---|---|
| 06/07/05 | 06/07/05 | 99283 | Emergency department vis | 1.00 | $ 190.00 | $ 190.00 | |
| Total: | | | | | $ 190.00 | $ 190.00 | |

Eligible Amount Based on 100% Coverage          $    190.00

Deductible applied to date $      200.00 from deductible limit of $      200.00

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Payment for $      190.00 was made on 09/07/2005 to:
MONTGOMERY EMERGENCY PHYS

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY, SPADARO & LANDON, 1011 CENTRE RD STE 210, WILMINGTON, DE, 19805-1266

MONTGOMERY EMERGENCY PHYS, PO BOX 17564, BALTIMORE, MD, 21297-1564

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073822

ALLSTATE INSURANCE COMPANY
ISLANDIA
868 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788



## EXPLANATION OF MEDICAL BILL PAYMENT

Service Provided For

Date: 09/07/2005
Bill Received Date: 08/16/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 425439
Eligible Injured Person:
Treatment Rendered By: MONTGOMERY EMERGENCY PHYS
Provider Specialty:
TIN: 52-2043450

Diagnosis Codes
847.0   NECK SPRAIN                       847.2   LUMBAR SPRAIN
E812.0  OTHER MOTOR VEHICLE TRAFFIC ACCIDENT IN

| Date Of Service(s) | | Procedure/Revenue | | | Billed | Covered | Reason |
| From | Thru | Code/Modifier | Description | Units | Amount | Amount | Code(s) |
| 05/31/05 | 05/31/05 | 99283 | Emergency department vis | 1.00 | $ 190.00 | $ 190.00 | |
| Total: | | | | | $ 190.00 | $ 190.00 | |

Eligible Amount Based on 100% Coverage          $     190.00

Deductible applied to date $    200.00 from deductible limit of $    200.00

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Payment for $    190.00 was made on 09/07/2005 to:
MONTGOMERY EMERGENCY PHYS

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY SPADARO & LANDON, 1011 CENTRE RD, STE 210, WILMINGTON, DE, 19805-1266

MONTGOMERY EMERGENCY PHYS, PO BOX 17564, BALTIMORE, MD, 21297-1564

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073823

*ALLSTATE INSURANCE COMPANY*
*ISLANDIA*
*888 VETERANS MEMORIAL HWY, STE 300*
*HAUPPAUGE NY 11788*



## EXPLANATION OF MEDICAL BILL PAYMENT

Date: 08/09/2005
Bill Received Date: 07/14/2005
Claim #: 2125843132-01
File Handler: 2AW
Invoice #: 26277194
Eligible Injured Person:
Treatment Rendered By: SHADY GROVE ADVENTIST HOS
Provider Specialty:
TIN: 52-1532556

Service Provided For:

Diagnosis Codes
847.0   NECK SPRAIN                          847.2   LUMBAR SPRAIN
959.09  INJURY OF FACE AND NECK, OTHER AND UNSP  E812.0  OTHER MOTOR VEHICLE TRAFFIC ACCIDENT IN

| Date Of Service(s) | | Procedure/Revenue | | | Billed | Covered | Reason |
|---|---|---|---|---|---|---|---|
| From | Thru | Code/Modifier | Description | Units | Amount | Amount | Code(s) |
| 05/31/05 | 05/31/05 | J0000 | Pharmaceutical/prescript | 1.00 | $ 0.10 | $ 0.10 | |
| 05/31/05 | 05/31/05 | ERSVC | Emergency room service | 1.00 | $ 231.00 | $ 231.00 | |
| Total: | | | | | $ 231.10 | $ 231.10 | |

Eligible Amount Based on 100% Coverage          $   231.10
Less Remaining Policy Deductible                $   200.00
Covered Amount After Deductible                 $    31.10

Deductible applied to date $     200.00 from deductible limit of $    200.00

If you have any questions about this claim, please contact your file handler,
DAWN MACIASZEK at (866) 371-8905 Ext. 7618

Payment for $    31.10 was made on 08/09/2005 to:
SHADY GROVE ADVENTIST HOS

Copy(s) of this Explanation of Benefits has been sent to:
MURPHY SPADARO & LANDON, 1011 CENTRE RD STE 210, WILMINGTON, DE, 19805-1266

SHADY GROVE ADVENTIST HOS, PO BOX 62153, BALTIMORE, MD, 21264-2153

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073824

# NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

Name, Address and NAIC Number of Insurer or Name and Address of Self-Insurer

ALLSTATE INSURANCE COMPANY
NAIC NUMBER: 008 19232
ISLANDIA
888 VETERANS MEMORIAL HWY, STE 300
HAUPPAUGE NY 11788

For American Arbitration Association use

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT | D. INJURED PERSON (Name and Address) |
|---|---|---|---|
| | | 05/30/05 | |

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (Name and Address) | G. AS ASSIGNEE |
|---|---|---|
| 2125843132  2AW | SHADY GROVE ADVENTIST HOS<br>PO BOX 62153<br>BALTIMORE  MD  21264-2153 | 1.Yes [X]  2. No [ ] |

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

- [ ] 1. Your entire claim is denied as follows:
- [X] 2. A portion of your claim is denied as follows:

| | | |
|---|---|---|
| [ ] A. Loss of Earnings | $ | [ ] D. Interest | $ |
| [X] B. Health Service Benefits | $ 200.00 | [ ] E. Attorney's Fees | $ |
| [ ] C. Other Necessary Expenses | $ | [ ] F. Death Benefit | $ |

## REASON(S) FOR DENIAL OF CLAIM (Check reasons and explain below in item 33)
### POLICY ISSUES

- [ ] 3. Policy not in force on date of accident.
- [ ] 4. Injured person excluded under policy conditions or exclusion.
- [ ] 5. Policy conditions violated
  - [ ] a. No reasonable justification given for late notice of claim.
  - [ ] b. Reasonable justification not established.
    **You may qualify for expedited arbitration.**
    See page 3 of this form for instructions.

- [ ] 6. Injured person not an "Eligible Injured Person".
- [ ] 7. Injuries did not arise out of use or operation of a motor vehicle.
- [ ] 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage

### LOSS OF EARNINGS BENEFITS DENIED

- [ ] 9. Period of disability contested; period in dispute
  From _____ Through _____
- [ ] 10. Claimed loss not proven.

- [ ] 11. Exaggerated earnings claim
  $ _____ per month denied
- [ ] 12. Statutory offset taken
- [ ] 13. Other, explained below:

### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

- [ ] 14. Amount of claim exceeds daily limit of coverage
- [ ] 15. Unreasonable or unnecessary expenses

- [ ] 16. Incurred after one year from date of accident
- [ ] 17. Other, explained below

### HEALTH SERVICE BENEFITS DENIED

- [ ] 18. Fees not in accordance with fee schedules
- [ ] 19. Excessive treatment, service or hospitalization
  From _____ Through _____

- [ ] 20. Treatment not related to accident
- [ ] 21. Unnecessary treatment, service or hospitalization
  From _____ Through _____
- [X] 22. Other, explained below:

### COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED

| 23. Provider of Health Service (Name, Address and Zip Code) | 25. Period of bill - treatment dates | 28. Date final verification requested | 31. Amount paid by insurer |
|---|---|---|---|
| SHADY GROVE ADVENTIST HOS<br>PO BOX 62153<br>BALTIMORE  MD  21264-2153 | 05/31/05 - 05/31/05 | NONE REQUESTED | $ 31.10 |
| | **26.** Date of bill | **29.** Date final verification received | **32.** Amount in dispute |
| | 05/31/05 | NONE REQUESTED | $ 200.00 |
| **24.** Type of service rendered | **27.** Date bill received by insurer | **30.** Amount of bill | |
| | 07/14/05 | $ 231.10 | |

33. State reason for denial, fully and explicitly (attach extra sheets if needed):  The policy deductible has been applied to this bill as per attached.

DATED: 08/09/05

TELEPHONE NUMBER: 866-371-8905  EXT. 7618

DAWN MACIASZEK
Name and Title of Representative of Insurer

Name and Address of Insurer claim processor (Third Party Administrator), if applicable

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073825

# DENIAL OF CLAIM FORM — PAGE TWO

**IF YOU WISH TO CONTEST THIS DENIAL, YOU HAVE THE FOLLOWING OPTIONS:**

1. Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at 25 Beaver Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 13501 or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Although the Insurance Department will attempt to resolve disputed claims, it cannot order, or require an insurer to pay a disputed claim. If you wish to file a complaint, send one copy of this Denial of Claim Form with copies of other pertinent documents with a letter fully explaining your complaint to the Insurance Department at one of the above addresses.

If you choose this option, you may at a later date still submit this dispute to arbitration or bring a lawsuit or

2. **You may submit this dispute to arbitration.** If you wish to submit this claim to arbitration, mail a copy of this Denial of Claim Form along with a complete submission of all other pertinent documents and a table of contents listing your submissions, in duplicate together with a $40 filing fee, payable to the AMERICAN ARBITRATION ASSOCIATION (AAA) to:

> New York No-Fault Conciliation Center
> American Arbitration Association (AAA)
> 65 Broadway
> New York, New York 10006

A complete copy of this filing, listing all bills and proofs as well as a table of contents listing your submissions must be provided to the insurer at the time of filing for arbitration. The filing fee will be returned to you if the arbitrator awards you any portion of your claim. However, you may be assessed the costs of the arbitration proceeding if the arbitrator finds your claim to be frivolous, without factual or legal merit or was filed for the purpose of harassing the respondent. The decision of an arbitrator is binding, except for limited grounds for review set forth in the Law and Insurance Department Regulations.

If you are contesting the denial of claim and wish to submit the dispute to arbitration, state on accompanying sheets the reason(s) you believe the denied or overdue benefits should be paid. Attach proof of disability and verification of loss of earnings in dispute, sign below, and send the completed form to the American Arbitration Association at the address given in item 2 above.

Loss of Earnings _____  Date claim made: _____  Gross Earnings per month $_____

Period of dispute:   From _____  Through _____  Amount Claimed:  $_____

Health Services: (Attach bills in dispute and list each one separately.)

| Name of Provider | Date of Service | Amount of Bill | Amount in Dispute | Date Claim Mailed |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Other Necessary Expenses: (Attach bills in dispute and list each one separately.)

| Type of Expense Claimed | Amount Claimed | Date Incurred | Date Claim Mailed | Amount in Dispute |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Other: (Attach additional sheets, if necessary)

- Upon your request, if you file for arbitration within 90 days of the date of this denial or the claim becoming overdue, your case will be scheduled for arbitration on a priority basis.

- You qualify for **expedited arbitration** if the insurer has determined that your written justification for submitting late notice of claim failed to meet a "reasonableness standard". A request for expedited arbitration must be filed within 30 days of date of denial. Your filing must be complete and contain all information that you are submitting at the time of filing.

NYS FORM NF-10 (Rev 1/2004)
Page 2 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073826

## DENIAL OF CLAIM FORM - PAGE THREE

**3. You may bring a lawsuit to recover the amount of benefits you claim to be entitled to.**

THE UNDERSIGNED AFFIRMS AND CERTIFIES AS TRUE UNDER THE PENALTY OF PERJURY THAT THIS FILING IS BEING MADE IN GOOD FAITH AND THAT UPON INFORMATION, BELIEF AND REASONABLE INQUIRY THE DOCUMENTS BEING SUBMITTED HEREWITH ARE NOT FRAUDLENT AND THAT EXACT COPIES OF ALL DOCUMENTS PROVIDED HEREWITH HAVE BEEN MAILED TO THE INSURER AGAINST WHOM THE ARBITRATION IS BEING REQUESTED, UNLESS DISCLOSED WITH THIS SUBMISSION, THE DISPUTED AMOUNTS REMAIN UNPAID TO THE APPLICANT BY ANY PAYOR AND THERE HAS BEEN NO OTHER FILING OF AN ARBITRATION REQUEST OR LAWSUIT TO RESOLVE THE DISPUTED MATTERS CONTAINED IN THIS SUBMISSION.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN A CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

| ARBITRATION REQUESTED BY: | |
|---|---|
| LAST NAME          FIRST NAME | NAME OF LAW FIRM, IF ANY |
| TELEPHONE NUMBER: | |
| FAX NUMBER: | |
| E-MAIL ADDRESS: | ADDRESS |
| SIGNATURE | ARE YOU AN ATTORNEY?  ☐ YES  ☐ NO        DATE |

**IMPORTANT NOTICE TO APPLICANT**

If box number 3 ("Policy not in force on date of accident") on the front of this form is checked as a reason for this denial, you may be entitled to No-Fault benefits from the Motor Vehicle Accident Indemnification Corporation (M.V.A.I.C.) (212-791-1280) located at 110 William Street, New York, New York 10038. The Insurance Law requires that you must file an Affidavit of Intention to Make Claim with M.V.A.I.C. Therefore, it is in your best interest to contact the M.V.A.I.C. immediately and file such an affidavit, even if you intend to contest this denial.

NYS FORM NF-10 (Rev 1/2004)
Page 3 of 3

CONFIDENTIAL
(PERSONAL INFORMATION REDACTED)
ALLSTATE (SG) 073827

**CERTIFICATE OF SERVICE**

I, Andrew T. Hahn, Sr., Esq., certify that on the 31st day of May, 2012, a true and correct copy of the foregoing Declaration of Gil Leib in Support of Allstate's Opposition to the Motion for Class Certification was served upon below counsel of record via E Mail and Federal Express:

John S. Spadaro, Esq.
John Sheehan Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
jspadaro@johnsheehanspadaro.com

Dated:   New York, New York
         May 31, 2012

Andrew T. Hahn, Sr.