UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SHADY GROVE ORTHOPEDIC
ASSOCIATES, P.A., on behalf of itself
and all others similarly situated,

                        Plaintiffs,

       -against-                                            JUDGMENT
                                                               06-CV-1842 (NG)

ALLSTATE INSURANCE COMPANY,

                        Defendant.
-------------------------------------------------------------------x

       An Order of Honorable Nina Gershon, United States District Judge, having been filed on August 1, 2014, granting plaintiff Shady Grove Orthopedic Associates, P.A.'s unopposed motion for final approval of the class action settlement and attorney's fees; it is

       IT IS ORDERED AND ADJUDGED that plaintiff Shady Grove Orthopedic Associates, P.A.'s unopposed motion for final approval of the class action settlement is granted; and that Class Counsel's unopposed Application for Attorney's Fees is also granted and Class Counsel shall receive fees and costs totaling $700,000, to be paid in accordance with the terms of the Stipulation of Settlement, with an $40,000 incentive fee to be paid to Shady Grove Orthopedic Associates, P.A. out of this amount.

Dated: Brooklyn, New York                                              Douglas C. Palmer
        August 4, 2014                                                  Clerk of Court

                                                                                  By:

                                                                                      Michele Gapinski
                                                                                      Chief Deputy for
                                                                                      Court Operations