UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SHADY GROVE ORTHOPEDIC
ASSOCIATES, P.A., on behalf of itself
and all others similarly situated,

                Plaintiffs,

                                                    <u>ORDER</u>
- against -                                     06-cv-1842 (NG) (JO)

ALLSTATE INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------x

GERSHON, United States District Judge:

      Upon review of the joint letter, dated October 15, 2014, the parties are directed to submit a further status report on January 15, 2014.

                                                      SO ORDERED.

                                                      s/NG

                                          _____
                                          NINA GERSHON
                                          United States District Judge

Date:  November 4, 2014
         Brooklyn, NY